IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 NOV 30 A 9:39

Eddie L. Foreman, Jr.
_____
Full name and prison number
of plaintiff(s)

v.

Lee County Sheriff Jay Jones
_____
Major Tolber (Jail Administrator)
_____
LT. Robinson
_____
Opelika Cheif of Police
_____
Opelika Detective Elect Pruitt
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 3:05cv1134.F
(To be supplied by Clerk of
 U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____
   Tallapoosa County Jail

   PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____
   Lee County Detention Center

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                    ADDRESS
   1. Lee County Sheriff Jay Jones         P.O. Box 2407 Opelika, AL 36801
   2. Major Tolbert                        P.O. Box 2407 Opelika, AL 36801
   3. LT. Robinson      -                  P.O. Box 2407 Opelika, AL 36801
   4. Opelika Chief of Police    -         501 South 10th St Opelika, AL 36801
   5. Opelika Police Officer Detective Pruitt - 501 South 10th St Opelika, AL 36801
   6. Alabama Department of Correction State Inmate Darius Wood

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____
   On or About May 29th, 04

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: On or about the 29th of May 2004 I was arrested by officer Mike Rogers on the Alledge charge of 3rd degree Robbery

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

I was transported to the Lee County Detention Center and given an outrageous bond on an Sunday per order of the Judge. My bond was set at $100,000 without any evidence to have me arrested. FALSE IMPRISONMENT, OVER EXCESSIVE BOND

**GROUND TWO:** Assaulted by Alabama Department of Correction State Inmate Darius Wood, Denial Clergy Visit.

**SUPPORTING FACTS:** On or about the 6th day I was hit in the head with an dinner tray, which cause an open wound over my Right Eye. I was then transported to East Alabama Medical Center to recieve stitches... LT. Robinson would not allow Pastor James Benson to visit me during Incarceration.

**GROUND THREE:** Destory Character in Neighborhood.

**SUPPORTING FACTS:** This Alledged crime destroy my Character in the Community of Lochopoka, Alabama. The citizen think I Am a Robber making it harder for me to go to work with the business owners.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*Punitive Damage, Caused Mental Duress, and Anguish seeking Monatary Damages $4,000,000 per Individual*

*Addie L. Foreman, Jr.*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____.
           (Date)


_____
Signature of plaintiff(s)

4