AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____ **District of** _____

| | |
|---|---|
| Plaintiff | **APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT** |
| V. | |
| Defendant | CASE NUMBER: 3:05cv1134-F |

I, __EDDIE L. Foreman Jr.__ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Tallapoosa County Jail__

   Are you employed at the institution?  __NO__  Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes    ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☑ |
   | b. | Rent payments, interest or dividends | ☐ | ☑ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☑ |
   | d. | Disability or workers compensation payments | ☐ | ☑ |
   | e. | Gifts or inheritances | ☐ | ☑ |
   | f. | Any other sources | ☑ | ☐ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

F.) From doing odd Jobs to pay for my bills

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Kenyetta Foreman - wife; Keyona Hutchinson Daughter, Kiva Finley; Daughter; Cameron Finley; Son; Chauncey Finley; Son, Eddie Foreman; Son, TyQuvarious Foreman. Son; when I'm out for the children cloths, school supplies, food, and etc. Help my wife pay around en about $800 to $1000 month Rent plus medical bills It just Depends

I declare under penalty of perjury that the above information is true and correct.

_Nov. 14, 05_   _Eddie A Foreman_
Date              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ Lee County _____ DIVISION

RECEIVED
2005 NOV 30 A 8:39
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Eddie L. Foreman, Jr. )
_____ )
_____ )
_____ )
         Plaintiff(s)  )
                       )    3:05cv1134-F
         v.            )
                       )
Opelika Chief of Police, _____ )
Opelika Police DT. Pruitt        )
Lee County Sheriff Jay Jones     )
Major Tolbee; LT Robinson        )
         Defendant(s)  )

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) __Eddie L. Foreman, Jr.__

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

                              Eddie L. Foreman  Nov. 19, 05
                              Plaintiff(s) signature