- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jay Jones, Sheriff
Lee County Sheriff's Office
P.O. Box 2407
Opelika, AL 36801

A. Signature
X M Kenney    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )
MJ Kenney

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3:05CV 1134-F
C+d

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7005 0390 0000 5269 3957

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540