**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Lt. Robinson
    Lee County Sheriff's Office
    P.O. Box 2407
    Opelika, AL 36801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Brenda Ingram    ☐ Agent  ☒ Addressee

B. Received by (Printed Name): Brenda Ingram
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   AL
   3:05CV1134-F
   C & O     (40)

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0003 5812 1917

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540