**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Major Tolbert, Jail Administrator
    Lee County Sheriff's Office
    P.O. Box 2407
    Opelika, AL 36801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Blinda Ingram    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Brenda Ingram

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

   3:05CV1134-F
   C d o                                   (40)

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article N    7005 0390 0000 5269 3766
   (Transfer                                  102595-02-M-1540

PS Form 3811, February 2004      Domestic Return Receipt