IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EDDIE L. FOREMAN, JR., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05-cv-1134-WKW |
| | ) |
| SHERIFF JAY JONES, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

On December 20, 2005, the Magistrate Judge filed a Recommendation (Doc. #4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is

ORDERED as follows:

1. The plaintiff's excessive bond, false imprisonment and slander claims are dismissed with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i).

2. The plaintiff's claims against inmate Darius Wood are dismissed with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i).

3. The Chief of Police for the Opelika Police Department, detective Pruitt and inmate Darius Wood are dismissed as defendants in this cause of action.

4. The failure to protect and denial of religion claims lodged against defendants Jones, Tolbert and Robinson are REFERRED back to the Magistrate Judge for appropriate proceedings.

Done this the 20th day of January, 2006.

                              /s/   W.  Keith Watkins
                      UNITED STATES DISTRICT JUDGE