# Exhibit G
# Inmate File

LEE COUNTY SHERIFF'S OFFICE
08/01/2005 20:05:56 INMATE RELEASE SHEET PAGE 1

BOOKING NO: 050003463

INMATE NAME: FOREMAN EDDIE LEWIS JR
ALIAS:
ALIAS:
ADDRESS: [redacted]
CITY/ST/ZIP: [redacted]
HOME PHONE: [redacted]
DOB: [redacted] AGE: 31
PLCE BIRTH: LEE CO
STATE: AL
M. STATUS: MARRIED
RELIGION: CHRISTIAN
GANG ASSOC: NONE
SCARS/TATTOOS: NUMEROUS TATTOOS
KNOWN ENEMIES: NONE CLAIMED
REMARKS:

RACE: B SEX: M
HT: 6'00" HAIR: BLK
WT: 166 EYES: BRO
COMPLEX: DRK
SSN: [redacted]
DL ST: AL DLN: [redacted]
SID:
LOCID: 10899

------------------------------- NEXT OF KIN -------------------------------

NEXT OF KIN: JOAN FOREMAN
ADDRESS:
CITY/ST/ZIP: OPELIKA, AL
REMARKS:

RELATIONSHIP: MOTHER
PHONE: [redacted]

------------------------------- EMPLOYER INFO -------------------------------

EMPLOYED: Y
EMPLOYER NAME: BARNETT CONSTRUCTION
ADDRESS: N
CITY/ST/ZIP: NOTASULGA, AL
PHONE: 000-000-0000

------------------------------- MEDICAL -------------------------------

HANDICAPPED: N NEEDS: N
GLASSES: N SMOKE: Y
MEDICAL NEEDS: N NEEDS: N
PHYSICIAN: N PHONE: 000-000-0000
REMARKS:

REMARKS:
REMARKS:

------------------------------- PROPERTY -------------------------------

CASH: $463.00
DESCRIPTION:
ADD. PROPERTY: STREET CLOTHIG, SET KEYS , BELT, CELL PHONE
ADD. PROPERTY:
ADD. PROPERTY:
BIN NUMBER: 160
VEH IMPOUNDED:
IMPOUND LOT:
REMARKS:
REMARKS:

I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: Eddie L. Foreman DATE: 8/1/05 TIME: 20:20

BOOK OFFICER: Aaron DATE: 8/1/05 TIME: 20:20

LEE COUNTY SHERIFF'S OFFICE
INMATE RELEASE SHEET

08/01/2005 20:05:56 PAGE 2

BOOKING NO: 050003463 INMATE NAME: FOREMAN EDDIE LEWIS JR

COURT: DISTRICT
JUDGE:
REMARKS:
REMARKS:

ATTORNEY ON REC:
PHONE: 000-000-0000

BOOK DATE: 08/01/2005 BOOK TIME: 08:13 BOOK TYPE: NORMAL

ARREST DATE: 08/01/2005
ARREST DEPT: LCSO
ARRST OFFICER: MITCHELL
PROJ. RLSDATE: 00/00/0000
SEARCH OFFCR: FRAZIER
TYPE SEARCH: PAT
INTOX RESULTS:

BOOKING OFFICER: AUSBY
CELL ASSIGNMENT:
MEAL CODE: 01 LEE COUNTY
FACILITY: 01 COUNTY JAIL
CLASSIFICATION:
WORK RELEASE: N

HOLDS: N
AGENCY: REASON:
AGENCY: REASON:
AGENCY: REASON:
AGENCY: REASON:

NOTES:
NOTES:
NOTES:

RELEASE DATE: 08/01/2005 RELEASE TIME: 20:04 # DAYS SERVED: 1

RELEASE OFFICER: AARON
RELEASE TYPE: BOND
REMARKS: ~~A BONDING~~/WANDA Alabama Bonding 45031
REMARKS: NCIC CLEAR/SHERIITA
REMARKS: COURT DATE 9/7/2005 AT 0900 AM

I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: Eddie L. Foreman DATE: 8/1/05 TIME: 20:20

BOOK OFFICER: Aaron DATE: 8/1/05 TIME: 20:20

LEE COUNTY SHERIFF'S OFFICE

08/01/2005 20:05:56 INMATE CHARGE SHEET PAGE 3

BOOKING NO: 050003463 INMATE NAME: FOREMAN EDDIE LEWIS JR

CHARGE NO: 1 DISPOSITION: RELEASED HOLD: N

ALA STATUTE: # OF COUNTS: 1
OFFENSE: DOMESTIC VIOLENCE (ASSAU III) WARRANT #:
CASE #:
BOND AMT: 1,000 FINE: $0.00
BAIL AMT: 1,000
INIT APPEAR: 00/00/0000 SENTENCE DATE: 00/00/0000
RELEASE DTE: 08/01/2005
ARREST DATE: 08/01/2005 ARST AGENCY: LCSO
ARST OFFICR: MITCHELL COUNTY: LEE
COURT: DISTRICT JUDGE:
DEF ATTORNY: DIST ATTORNEY:
COMMENTS:
COMMENTS:
COMMENTS: INMATE RELEASED BY D36

08/01/2005 08:17:45

LEE COUNTY SHERIFF'S OFFICE
INMATE BOOKING SHEET

PAGE 1

BOOKING NO: 050003463

INMATE NAME: FOREMAN EDDIE LEWIS JR
ALIAS:
ALIAS:
ADDRESS: [redacted]
CITY/ST/ZIP: [redacted]
HOME PHONE: [redacted]
DOB: [redacted] AGE: 31
PLCE BIRTH: LEE CO
STATE: AL
M. STATUS: MARRIED
RELIGION: CHRISTIAN
GANG ASSOC: NONE
SCARS/TATTOOS: NUMEROUS TATTOOS
KNOWN ENEMIES: NONE CLAIMED
REMARKS:

RACE: B SEX: M
HT: 6'00" HAIR: BLK
WT: 166 EYES: BRO
COMPLEX: DRK
SSN: [redacted]
DL ST: AL DLN: [redacted]
SID:
LOCID: 10899

--- NEXT OF KIN ---

NEXT OF KIN: JOAN FOREMAN
ADDRESS:
CITY/ST/ZIP: OPELIKA, AL
REMARKS:

RELATIONSHIP: MOTHER
PHONE: [redacted]

--- EMPLOYER INFO ---

EMPLOYED: Y
EMPLOYER NAME: BARNETT CONSTRUCTION
ADDRESS: N
CITY/ST/ZIP: NOTASULGA, AL
PHONE: 000-000-0000

--- MEDICAL ---

HANDICAPPED: N NEEDS: N
GLASSES: N SMOKE: Y
MEDICAL NEEDS: N NEEDS: N
PHYSICIAN: N PHONE: 000-000-0000
REMARKS:

REMARKS:
REMARKS:

--- PROPERTY ---

CASH: $463.00
DESCRIPTION:
ADD. PROPERTY: STREET CLOTHIG, SET KEYS , BELT, CELL PHONE
ADD. PROPERTY:
ADD. PROPERTY:
BIN NUMBER: 160
VEH IMPOUNDED:
IMPOUND LOT:
REMARKS:
REMARKS:

Sherri Clear

I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: Eddie Foreman, Jr. DATE: 8-1-05 TIME: 800

BOOK OFFICER: Ausby DATE: 8-1-05 TIME: 800

BOOKING NO: 050003463 INMATE NAME: FOREMAN EDDIE LEWIS JR

COURT: DISTRICT ATTORNEY ON REC:
JUDGE: PHONE: 000-000-0000
REMARKS:
REMARKS:

BOOK DATE: 08/01/2005 BOOK TIME: 08:13 BOOK TYPE: NORMAL

ARREST DATE: 08/01/2005 BOOKING OFFICER: AUSBY
ARREST DEPT: LCSO CELL ASSIGNMENT: HC3
ARRST OFFICER: MITCHELL MEAL CODE: 01 LEE COUNTY
PROJ. RLSDATE: 00/00/0000 FACILITY: 01 COUNTY JAIL
SEARCH OFFCR: FRAZIER CLASSIFICATION:
TYPE SEARCH: PAT WORK RELEASE: N
INTOX RESULTS:

HOLDS: N
AGENCY: REASON:
AGENCY: REASON:
AGENCY: REASON:
AGENCY: REASON:

NOTES:
NOTES:
NOTES:

LEE COUNTY SHERIFF'S OFFICE
08/01/2005 08:17:45 INMATE CHARGE SHEET PAGE 3

==========================================================================

BOOKING NO: 050003463 INMATE NAME: FOREMAN EDDIE LEWIS JR

==========================================================================

CHARGE NO: 1 DISPOSITION: OPEN HOLD: N

ALA STATUTE: # OF COUNTS: 1
OFFENSE: DOMESTIC VIOLENCE (ASSAU III) WARRANT #:
CASE #:
BOND AMT: 1,000 FINE: $0.00
BAIL AMT: 1,000
INIT APPEAR: 00/00/0000 SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 08/01/2005 ARST AGENCY: LCSO
ARST OFFICR: MITCHELL COUNTY: LEE
COURT: DISTRICT JUDGE:
DEF ATTORNY: DIST ATTORNEY:
COMMENTS:
COMMENTS:
COMMENTS: Made Bond Court 9-7-05

--------------------------------------------------------------------------

LEE COUNTY SHERIFF'S OFFICE
08/01/2005 08:17:45 MEDICAL SCREENING FORM PAGE 1

Booking No: 050003463 Date: 08/01/2005 Time: 08:13 Type: NORMAL
Agency to Bill: LEE COUNTY Facility: COUNTY JAIL

Inmate Name: FOREMAN EDDIE LEWIS JR Race: B Sex: M
DOB: [redacted] Age: 31 SSN: [redacted] Height: 6'00" Weight: 166

N 1. Is inmate unconscious?

N 2. Does inmate have any visible signs of trauma, illness, obvious pain and bleeding, requiring immediate emergency or doctor's care?

N 3. Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that might spread through the facility?

N 4. Any signs of poor skin condition, vermin, rashes or needle marks?

N 5. Does inmate appear to be under the influence of drugs or alcohol?

N 6. Any visible signs of alcohol or drug withdrawal?

N 7. Does inmate's behavior suggest the risk of suicide or assault?

N 8. Is inmate carrying any medication?

N 9. Does the inmate have any physical deformities?

N 10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family ever had any of the following?

| | | | | | |
|---|---|---|---|---|---|
| Y | a. Allergies | Y | f. Fainting Spells | N | k. Seizures |
| N | b. Arthritis | N | g. Hearing Condition | N | l. Tuberculosis |
| N | c. Asthma | N | h. Hepatitis | N | m. Ulcers |
| N | d. Diabetes | N | i. High Blood Pressure | N | n. Venereal Disease |
| N | e. Epilepsy | N | j. Psychiatric Disorder | / | o. Other (Specify) |

Other: ______________________

______________________

______________________

12. For females only:

___ a. Are you pregnant?

___ b. Do you take birth control pills?

___ c. Have you recently delivered?

N/A

LEE COUNTY SHERIFF'S OFFICE
08/01/2005 08:17:45 MEDICAL SCREENING FORM PAGE 2

Booking No: 050003463 Date: 08/01/2005 Time: 08:13 Type: NORMAL
Agency to Bill: LEE COUNTY Facility: COUNTY JAIL

Inmate Name: FOREMAN EDDIE LEWIS JR Race: B Sex: M
DOB: [redacted] Age: 31 SSN: [redacted] Height: 6'00" Weight: 166

N 13. Have you recently been hospitalized or treated by a doctor?

N 14. Do you currently take any non-prescription medication or medication prescribed by a doctor?

N 15. Are you allergic to any medication? antihistamine

N 16. Do you have any handicaps or conditions that limit activity?

N 17. Have you ever attempted suicide or are you thinking about it now?

N 18. Do you regularly use alcohol or street drugs?

N 19. Do you have any problems when you stop drinking or using drugs?

N 20. Do you have a special diet prescribed by a physician?

N 21. Do you have any problems or pain with your teeth?

N 22. Do you have any other medical problems we should know about?

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: [signature] Eddie Foreman, Jr 8-1-05 DATE: 8-1-05 TIME: 800

BOOK OFFICER: [signature] DATE: 8-1-05 TIME: 800

05/30/2004 17:19:49 LEE COUNTY SHERIFF'S OFFICE
MEDICAL SCREENING FORM PAGE 1

==========================================================================

Booking No: 040002557 Date: 05/30/2004 Time: 17:03 Type: NORMAL
Agency to Bill: LEE COUNTY Facility: COUNTY JAIL

Inmate Name: FOREMAN EDDIE LEWIS Race: B Sex: M
DOB: [redacted] Age: 30 SSN: [redacted] Height: 6'00" Weight: 166

--------------------------------------------------------------------------

N ____ 1. Is inmate unconscious?

____ 2. Does inmate have any visible signs of trauma, illness, obvious pain and bleeding, requiring immediate emergency or doctor's care?

____ 3. Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that might spread through the facility?

____ 4. Any signs of poor skin condition, vermin, rashes or needle marks?

____ 5. Does inmate appear to be under the influence of drugs or alcohol?

____ 6. Any visible signs of alcohol or drug withdrawal?

____ 7. Does inmate's behavior suggest the risk of suicide or assault?

____ 8. Is inmate carrying any medication?

____ 9. Does the inmate have any physical deformities?

____ 10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family ever had any of the following?

| | | |
|---|---|---|
| N ____ a. Allergies | N ____ f. Fainting Spells | N ____ k. Seizures |
| ____ b. Arthritis | ____ g. Hearing Condition | ____ l. Tuberculosis |
| ____ c. Asthma | ____ h. Hepatitis | ____ m. Ulcers |
| ____ d. Diabetes | ____ i. High Blood Pressure | ____ n. Venereal Disease |
| N ____ e. Epilepsy | N ____ j. Psychiatric Disorder | N ____ o. Other (Specify) |

Other: ______________________________

12. For females only:

N ____ a. Are you pregnant?

N ____ b. Do you take birth control pills?

____ c. Have you recently delivered?

05/30/2004 17:19:49 LEE COUNTY SHERIFF'S OFFICE
MEDICAL SCREENING FORM PAGE 2

Booking No: 040002557 Date: 05/30/2004 Time: 17:03 Type: NORMAL
Agency to Bill: LEE COUNTY Facility: COUNTY JAIL

Inmate Name: FOREMAN EDDIE LEWIS Race: B Sex: M
DOB: [redacted] Age: 30 SSN: [redacted] Height: 6'00" Weight: 166

N 13. Have you recently been hospitalized or treated by a doctor?

___ 14. Do you currently take any non-prescription medication or medication prescribed by a doctor?

___ 15. Are you allergic to any medication?

___ 16. Do you have any handicaps or conditions that limit activity?

___ 17. Have you ever attempted suicide or are you thinking about it now?

___ 18. Do you regularly use alcohol or street drugs?

___ 19. Do you have any problems when you stop drinking or using drugs?

___ 20. Do you have a special diet prescribed by a physician?

___ 21. Do you have any problems or pain with your teeth?

N 22. Do you have any other medical problems we should know about?

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: Eddie L. Foreman Jr. DATE: 5-30-04 TIME: ___

BOOK OFFICER: Ausby DATE: ___ TIME: ___

01/29/2002 15:42:05 EE COUNTY SHERIFF'S OFFIC
INMATE RELEASE SHEET PAGE 1

BOOKING NO: 020000446

INMATE NAME: FOREMAN EDDIE LEWIS
ALIAS:
ALIAS:
ADDRESS: [redacted]
CITY/ST/ZIP: [redacted]
HOME PHONE: 33[redacted]35
DOB: [redacted] AGE: 28
PLCE BIRTH: LEE CO
STATE: AL
M. STATUS: SINGLE
RELIGION:
GANG ASSOC:
SCARS/TATTOOS: NUMEROUS TATTOOS
KNOWN ENEMIES:
REMARKS:

RACE: B SEX: M
HT: 6'00" HAIR: BLK
WT: 166 EYES: BRO
COMPLEX:
SSN: [redacted]
DL ST: DLN:
SID:
LOCID: 10899

--- NEXT OF KIN ---

NEXT OF KIN: JOAN FOREMAN
ADDRESS:
CITY/ST/ZIP: ,
REMARKS:
RELATIONSHIP: MOTHER
PHONE: 000-000-0000

--- EMPLOYER INFO ---

EMPLOYED: N
EMPLOYER NAME:
ADDRESS:
CITY/ST/ZIP:

**State of Alabama**
**Unified Judicial System**
**Form C-42 Rev 6/88**

# ORDER OF RELEASE FROM JAIL

**Case Number** CC 96-493-619 CC-96-584
CC 92-1002-1003

**IN THE** Circuit **COURT OF** Lee **COUNTY**

**STATE OF ALABAMA v.** Eddie Lewis Foreman

**TO THE JAILER WITH CUSTODY OF THE DEFENDANT**

**You are ordered to release from your custody the above named defendant, charged with the offense of** FTP- Unlawful Distribution Controlled Substance, Disorderly Conduct, Resisting Arrest

**Reason for Release** Unlawful Poss. of Cocaine, Resisting Arrest
To Pay $100 per month Beginning [illegible] 2002 @ [illegible]

**Date** January 29 2002 [signature] **By:**

**COURT RECORD (Original) JAILER (Copy) Judge/Clerk**

INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: X Eddie Foreman DATE: TIME:

BOOK OFFICER: [signature] DATE: 1/29/02 TIME: 1542

.EE COUNTY SHERIFF'S OFFIC

01/29/2002 15:42:05 INMATE RELEASE SHEET PAGE 2

BOOKING NO: 020000446 INMATE NAME: FOREMAN EDDIE LEWIS

COURT: ATTORNEY ON REC:
JUDGE: PHONE: 000-000-0000
REMARKS:
REMARKS:

BOOK DATE: 01/29/2002 BOOK TIME: 12:14 BOOK TYPE: NORMAL

ARREST DATE: 01/29/2002 BOOKING OFFICER: MILNER
ARREST DEPT: LCSO CELL ASSIGNMENT:
ARRST OFFICER: ONEAL MEAL CODE: 01 LEE COUNTY
PROJ. RLSDATE: 00/00/0000 FACILITY: 01 COUNTY JAIL
SEARCH OFFCR: COBBS CLASSIFICATION:
TYPE SEARCH: WORK RELEASE: N
INTOX RESULTS:

HOLDS: N
AGENCY: REASON:
AGENCY: REASON:
AGENCY: REASON:
AGENCY: REASON:

NOTES:
NOTES:
NOTES:

RELEASE DATE: 01/29/2002 RELEASE TIME: 15:40 # DAYS SERVED: 1

RELEASE OFFICER: MILNER
REMARKS: RLSE PER MAJOR TORBERT
REMARKS: ORDER OF RELEASE ON ALL CHARGES/REVIEW OCT.16,2002
REMARKS: AND SEPT 26,2002

I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: ____________________ DATE: __________ TIME: __________

BOOK OFFICER: ____________________ DATE: __________ TIME: __________

```
                                   _EE COUNTY SHERIFF'S OFFIC
01/29/2002    15:42:05               INMATE CHARGE SHEET                    PAGE     3
==================================================================================
BOOKING NO: 020000446      INMATE NAME: FOREMAN EDDIE LEWIS
==================================================================================
  CHARGE NO:    1  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE:                                 # OF COUNTS:    1
    OFFENSE: FTP/POSS CTRL SUBS                WARRANT #:
     CASE #: CC92-1002
  BOND AMT: 0                                       FINE:          $0.00
  BAIL AMT:
INIT APPEAR: 00/00/0000                    SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 01/29/2002                      ARST AGENCY: LCSO
ARST OFFICR: ONEAL                                COUNTY: LEE
      COURT:                                       JUDGE:
DEF ATTORNY:                               DIST ATTORNEY:
   COMMENTS:
   COMMENTS: ORDER OF RELEASE
   COMMENTS:
----------------------------------------------------------------------------------
  CHARGE NO:    2  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE:                                 # OF COUNTS:    1
    OFFENSE: FTP/APPEAL                        WARRANT #:
     CASE #: CC96-584
  BOND AMT: 0                                       FINE:          $0.00
  BAIL AMT:
INIT APPEAR: 00/00/0000                    SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 01/29/2002                      ARST AGENCY: LCSO
ARST OFFICR: ONEAL                                COUNTY: LEE
      COURT:                                       JUDGE:
DEF ATTORNY:                               DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: ORDER OF RELEASE
----------------------------------------------------------------------------------
  CHARGE NO:    3  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE:                                 # OF COUNTS:    1
    OFFENSE: FTP/APPEAL                        WARRANT #:
     CASE #: CC96-619
  BOND AMT: 0                                       FINE:          $0.00
  BAIL AMT:
INIT APPEAR: 00/00/0000                    SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 01/29/2002                      ARST AGENCY: LCSO
ARST OFFICR: ONEAL                                COUNTY: LEE
      COURT:                                       JUDGE:
DEF ATTORNY:                               DIST ATTORNEY:
   COMMENTS:
   COMMENTS: ORDER OF RELEASE
   COMMENTS:
----------------------------------------------------------------------------------
```

BOOKING NO: 020000446 INMATE NAME: FOREMAN EDDIE LEWIS

CHARGE NO: 4 DISPOSITION: RELEASED HOLD: N

ALA STATUTE: # OF COUNTS: 1
OFFENSE: FTP/APPEAL WARRANT #:
CASE #: CC94-1234
BOND AMT: 0 FINE: $0.00
BAIL AMT:
INIT APPEAR: 00/00/0000 SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 01/29/2002 ARST AGENCY: LCSO
ARST OFFICR: ONEAL COUNTY: LEE
COURT: JUDGE:
DEF ATTORNY: DIST ATTORNEY:
COMMENTS:
COMMENTS: ORDER OF RELEASE
COMMENTS:

---

CHARGE NO: 5 DISPOSITION: RELEASED HOLD: N

ALA STATUTE: # OF COUNTS: 1
OFFENSE: FTP/RESISTING WARRANT #:
CASE #: CC92-1003
BOND AMT: 0 FINE: $0.00
BAIL AMT:
INIT APPEAR: 00/00/0000 SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 01/29/2002 ARST AGENCY: LCSO
ARST OFFICR: ONEAL COUNTY: LEE
COURT: JUDGE:
DEF ATTORNY: DIST ATTORNEY:
COMMENTS:
COMMENTS: ORDER OF RELEASE
COMMENTS:

---

CHARGE NO: 6 DISPOSITION: DROPPED HOLD: N

ALA STATUTE: # OF COUNTS: 0
OFFENSE: WARRANT #:
CASE #:
BOND AMT: FINE: $0.00
BAIL AMT:
INIT APPEAR: 00/00/0000 SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000 ARST AGENCY:
ARST OFFICR: COUNTY:
COURT: JUDGE:
DEF ATTORNY: DIST ATTORNEY:
COMMENTS:
COMMENTS:
COMMENTS:

---

_E COUNTY SHERIFF'S OFFICI
INMATE BOOKING SHEET

01/29/2002 12:29:38 PAGE 1

BOOKING NO: 020000446

INMATE NAME: FOREMAN EDDIE LEWIS
ALIAS:
ALIAS:
ADDRESS: [redacted]
CITY/ST/ZIP: [redacted]
HOME PHONE: [redacted]
DOB: [redacted] AGE: 28
PLCE BIRTH: LEE CO
STATE: AL
M. STATUS: SINGLE
RELIGION:
GANG ASSOC:
SCARS/TATTOOS: NUMEROUS TATTOOS
KNOWN ENEMIES:
REMARKS:

RACE: B SEX: M
HT: 6'00" HAIR: BLK
WT: 166 EYES: BRO
COMPLEX:
SSN: [redacted]
DL ST: DLN:
SID:
LOCID: 10899

NEXT OF KIN

NEXT OF KIN: JOAN FOREMAN
ADDRESS:
CITY/ST/ZIP: ,
REMARKS:
RELATIONSHIP: MOTHER
PHONE: 000-000-0000

EMPLOYER INFO

EMPLOYED: N
EMPLOYER NAME:
ADDRESS:
CITY/ST/ZIP: ,
PHONE: 000-000-0000

MEDICAL

HANDICAPPED: NEEDS:
GLASSES: SMOKE:
MEDICAL NEEDS: NEEDS:
PHYSICIAN: PHONE: 000-000-0000
REMARKS:

REMARKS:
REMARKS:

PROPERTY

CASH: $22.25
DESCRIPTION: $22.00 CURRENCY .25CENTS
ADD. PROPERTY: BLUE HEAD RAG,LIGHTER,TCKT,BELT,CELL PHONE
ADD. PROPERTY:
ADD. PROPERTY:
BIN NUMBER:
VEH IMPOUNDED:
IMPOUND LOT:
REMARKS:
REMARKS:

I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: X Eddie Foreman DATE: 1-29-02 TIME: ____

BOOK OFFICER: [signature] DATE: 1/29/02 TIME: 1240

```
                              _E COUNTY SHERIFF'S OFFICI
01/29/2002    12:29:38          INMATE BOOKING SHEET                    PAGE    2
================================================================================
BOOKING NO: 020000446     INMATE NAME: FOREMAN EDDIE LEWIS
================================================================================
       COURT:                             ATTORNEY ON REC:
       JUDGE:                                       PHONE: 000-000-0000
     REMARKS:
     REMARKS:
--------------------------------------------------------------------------------
    BOOK DATE: 01/29/2002  BOOK TIME: 12:14  BOOK TYPE: NORMAL

  ARREST DATE: 01/29/2002              BOOKING OFFICER: MILNER
  ARREST DEPT: LCSO                    CELL ASSIGNMENT: HC3
ARRST OFFICER: ONEAL                         MEAL CODE: 01  LEE COUNTY
PROJ. RLSDATE: 00/00/0000                     FACILITY: 01  COUNTY JAIL
 SEARCH OFFCR: COBBS                    CLASSIFICATION:
  TYPE SEARCH:                            WORK RELEASE: N
INTOX RESULTS:

        HOLDS: N
       AGENCY:                  REASON:
       AGENCY:                  REASON:
       AGENCY:                  REASON:
       AGENCY:                  REASON:

        NOTES:
        NOTES:
        NOTES:
```

.EE COUNTY SHERIFF'S OFFIC.
01/29/2002 12:29:38 INMATE CHARGE SHEET PAGE 3

BOOKING NO: 020000446 INMATE NAME: FOREMAN EDDIE LEWIS

CHARGE NO: 1 DISPOSITION: OPEN HOLD: N

ALA STATUTE: # OF COUNTS: 1
OFFENSE: FTP/POSS CTRL SUBS WARRANT #:
CASE #: CC92-1002
BOND AMT: 0 FINE: $0.00
BAIL AMT:
INIT APPEAR: 00/00/0000 SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 01/29/2002 ARST AGENCY: LCSO
ARST OFFICR: ONEAL COUNTY: LEE
COURT: JUDGE:
DEF ATTORNY: DIST ATTORNEY:
COMMENTS:
COMMENTS:
COMMENTS:

---

CHARGE NO: 2 DISPOSITION: OPEN HOLD: N

ALA STATUTE: # OF COUNTS: 1
OFFENSE: FTP/APPEAL WARRANT #:
CASE #: CC96-584
BOND AMT: 0 FINE: $0.00
BAIL AMT:
INIT APPEAR: 00/00/0000 SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 01/29/2002 ARST AGENCY: LCSO
ARST OFFICR: ONEAL COUNTY: LEE
COURT: JUDGE:
DEF ATTORNY: DIST ATTORNEY:
COMMENTS:
COMMENTS:
COMMENTS:

---

CHARGE NO: 3 DISPOSITION: OPEN HOLD: N

ALA STATUTE: # OF COUNTS: 1
OFFENSE: FTP/APPEAL WARRANT #:
CASE #: CC96-619
BOND AMT: 0 FINE: $0.00
BAIL AMT:
INIT APPEAR: 00/00/0000 SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 01/29/2002 ARST AGENCY: LCSO
ARST OFFICR: ONEAL COUNTY: LEE
COURT: JUDGE:
DEF ATTORNY: DIST ATTORNEY:
COMMENTS:
COMMENTS:
COMMENTS:

---

..E COUNTY SHERIFF'S OFFICE
INMATE CHARGE SHEET

01/29/2002 12:29:38 PAGE 4

BOOKING NO: 020000446 INMATE NAME: FOREMAN EDDIE LEWIS

CHARGE NO: 4 DISPOSITION: OPEN HOLD: N

ALA STATUTE: # OF COUNTS: 1
OFFENSE: FTP/APPEAL WARRANT #:
CASE #: CC94-1234
BOND AMT: 0 FINE: $0.00
BAIL AMT:
INIT APPEAR: 00/00/0000 SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 01/29/2002 ARST AGENCY: LCSO
ARST OFFICR: ONEAL COUNTY: LEE
COURT: JUDGE:
DEF ATTORNY: DIST ATTORNEY:
COMMENTS:
COMMENTS:
COMMENTS:

CHARGE NO: 5 DISPOSITION: OPEN HOLD: N

ALA STATUTE: # OF COUNTS: 1
OFFENSE: FTP/RESISTING WARRANT #:
CASE #: CC92-1003
BOND AMT: 0 FINE: $0.00
BAIL AMT:
INIT APPEAR: 00/00/0000 SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 01/29/2002 ARST AGENCY: LCSO
ARST OFFICR: ONEAL COUNTY: LEE
COURT: JUDGE:
DEF ATTORNY: DIST ATTORNEY:
COMMENTS:
COMMENTS:
COMMENTS:

CHARGE NO: 6 DISPOSITION: DROPPED HOLD: N

ALA STATUTE: # OF COUNTS: 0
OFFENSE: WARRANT #:
CASE #:
BOND AMT: FINE: $0.00
BAIL AMT:
INIT APPEAR: 00/00/0000 SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000 ARST AGENCY:
ARST OFFICR: COUNTY:
COURT: JUDGE:
DEF ATTORNY: DIST ATTORNEY:
COMMENTS:
COMMENTS:
COMMENTS:

LEE COUNTY SHERIFF'S OFFICE

01/29/2002 12:29:39 MEDICAL SCREENING FORM PAGE 1

Booking No: 020000446 Date: 01/29/2002 Time: 12:14 Type: NORMAL
Agency to Bill: LEE COUNTY Facility: COUNTY JAIL

Inmate Name: FOREMAN EDDIE LEWIS Race: B Sex: M
DOB: [redacted] Age: 28 SSN: [redacted] Height: 6'00" Weight: 166

N 1. Is inmate unconscious?

2. Does inmate have any visible signs of trauma, illness, obvious pain and bleeding, requiring immediate emergency or doctor's care?

3. Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that might spread through the facility?

4. Any signs of poor skin condition, vermin, rashes or needle marks?

5. Does inmate appear to be under the influence of drugs or alcohol?

6. Any visible signs of alcohol or drug withdrawal?

7. Does inmate's behavior suggest the risk of suicide or assault?

8. Is inmate carrying any medication?

9. Does the inmate have any physical deformities?

10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family ever had any of the following?

| | | | | | |
|---|---|---|---|---|---|
| N | a. Allergies | N | f. Fainting Spells | N | k. Seizures |
| | b. Arthritis | | g. Hearing Condition | | l. Tuberculosis |
| | c. Asthma | | h. Hepatitis | | m. Ulcers |
| | d. Diabetes | | i. High Blood Pressure | | n. Venereal Disease |
| | e. Epilepsy | | j. Psychiatric Disorder | | o. Other (Specify) |

Other: ______________________

12. For females only:

a. Are you pregnant?

b. Do you take birth control pills?

c. Have you recently delivered?

LEE COUNTY SHERIFF'S OFFICE
MEDICAL SCREENING FORM

01/29/2002 12:29:39 PAGE 2

Booking No: 020000446 Date: 01/29/2002 Time: 12:14 Type: NORMAL
Agency to Bill: LEE COUNTY Facility: COUNTY JAIL

Inmate Name: FOREMAN EDDIE LEWIS Race: B Sex: M
DOB: [redacted] Age: 28 SSN: [redacted] Height: 6'00" Weight: 166

N 13. Have you recently been hospitalized or treated by a doctor?

14. Do you currently take any non-prescription medication or medication prescribed by a doctor?

15. Are you allergic to any medication?

16. Do you have any handicaps or conditions that limit activity?

17. Have you ever attempted suicide or are you thinking about it now?

Y 18. Do you regularly use alcohol or street drugs?

N 19. Do you have any problems when you stop drinking or using drugs?

20. Do you have a special diet prescribed by a physician?

21. Do you have any problems or pain with your teeth?

22. Do you have any other medical problems we should know about?

Use marijuana and Drink alcohol

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: Eddie Foreman DATE: 1-29-02 TIME: ____________

BOOK OFFICER: ____________ DATE: ____________ TIME: ____________

# DAILY BOOKING SHEET
## LEE COUNTY JAIL
## OPELIKA, ALABAMA

Date 3/24/97

Time 1510

Social Security No. [redacted]

I.D. NO. ~~[struck]~~ 10599

Photo N FP N

Name Foreman Eddie Lewis (Last) (First) Race B Sex M Age 23 Eyes Bro Hair Blk

Ht. 6'0" Wt. 160 DOB [redacted] NCIC Check

Address [redacted] Street Apt. City State Zip

Made PX ✓ Yes ___ No ___ Reason ___ S / M / (T) on both legs and arms

Next of Kin Kenyetta Foreman (Finely) Relationship Wife

Address ~~504 Ave. B.~~ 162 Lee Rd. 567 Auburn, AL 36830 Street Apt. City State Zip Phone

CHARGE FTA - Unlawful BOND ___ CHARGE ___ BOND ___
CHARGE Dist. of a Cont. BOND ___ CHARGE ___ BOND ___
CHARGE Substance BOND ___ CHARGE ___ BOND ___

HOLDS:
AGENCY ___ CHARGE ___ BOND ___
AGENCY ___ CHARGE ___ BOND ___
AGENCY ___ CHARGE ___ BOND ___

1. ARE YOU PRESENTLY IN NEED OF ANY IMMEDIATE MEDICAL ATTENTION YES ✓ NO ___
   a. IF SO, STATE YOUR PROBLEM(S) back hurts
2. ARE YOU PRESENTLY TAKING ANY MEDICATION YES ✓ NO ___
   a. IF SO, WHAT KIND Motrin 800 or Ibuprofen 800
3. ARE YOU PRESENTLY UNDER A DOCTOR'S CARE YES ___ NO ✓ DOCTOR'S NAME: ___
   a. WHAT TREATMENT ARE YOU RECEIVING ___
4. ARE YOU ALLERGIC TO ANY KIND OF MEDICATION YES ___ NO ✓
   a. IF SO, WHAT KIND ___
5. DO YOU HAVE ANY FALSE LIMBS (TEETH, EYES, ETC.) YES ___ NO ✓ WHAT: ___
6. ARE YOU PRESENTLY RECEIVING ANY PSYCHIATRIC TREATMENT YES ___ NO ✓
   a. DOCTOR'S NAME ___ PHONE OR HOSPITAL: ___
7. ARE YOU SUFFERING FROM ANY TYPE OF ILLNESS YES ___ NO ✓
   a. WHAT ILLNESS ___

I AUTHORIZE THE LEE COUNTY SHERIFFS DEPT. TO INSPECT ANY INCOMING OR OUTGOING MAIL ADDRESSED TO OR FROM ME IN ACCORDANCE WITH DMM115.95 pgh. 97 U.S. POSTAL SERVICE.

YES ✓ NO ___ x Eddie L. Foreman
Signature of Person Arrested

ARRESTING OFFICER(S) Deputy Meadows

BOOKING OFFICER Corey D. [signature]

I HAVE RECEIVED ALL PROPERTIES TAKEN FROM ME BY THE LEE COUNTY SHERIFFS DEPARTMENT.

DATE OF RELEASE 05-19-97 x Eddie Foreman
Signature of Person Released

TIME OF RELEASE [illegible]

TYPE OF RELEASE [illegible] [signature]
Signature of Release Officer

NAME (LAST) Foreman (FIRST) Eddie (MIDDLE) Lewis

Date of Arrest 3/24/97

ALIAS

FORM: LCS-016 (8/95)
DARCO (334) 745-4874

# LEE COUNTY SHERIFF'S DEPARTMENT
# INMATE PERSONAL PROPERTY RECEIPT AND RELEASE FORM

## Receipt

(Form #3)

Name of Inmate: Eddie Foreman | Inmate File #:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Ammunition | | Cigarettes | | ID Cards | | Necklace | | Tie-Neck |
| | Bag-Hand | | Clothing | | Jewelry | | Package | | Tie-Tack/Clip |
| | Beer | | Coat | | Junk | | Papers | | Tobacco |
| 1 | Belt | | Comb | | Key(s) | | Pen-Pencil | | Toilet Articles |
| | Billfold | | Drivers License | | Knife | | Purse - Coin | | Tools |
| | Boots/Shoes | | Ear Rings | | Liquor | | Purse - Lady | | Watch |
| | Books | | Flashlight | 1 | Lighter | | Purse - Man | | Weapon |
| | Boxes | | Glasses | | Luggage | | Radio/TV | | Whiskey |
| | Briefcase | | Gloves | | Medicine | | Razor | | Wine |
| | Camera | | Groceries | | Money Clip | | Ring(s) | | |
| | Candy | | Groc. in Ref. | | Musical Inst. | | Suitcase | | |
| | Checkbook | | Hat - Cap | | Nail Clip | | Sweater | | |

| | |
|---|---|
| CURRENCY | $ 40.00 |
| CHANGE | $ .85 |
| CHECKS | $ |
| FOREIGN MONEY | $ |
| TOTAL | $ 40.85 |

REMARKS:

Other items of property not classified above: (include storage location if other than below)

I certify that the above is a correct list of items removed from my possession at the time I was placed in jail.

PRISONER'S SIGNATURE X Eddie L. Foreman

I hereby acknowledge the receipt of the above arrested individual and his/her itemized property on this 24 day of March, 1997, at 1520 p.m.

SIGNATURE RECEIVING OFFICER Corey D. Welch

Received all of the above listed property (minus any property previously released as indicated on this receipt) on this 17 day of May, 1997, at 0543 a.m.

PRISONER'S SIGNATURE Eddie Foreman

Location of Property # 37

***ALL PROPERTY LEFT OVER 30 DAYS AFTER RELEASE WILL BE DISPOSED OF.**

## Release

| DATE | ITEM(S) RELEASED | SIGNATURE OF PERSON AUTHORIZING RELEASE | SIGNATURE OF PERSON RECEIVING ITEM(S) | SIGNATURE OF OFFICER RELEASING ITEM(S) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

LEE COUNTY SHERIFF'S DEPARTMENT

RECEIPT OF PERSONAL PROPERTY BAGS

I, Eddie Foreman, HAVE RECEIVED A PROPERTY BAG FROM THE LEE COUNTY SHERIFF'S DEPARTMENT AND UNDERSTAND THAT I AM RESPONSIBLE FOR THIS ITEM.

UPON MY RELEASE FROM THIS INSTITUTION, I WILL RETURN THE PROPERTY BAG. I ALSO UNDERSTAND THAT I'M RESPONSIBLE FOR A $5.00 REPLACEMENT FEE FOR LOSS OR DAMAGES TO THE PROPERTY BAG. IF I FAIL TO PAY THE FEE, CRIMINAL CHARGES WILL BE FILED AGAINST ME FOR DESTRUCTION OF LEE COUNTY PROPERTY.

X [signature]
INMATE SIGNATURE, DATE & TIME

[signature]
OFFICER SIGNATURE, DATE & TIME

---

RETURN OF PERSONAL PROPERTY BAG

FOR OFFICIAL USE ONLY

PLEASE CHECK STATEMENT THAT APPLIES TO RELEASED INMATE:

__ PROPERTY BAG WAS RETURNED UPON INMATE'S RELEASE

__ PROPERTY BAG WAS DAMAGED OR LOSS UPON INMATE'S RELEASE

__ $5.00 REPLACEMENT FEE WAS PAID FOR DAMAGES

__ $5.00 REPLACEMENT FEE WAS PAID FOR LOSS

__ $5.00 REPLACEMENT FEE WAS NOT PAID BY INMATE

OFFICER COMMENTS: ______________________________

[signature]
INMATE SIGNATURE DATE TIME ______ DATE TIME

# LEE COUNTY SHERIFF'S DEPARTMENT
# REGULATIONS RECEIPT

(Form #7)

Date: 3/24/97 Time: 1605

I, Eddie Foreman, have received copy number ______ of the Rules and Regulations governing inmates in the Lee County Jail which I am/am not (mark one out) able to read. I understand that while in this institution I will abide by these Rules and Regulations.

I will return the copy of the Rules and Regulations upon my release from jail. I also understand that I will be responsible for the loss or any damage of the Inmate Rules and Regulations Handbook and will be charged $2 for its replacement. I also understand that if I fail to pay for the replacement of the lost or damaged handbook I will have additional criminal charges filed against me for destruction of county property.

Years of School 11

X Eddie Foreman
Inmate's Signature

---

X Eddie Foreman has today received copy number 310 of the Lee County Sheriff's Department Rules and Regulations for Inmates.

☑ Said inmate stated to me that he was able to read the Rules and Regulations.

☐ Said inmate stated that he was not able to read the Rules and Regulations and I explained the orientation rules to him.

Corey D. Welch
Jailer's Signature

Date: 3/24/97 Time: 1605








L___ COUNTY SHERIFF DEPARTMENT

DETENTION DIVISION

PATIENT CONSENT TO PHYSICAL EXAM/TREATMENT

NAME ______________________________ DOB __________ RACE ____ SS# ______________

NAME / ADDRESS OF SPOUSE / PARENT ______________________________________________

________________________________________________________________________________

ADMISSION DATE ________________ TIME ________________

1. I hereby authorize the Lee County Sheriff Department, it's contracted employees, agents, physicians, dentists, psychiatrist and/or such assistants as may be selected by him/her to treat the condition(s) which appear indicated by the diagnostic studies already performed.

2. I give my consent to a physical assessment to include, but not limited to, syphilis, HIV and TB skin tests. I understand these tests are performed as required by the facility and will become a part of my personal folder. I also understand that I will be contacted by a health department representative about all problem STD and TB skin test results.

3. Should surgical or diagnostic procedures become necessary, I will be informed of them with regard to alternate modes of treatment, the risks involved, and the nature of the procedure(s) to be done.

4. This in no way constitutes a warranty or guarantee that my present condition will be cured; the Lee County Sheriff Department, it's contracted staff, and employees, will provide the best possible care available, but no assurance of cure is to be assumed.

5. I am signing this willingly and voluntarily in full understanding of the above and in so doing I release the department of corrections, it's directors and officers, it's contracted staff employees, agents, and physicians from any and all liability which may arise from this action, whether or not foreseen at present.

6. I fully understand that I have the right to refuse to sign this medical authorization form and in doing so, no medical services other than emergency life saving procedures will be offered.

Patient signature ________________________________ Date ________________

Witness signature ________________________________ Date ________________

LEE COUNTY

SHER IFF'S DEPARTMENT

MEDICAL CHARGE ACKNOWLEDGEMENT FORM

INMATE CO-PAYMENT FOR MEDICAL SERVICE RENDERED

**POLICY**

Sick call is conducted on a scheduled basis by a registered nurse and is ava all inmates. All inmates will be charged a fee for non-emergency treatment. will not be denied medical treatment for any reason.

**PROCEDURE**

1. Costs for non-emergency treatment will be charged to the inmate as follows
   - a) Sick call visit $10.00
   - b) Dental visit $10.00
   - c) Doctor visit $10.00
   - d) Prescriptions $03.00
   - e) Follow-up visit NO CHARGE
   - f) Non-prescription medication $0.25 per each pill up to a $3.00 limit.
2. At the conclusion of each sick call visit, the nurse will complete a charge the inmate will sign the slip and receive a copy.
3. The remaining medical charge forms are given to the booking officer on duty sick call is completed.
4. The booking officer submits one(1) copy of the medical charge form to the co ary clerk for payment from inmate account.
5. One (1) copy of the medical charge form is placed in the inmate's medical fil
6. Payment for medical treatments will be payable to the Lee County Commission.

I, Eddie Foreman, state that I have read, or have read to me, this form regarding the policies and procedures on inmate co-payments medical services rendered. I state that I acknowledge and fully understand these s policies and procedures.

X Eddie L. Foreman
Inmate Signature, Date and Time

Cory D. Welch 3/24/97 1605
Officer's Signature, Date and Time

Name & Number: ______________________ Date: ______________

# HEALTH HISTORY FORM
## CONFIDENTIAL

(Form #9)

| HAVE YOU EVER? | YES | NO | DO YOU? | YES | NO |
|---|---|---|---|---|---|
| Lived with anyone who had TB | | ✓ | Wear glasses or contact lenses | | ✓ |
| Coughed up blood | | ✓ | Have vision in both eyes | | ✓ |
| Bled excessively after injury | | ✓ | Wear a brace or back support | | ✓ |
| Attempted suicide | | ✓ | | | |
| Been tested HIV positive | ✓ | | | | |

| HAVE YOU EVER HAD OR HAVE YOU NOW? | YES | NO | DON'T KNOW | HAVE YOU EVER HAD OR HAVE YOU NOW? | YES | NO | DON'T KNOW |
|---|---|---|---|---|---|---|---|
| AIDS | | ✓ | | Night Sweats | | ✓ | |
| Asthma | | ✓ | | Tumors, Cysts, or Growths | | ✓ | |
| Tuberculosis | | ✓ | | Cramps in Your Legs | | ✓ | |
| Cancer or Tumor | | ✓ | | Rupture or Hernia | | ✓ | |
| Diabetes | | ✓ | | Recent Gain or Loss of Weight | | ✓ | |
| Emphysema | | ✓ | | Frequent Indigestion | | | |
| Ear, Nose or Throat Trouble | | ✓ | | Stomach Trouble or Ulcer | | ✓ | |
| Hearing loss | | ✓ | | Hepatitis or Jaundice | | ✓ | |
| Chronic or Frequent Colds | | ✓ | | Gall Bladder Trouble | | ✓ | |
| Hay Fever | | ✓ | | Hemorrhoids or Rectal Trouble | | ✓ | |
| Severe Tooth or Gum Trouble | | ✓ | | Head Injuries | | ✓ | |
| Shortness of Breath | | ✓ | | Epilepsy or Seizures | | ✓ | |
| High Blood Pressure | | ✓ | | Frequent or Severe Headaches | | ✓ | |
| Pain or Pressure in Heart | ✓ | | | Loss of Memory or Amnesia | | ✓ | |
| Pounding Heart | Not Sure | | | Periods of Unconsciousness | | ✓ | |
| Arthritis or Bursitis | | ✓ | | Paralysis, Numbness, Weakness | | ✓ | |
| Fractures (Broken Bones) | | ✓ | | Dizziness, Fainting Spells | | ✓ | |
| Bone Joint or Other Deformity | | ✓ | | Nervous Problem of Any Type | | ✓ | |
| Painful or Trick Shoulder | | ✓ | | Alcoholism | | ✓ | |
| Foot Trouble | | ✓ | | Syphilis, Gonorrhea | | ✓ | |
| Recurrent Back Trouble | ✓ | | | Drug Allergies | | ✓ | |
| Swollen or Painful Joints | | ✓ | | Lumps, Pain, Discharge on Breast | | ✓ | |
| Kidney Trouble | | ✓ | | Change in Menstrual Pattern | | ✓ | |
| Frequent or Painful Urination | | ✓ | | Pregnancy/Abortion, Miscarriage | | ✓ | |
| Blood in Urine | | ✓ | | Treated for Female Disorder | | ✓ | |
| Recurrent Infections | | ✓ | | Thyroid Trouble | | ✓ | |
| Rheumatic Fever | | ✓ | | | | | |

| | |
|---|---|
| YOUR PRESENT DOCTOR'S NAME (Address, Phone) | Have you ever been a patient or received treatment in a hospital? (surgery/injuries); state where, when, why & address |
| Have you ever been treated for a mental condition? (If yes, state reason and give details.) | Have you ever taken narcotics? (If yes, state what kind, when you last took it, and if you are in a treatment program) yes, March 9, 1997 Cocaine [illegible] |
| Highest level of education (years) 11 (GED) | Additional Remarks: (use reverse side) |
| Have you ever been incarcerated in this jail before? (If so, when?) yes 96 | |

If you cannot read or do not understand any of the above questions, please notify a member of the jail staff and ask for assistance.

I certify that the above answers are true and correct to the best of my knowledge.

[signature]
Signature of Inmate

Accepted by ______________________ Date ____________ Time ____________
Signature of Jailer

# DAILY BOOKING SHEET
## LEE COUNTY JAIL
### OPELIKA, ALABAMA

Date 2-29-96

Time ____

Social Security No. [redacted]

I.D. NO. 10899

Photo N FP Y

Name FOREMAN EDDIE (Last) (First) Race B Sex M Age 22 Eyes BRO Hair BLK

Ht 6'1" Wt. 166 DOB [redacted] NCIC Check cleared 4/6 ... Angela

Address [redacted] Street Apt. City [redacted] State AL Zip [redacted]

Made PX ___ Yes ✓ No ___ Reason CONTACT BONDSMEN(S) M(T) Both upper Arm: S-left hand

Next of Kin JOAN FOREMAN Relationship MOTHER

Address [redacted] Street Apt. City OPELIKA State AL Zip [redacted] Phone [redacted]

| CHARGE | BOND | CHARGE | BOND |
|---|---|---|---|
| UNLAWFUL POSS | 3,000 | | |
| Receipt of controlled | | | |
| substance | | | |

**HOLDS:**

| AGENCY | CHARGE | BOND |
|---|---|---|
| | | |
| | | |
| | | |

1. ARE YOU PRESENTLY IN NEED OF ANY IMMEDIATE MEDICAL ATTENTION YES ✓ NO ___
   a. IF SO, STATE YOUR PROBLEM(S) Need left hand checked
2. ARE YOU PRESENTLY TAKING ANY MEDICATION YES ✓ NO ___
   a. IF SO, WHAT KIND ____
3. ARE YOU PRESENTLY UNDER A DOCTOR'S CARE YES ___ NO ✓ DOCTOR'S NAME: ____
   a. WHAT TREATMENT ARE YOU RECEIVING ____
4. ARE YOU ALLERGIC TO ANY KIND OF MEDICATION YES ___ NO ✓
   a. IF SO, WHAT KIND ____
5. DO YOU HAVE ANY FALSE LIMBS (TEETH, EYES, ETC.) YES ___ NO ✓ WHAT: ____
6. ARE YOU PRESENTLY RECEIVING ANY PSYCHIATRIC TREATMENT YES ___ NO ✓
   a. DOCTOR'S NAME ____ PHONE OR HOSPITAL: ____
7. ARE YOU SUFFERING FROM ANY TYPE OF ILLNESS YES ___ NO ✓
   a. WHAT ILLNESS ____

I AUTHORIZE THE LEE COUNTY SHERIFFS DEPT. TO INSPECT ANY INCOMING OR OUTGOING MAIL ADDRESSED TO OR FROM ME IN ACCORDANCE WITH DMM115.95 pgh. 97 U.S. POSTAL SERVICE.

YES ___ NO ___ X Eddie L Foreman
Signature of Person Arrested

ARRESTING OFFICER(S) Guden James

BOOKING OFFICER PBGRAY

I HAVE RECEIVED ALL PROPERTIES TAKEN FROM ME BY THE LEE COUNTY SHERIFFS DEPARTMENT.

DATE OF RELEASE 4-3-96 — Eddie L Foreman, Signature of Person Released

TIME OF RELEASE 1300 — P B Gray, Signature of Release Officer

TYPE OF RELEASE Bail Bond

NAME FOREMAN (LAST) EDDIE (FIRST) LEWIS JR (MIDDLE) Date of Arrest 2/29/96 ALIAS

# LEE C UNTY SHERIFF'S DEPAR MENT
# INMATE PERSON L P OPERTY RECEIPT A D LEASE FORM

## Receipt
(Form #3)

| Name of Inmate: Eddie Foreman | Inmate File #: 10899 |
|---|---|

| | Item | | Item | | Item | | Item | | Item |
|---|---|---|---|---|---|---|---|---|---|
| | Ammunition | | Cigarettes | | ID Cards | | Necklace | | Tie-Neck |
| | Bag-Hand | | Clothing | | Jewelry | | Package | | Tie-Tack/Clip |
| | Beer | | Coat | | Junk | | Papers | | Tobacco |
| 1 | Belt | | Comb | | Key(s) | | Pen-Pencil | | Toilet Articles |
| | Billfold | | Drivers License | | Knife | | Purse - Coin | | Tools |
| | Boots/Shoes | | Ear Rings | | Liquor | | Purse - Lady | | Watch |
| | Books | | Flashlight | | Lighter | | Purse - Man | | Weapon |
| | Boxes | | Glasses | | Luggage | | Radio/TV | | Whiskey |
| | Briefcase | | Gloves | | Medicine | | Razor | | Wine |
| | Camera | | Groceries | | Money Clip | | Ring(s) | | |
| | Candy | | Groc. in Ref. | | Musical Inst. | | Suitcase | | |
| | Checkbook | | Hat - Cap | | Nail Clip | | Sweater | | |

| | |
|---|---|
| CURRENCY | $ 26 |
| CHANGE | $ .75 |
| CHECKS | $ |
| FOREIGN MONEY | $ |
| TOTAL | $ 26.75 |

*REMARKS:*

Other items of property not classified above: (include storage location if other than below)
2 - cassettes
1 - watch case

I certify that the above is a correct list of items removed from my possession at the time I was placed in jail.

PRISONER'S SIGNATURE X Eddie L Foreman

I hereby acknowledge the receipt of the above arrested individual and his/her itemized property on this 1 day of March, 1996, at 0950 a.m.

SIGNATURE RECEIVING OFFICER ____________

Received all of the above listed property (minus any property previously released as indicated on this receipt) on this 3 day of April, 1996, at 1300 p.m.

PRISONER'S SIGNATURE X Eddie L Foreman

Location of Property
35 / 35

*ALL PROPERTY LEFT OVER 30 DAYS AFTER RELEASE WILL BE DISPOSED OF.

## Release

| DATE | ITEM(S) RELEASED | SIGNATURE OF PERSON AUTHORIZING RELEASE | SIGNATURE OF PERSON RECEIVING ITEM(S) | SIGNATURE OF OFFICER RELEASING ITEM(S) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# LEE COUNTY SHERIFF'S DEPARTMENT
## RECEIPT OF RULES AND REGULATIONS
### (FORM #7)

I, Eddie Foreman, have received Handbook number 10A of the Lee County Sheriff's Department Rules and Regulations governing inmates. I understand that while in this institution I will abide by these Rules and Regulations.

Upon my release from this institution, I will return the Rules and Regulations Handbook. I also understand that I am responsible for a $2.00 replacement fee for loss or damages to the Handbook. If I fail to pay the fee, criminal charges will be filed against me for destruction of Lee County property.

☐ Inmate stated that he/she was able to read the Rules and Regulations.

☐ Inmate stated that he/she was not able to read the Rules and Regulations and I explained the orientation rules to him/her.

Years of School GED

X Eddie L Foreman
Inmate Signature, Date & Time

RBGray
Officer Signature, Date & Time

---

## RETURN OF RULES AND REGULATIONS
### FOR OFFICIAL USE ONLY

Please check statement that applies to released inmate:

☑ Rules and Regulations Handbook number 10A was returned upon inmate's release

☐ Rules and Regulations Handbook number _______ was damaged or loss upon inmate's release.
- ☐ $2.00 replacement fee was paid for damages.
- ☐ $2.00 replacement fee was paid for loss.
- ☐ $2.00 replacement fee was not paid by inmate.

Officer Comments: ______________________________

Eddie L Foreman
Inmate Signature, Date & Time

RBGray
Officer Signature, Date & Time

# DAILY BOOKING SHEET
# LEE COUNTY JAIL
## OPELIKA, ALABAMA

Date 10-23-95

Time 330 pm

Social Security No. [redacted]

I.D. NO. 10899

Photo yes FP yes

Name Foreman, Eddie Lewis (Last) (First) Race B Sex M Age 22 Eyes Brn Hair Blk

Ht. 6'1 Wt. 166 DOB [redacted] NCIC Check Clear (Clear)

Address [redacted] Street Apt. City State Zip No Phone

Made PX ___ Yes ___ No X Reason notify family S/M/T 1" on left side of cheek

Next of Kin Ollan Foreman Relationship Mother

Address [redacted] Street Apt. City State Zip 770 Phone Phone

CHARGE Unlaw. Dist Cont. Sub BOND 10,000.00 CHARGE ___ BOND ___
CHARGE Unlaw. Dist Cont. Sub BOND 10,000.00 CHARGE ___ BOND ___
CHARGE ___ BOND ___ CHARGE ___ BOND ___

HOLDS:
AGENCY ___ CHARGE ___ BOND ___
AGENCY ___ CHARGE ___ BOND ___
AGENCY ___ CHARGE ___ BOND ___

1. ARE YOU PRESENTLY IN NEED OF ANY IMMEDIATE MEDICAL ATTENTION YES ___ NO X
   a. IF SO, STATE YOUR PROBLEM(S) ___
2. ARE YOU PRESENTLY TAKING ANY MEDICATION YES ___ NO X
   a. IF SO, WHAT KIND ___
3. ARE YOU PRESENTLY UNDER A DOCTOR'S CARE YES ___ NO X DOCTOR'S NAME: ___
   a. WHAT TREATMENT ARE YOU RECEIVING ___
4. ARE YOU ALLERGIC TO ANY KIND OF MEDICATION YES ___ NO X
   a. IF SO, WHAT KIND ___
5. DO YOU HAVE ANY FALSE LIMBS (TEETH, EYES, ETC.) YES ___ NO X WHAT: ___
6. ARE YOU PRESENTLY RECEIVING ANY PSYCHIATRIC TREATMENT YES ___ NO X
   a. DOCTOR'S NAME ___ PHONE OR HOSPITAL: ___
7. ARE YOU SUFFERING FROM ANY TYPE OF ILLNESS YES ___ NO X
   a. WHAT ILLNESS ___

I AUTHORIZE THE LEE COUNTY SHERIFFS DEPT. TO INSPECT ANY INCOMING OR OUTGOING MAIL ADDRESSED TO OR FROM ME IN ACCORDANCE WITH DMM115.95 pgh. 97 U.S. POSTAL SERVICE.

YES Y NO ___ X Eddie Foreman
Signature of Person Arrested

ARRESTING OFFICER(S) OPD. Jarrell

BOOKING OFFICER Ardy

I HAVE RECEIVED ALL PROPERTIES TAKEN FROM ME BY THE LEE COUNTY SHERIFFS DEPARTMENT.

DATE OF RELEASE 11-20-95 x Eddie Foreman
Signature of Person Released

TIME OF RELEASE 5:00 PM T. Wooden
Signature of Release Officer

TYPE OF RELEASE Property Bond

ALIAS

Date of Arrest 10-23-95

NAME Foreman, Eddie Lewis (LAST) (FIRST) (MIDDLE)

FORM: LCS-016 (8/95)
DARCO (334) 745-4874

# LEE COUNTY SHERIFF'S DEPARTMENT
# INMATE PERSONAL PROPERTY RECEIPT AND RELEASE FORM

**Receipt**
(Form #3)

Name of Inmate: FOREMAN, EDDIE Lewis | Inmate File #: 12899

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Ammunition | | Cigarettes | | ID Cards | | Necklace | | Tie-Neck |
| | Bag-Hand | | Clothing | | Jeweiry | | Package | | Tie-Tack/Clip |
| | Beer | | Coat | | Junk | | Papers | | Tobacco |
| 1 | Belt | | Comb | 1 | Key(s) | | Pen-Pencil | | Toilet Articles |
| | Billfold | | Drivers License | | Knife | | Purse - Coin | | Tools |
| | Boots/Shoes | 2 | Ear Rings | | Liquor | | Purse - Lady | | Watch |
| | Books | | Flashlight | | Lighter | | Purse - Man | | Weapon |
| | Boxes | | Glasses | | Luggage | | Radio/TV | | Whiskey |
| | Briefcase | | Gloves | | Medicine | | Razor | | Wine |
| | Camera | | Groceries | | Money Clip | 2 | Ring(s) | | |
| | Candy | | Groc. in Ref. | | Musical Inst. | | Suitcase | | |
| | Checkbook | | Hat - Cap | | Nail Clip | | Sweater | | |

| | |
|---|---|
| CURRENCY | $ 26.00 |
| CHANGE | $ .42 |
| CHECKS | $ |
| FOREIGN MONEY | $ |
| TOTAL | $ 26.42 |

*REMARKS:*

Clothes #7

Location of Property

79

Other items of property not classified above: (include storage location if other than below)

I certify that the above is a correct list of items removed from my possession at the time I was placed in jail.

PRISONER'S SIGNATURE x Eddie L Foreman

I hereby acknowledge the receipt of the above arrested individual and his/her itemized property on this 23 day of Oct, 1995, at 1048 A.m.

SIGNATURE RECEIVING OFFICER [signature]

Received all of the above listed property (minus any property previously released as indicated on this receipt) on this ~~23~~ 20 day of ~~Oct~~ Nov, 1995, at ~~[illegible]~~ 500 P.m.

PRISONER'S SIGNATURE X Eddie L Foreman

*ALL PROPERTY LEFT OVER 30 DAYS AFTER RELEASE WILL BE DISPOSED OF.

**Release**

| DATE | ITEM(S) RELEASED | SIGNATURE OF PERSON AUTHORIZING RELEASE | SIGNATURE OF PERSON RECEIVING ITEM(S) | SIGNATURE OF OFFICER RELEASING ITEM(S) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# DAILY BOOKING SHEET
## LEE COUNTY JAIL
OPELIKA, ALABAMA

Date 10-15-92

Time 1233 PM

Social Security No. [redacted]

I.D. NO. 10899

Photo NO FP NO

Name FOREMAN (LAST) EDDIE (FIRST) LEWIS Race B Sex M Age 19 Eyes BRO Hair BLK

Ht. 6-01 Wt. 166 DOB [redacted] NCIC Check

Address [redacted] STREET APT. CITY STATE ZIP

Made PX Yes ✓ No Reason S/M/T Multi scars on face

Next of Kin Joan Foreman Relationship Mother

Address [redacted] STREET APT. CITY STATE AL ZIP Phone [redacted]

CHARGE 3 YRS BOND 0 CHARGE BOND

CHARGE (B/E mtr veh) BOND CHARGE BOND

CHARGE BOND CHARGE BOND

HOLDS:
AGENCY CHARGE BOND
AGENCY CHARGE BOND
AGENCY CHARGE BOND

1. ARE YOU PRESENTLY IN NEED OF ANY IMMEDIATE MEDICAL ATTENTION YES NO ✓
   a. IF SO, STATE YOUR PROBLEM(S)
2. ARE YOU PRESENTLY TAKING ANY MEDICATION YES NO ✓
   a. IF SO, WHAT KIND
3. ARE YOU PRESENTLY UNDER A DOCTOR'S CARE YES NO ✓ DOCTOR'S NAME:
   a. WHAT TREATMENT ARE YOU RECEIVING
4. ARE YOU ALLERGIC TO ANY KIND OF MEDICATION YES NO ✓
   a. IF SO, WHAT KIND
5. DO YOU HAVE ANY FALSE LIMBS (TEETH, EYES, ETC.) YES NO ✓ WHAT:
6. ARE YOU PRESENTLY RECEIVING ANY PSYCHIATRIC TREATMENT YES NO ✓
   a. DOCTOR'S NAME: PHONE OR HOSPITAL:
7. ARE YOU SUFFERING FROM ANY TYPE OF ILLNESS YES NO ✓
   a. WHAT ILLNESS

I AUTHORIZE THE LEE COUNTY SHERIFFS DEPT. TO INSPECT ANY INCOMING OR OUTGOING MAIL ADDRESSED TO OR FROM ME IN ACCORDANCE WITH DMM115.95 pgh.97 U.S. POSTAL SERVICE.

YES ✓ NO

X Eddie Foreman
Signature of Person Arrested

ARRESTING OFFICER(S) From Court

BOOKING OFFICER Duane Diggs

I HAVE RECEIVED ALL PROPERTIES TAKEN FROM ME BY THE LEE CO. SHERIFFS DEPT.

DATE OF RELEASE 11-16-92

TIME OF RELEASE 0600

X Eddie Foreman
Signature of Person Released

[signature]

NAME FOREMAN (LAST) EDDIE (FIRST) LEWIS (MIDDLE) Date of Arrest 10-15-92 ALIAS None

LEE COUNTY JAIL
OPELIKA, ALABAMA

# INMATE PERSONAL PROPERTY FORM

INMATE'S PERSONAL PROPERTY RECEIPT

NAME OF INMATE: Foreman, Eddie

INMATE'S FILE NO: 10899

| | Cigarettes | | ID Cards | | Neck Tie | | Tie - Neck |
|---|---|---|---|---|---|---|---|
| | Clothing | | | | Packs | | Tie-Tack/Clip |
| | Coat | | | | Papers | | Tobacco |
| | Comb | | Key(s) | 1 | Pen | | Toilet Articles |
| | Drivers License | | Knife | | Purse - Coin | | Tools |
| | Ear Rings | | | | Purse - Lady | | Watch |
| | Flashlight | | Lighter | | Purse - Man | | Weapon |
| | Glasses | | Luggage | | Radio / TV | | |
| | Gloves | | Medicine | | Razor | 1 | D.P. Badge |
| | Groceries | | Money Clip | | Ring(s) | 1 | photo |
| | Groc. in Ref. | | Musical Instr. | | Suitcase | | |
| | Hat - Cap | | Tie Clip | | Sweater | | |

| | |
|---|---|
| CURRENCY | $ Ø |
| CHANGE | $ Ø |
| CHECKS | $ Ø |
| FOREIGN MONEY | $ Ø |
| TOTAL | $ Ø |

REMARKS:

Items of Property Not Classified Above: (include storage location if other than below)

paper

ALL PROPERTY LEFT OVER 30 DAYS AFTER RELEASE WILL BE DISPOSED OF.

I certify that the above is a correct list of items removed from my possession at the time I was placed in jail.

PRISONER'S SIGNATURE x Eddie Foreman

I acknowledge the receipt of the above arrested individual and his/her itemized property on this 15 day of Oct 1992, at 1000 ☒ AM ☐ PM.

SIGNATURE OF RECEIVING OFFICER Duane Diggs

x Eddie Foreman
Signature

LOCATION OF PROPERTY
31

I acknowledge receipt of all of the above listed property (minus any property previously released as indicated on this receipt) this 16 day of NOV 1992 at 0600 ☒ AM ☐ PM.

PRISONER'S SIGNATURE X Eddie Foreman

RELEASED ITEMS RECORD

| DATE | ITEM(S) RELEASED | SIGNATURE OF PERSON AUTHORIZING RELEASE | SIGNATURE OF PERSON RECEIVING ITEM(S) | SIGNATURE OF OFFICER RELEASING |
|---|---|---|---|---|
| 10-21-92 | paper 3 letters given to inmate | | x Eddie Foreman | Cpl. John K. Ro[illegible] |

INMATE PROPERTY ISSUE

I[illegible]E ID # 10899

NAME: Foreman, Eddie DATE: 10-15-92 TIME 1233 HRS.

ITEMS ISSUED TO THE INMATE:

| Item | | Condition GOOD | Condition FAIR |
|---|---|---|---|
| (1) Mattress # | | [✓] | [ ] |
| (3) Fitted Sheet # | | [✓] | [ |
| (4) Reg. Sheet # | | [✓] | [ ] |
| (5) Blanket # | | [✓] | [ ] |
| (7) Pants # | | [✓] | [ ] |
| (8) Shirt # | | [✓] | [ ] |
| (9) Towel # | | [✓] | [ ] |
| (10) Wash Cloth # | | [✓] | [ ] |

| Item | Issued YES | Issued NO |
|---|---|---|
| (11) Toothpaste | [✓] | [ ] |
| (12) Toothbrush | [✓] | [ ] |
| (13) Soap | [✓] | [ ] |
| (14) Cup | [✓] | [ ] |

NOTICE TO INMATE: DEFACING, DESTRUCTION, ALTERING, OR LOSS OF THE COUNTY PROPERTY THAT YOU HAVE BEEN ISSUED, WILL RESULT IN DISCIPLINARY AND OR CRIMINAL ACTION BEING TAKEN AGAINST YOU. ALL ISSUED ITEMS WILL BE RETURNED TO JAIL OFFICERS WHEN YOU ARE RELEASED.

I HAVE RECEIVED THE ABOVE LISTED ITEMS FROM THE LEE COUNTY SHERIFF'S DEPARMENT AND I HAVE READ AND UNDERSTAND THE ABOVE "NOTICE TO THE INMATE" CONCERNING THE ISSUED ITEMS.

X Eddie Foreman
INMATES SIGNATURE

THE ABOVE INMATE HAS BEEN ISSUED THE ABOVE LISTED ITEMS AND HAS READ AND UNDERSTANDS THE "NOTICE TO THE INMATE". IF THE INMATE COULD NOT READ, I HAVE READ IT TO HIM/HER AND ANSWERED ANY QUESTIONS THAT THE INMATE MIGHT HAVE.

Duane Digge
JAILERS SIGNATURE

CONDITION OF RETURNED ITEMS:

| Item | # | GOOD | FAIR |
|---|---|---|---|
| (1) MATTRESS | # ______ | [ ] | [ ] |
| (2) FITTED SHEET | # ______ | [ ] | [ ] |
| (3) BLANKET | # ______ | [ ] | [ ] |
| (4) PANTS | # ______ | [ ] | [ ] |
| (5) SHEET (REG) | # ______ | [ ] | [ ] |
| (6) CUP | # ______ | [ ] | [ ] |
| (7) SHIRT | # ______ | [ ] | [ ] |
| (8) TOWEL | # ______ | [ ] | [ ] |
| (11) WASH CLOTH | # ______ | [ ] | [ ] |

DATE: ______ TIME: ______ HRS.

[illegible]ERS SIGNATURE ______

ADMISSION DATA-JAIL INMATE ...

| (LAST) | FIRST | MIDDLE | RACE: | SEX: | DOB: |
|---|---|---|---|---|---|
| Foreman | Eddie | Lewis | B | M | [redacted] |

| ...ON: | CHARGE: | ASSIGNED TO CELL BLOCK |
|---|---|---|
| 10-15-92 | 3 YRS B&E Auto | |

ALLERGIES: (MAKE SURE YOU PUT IN MEDICAL FOLDER)

None

HAVE YOU EVER BEEN TREATED FOR: (CIRCLE EITHER YES OR NO)

| | | |
|---|---|---|
| ASTHMA | YES | (NO) |
| HEART TROUBLE | YES | (NO) |
| HYPERTENSION | YES | (NO) |
| DIABETES | YES | (NO) |
| EPILEPSY OR SEIZURES | YES | (NO) |
| DRUG ADDICTION | YES | (NO) |
| ALCOHOLISM | YES | (NO) |
| MENTAL ILLNESS | YES | (NO) |
| VERNEREAL DISEASE | YES | (NO) |
| TUBERCULOSIS | YES | (NO) |
| TESTED FOR HIV (AIDS) | (YES) | NO |

IF TESTED WHERE YOU POSITIVE OR (NEGATIVE)

IF YES TO ANY OF THE ABOVE QUESTIONS, GIVE DATE AND TREATMENT RECIEVED:

DO YOU HAVE ANY MEDICATIONS, PRESCRIPTIONS, OR CURRENT MEDICAL PROBLEMS THAT NEED ATTENTION?

None

IS THERE ANY EVIDENCE OF RECENT PHYSICAL INJURY SEEN ON INMATE?

No

HOW WERE THESE INJURIES RECIEVED ACCORDING TO INMATE?

WAS INMATE TREATED FOR THESE INJURIES PRIOR TO ADMISSION? YES OR NO (CIRCLE ONE)

IF INMATE WAS TREATED FOR THESE INJURIES PRIOR TO ADMISSION WHERE AT AND WHAT TIME?

TIME:

| ...: | TIME | TREATMENTS AND OBSERVATION | ATTENDING PHYSICIAN |
|---|---|---|---|
| | | | |

LEE JNTY ͨ HERIFF'S DEPARTMENT

JAIL DIVISION

ENEMIES LIST

DATE: 10-15-92 TIME: 1233

Foreman, Eddie I.D.# 10899
INMATES NAME

___ (1) HAS STATED THAT THE FOLLOWING INMATE'S WOULD CAUSE HARM TO HIM IF PLACED IN THE SAME CELL.

✓ (2) HAS STATED THAT NO INMATE'S OF THE LEE COUNTY JAIL WOULD CAUSE HIM HARM AFTER BEING SHOWN A COPY OF THE JAIL LIST.

INMATE'S NAME: ______ REASON: ______

INMATE'S NAME: ______ REASON: ______

INMATE'S NAME: ______ REASON: ______

INMATE'S NAME: ______ REASON: ______

INMATE'S NAME: ______ REASON: ______

Duane Diggs
JAILER'S NAME

Eddie Foreman
INMATE'S NAME

LEE COUNTY SHERIFF'S DEPARTMENT

JAIL DIVISION

REGULATIONS RECEIPT

I.D. # 10899

DATE: 10-15-92 TIME: 1233 HRS.

I Eddie Foreman HAVE RECEIVED A COPY OF THE RULES AND REGULATIONS GOVERNING INMATES IN THE LEE COUNTY JAIL. I UNDERSTAND THAT WHILE IN THIS INSTITUTION I WILL ABIDE BY THESE RULES AND REGULATIONS.

I WILL RETURN THE COPY OF THE RULES AND REGULATIONS UPON MY RELEASE FROM JAIL. I ALSO UNDERSTAND THAT I WILL BE RESPONSIBLE FOR THE LOSS OR ANY DAMAGE OF THE INMATE RULES AND REGULATIONS HANDBOOK.

GRADE COMPLETED IN SCHOOL: 11

X Eddie Foreman

INMATES SIGNATURE

**DAILY BOOKING SHEET**
**LEE COUNTY JAIL**
OPELIKA, ALABAMA

Social Security No. [redacted]

Date 9/3/92

I.D. NO. 10899

Time 10:00 AM

Photo NO FP Yes

Name Foreman, Eddie Louis (LAST) (FIRST) Race B Sex M Age 18 Eyes Brn Hair Blk

Ht. 6'01 Wt. 166 DOB [redacted] NCIC Check Clear 9/3/92 - Pete

Address [redacted] (STREET) (APT) (CITY) AL (STATE) [redacted] (ZIP)

Made PX Yes ✓ No Reason Bond S/M/T Multi Scars on face

Next of Kin Joan Foreman Relationship Mother

Address [redacted] (STREET) (APT) (CITY) (STATE) (ZIP) (Phone)

CHARGE Unlaw. Poss or Receipt of Cont Substance BOND $3,000.00 CHARGE Resisting Arrest BOND 1,000.00

CHARGE BOND CHARGE BOND

CHARGE BOND CHARGE BOND

HOLDS:
AGENCY CHARGE BOND
AGENCY CHARGE BOND
AGENCY CHARGE BOND

1. ARE YOU PRESENTLY IN NEED OF ANY IMMEDIATE MEDICAL ATTENTION YES ____ NO ✓
   a. IF SO, STATE YOUR PROBLEM(S) ____
2. ARE YOU PRESENTLY TAKING ANY MEDICATION YES ____ NO ✓
   a. IF SO, WHAT KIND ____
3. ARE YOU PRESENTLY UNDER A DOCTOR'S CARE YES ____ NO ✓ DOCTOR'S NAME: ____
   a. WHAT TREATMENT ARE YOU RECEIVING ____
4. ARE YOU ALLERGIC TO ANY KIND OF MEDICATION YES ____ NO ✓
   a. IF SO, WHAT KIND ____
5. DO YOU HAVE ANY FALSE LIMBS (TEETH, EYES, ETC.) YES ____ NO ✓ WHAT: ____
6. ARE YOU PRESENTLY RECEIVING ANY PSYCHIATRIC TREATMENT YES ____ NO ✓
   a. DOCTOR'S NAME: ____ PHONE OR HOSPITAL: ____
7. ARE YOU SUFFERING FROM ANY TYPE OF ILLNESS YES ____ NO ✓
   a. WHAT ILLNESS ____

I AUTHORIZE THE LEE COUNTY SHERIFFS DEPT. TO INSPECT ANY INCOMING OR OUTGOING MAIL ADDRESSED TO OR FROM ME IN ACCORDANCE WITH DMM115.95 pgh.97 U.S. POSTAL SERVICE.

YES ✓ NO ____ X Eddie L Foreman
Signature of Person Arrested

ARRESTING OFFICER(S) Erich Babbitt / James Powell, OPD

BOOKING OFFICER B Seabrook

I HAVE RECEIVED ALL PROPERTIES TAKEN FROM ME BY THE LEE CO. SHERIFFS DEPT.

DATE OF RELEASE 9/4/92

TIME OF RELEASE 7:30

X Eddie L Foreman
Signature of Person Released

Foreman, Eddie Louis (LAST) (FIRST) (MIDDLE)
Date of Arrest 9/3/92
ALIAS None

LEE COUNTY JAIL
OPELIKA, ALABAMA

INMATE PERSONAL PROPERTY FORM

INMATE'S PERSONAL PROPERTY RECEIPT

NAME OF INMATE: Foreman, Eddie

INMATE'S FILE NO. 10899

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ammunition | | Cigarettes | | ID Cards | | Necklace | | Tie - Neck | | |
| Bag - Band | | Clothing | | Jewelry | | Package | | Tie-Tack/Clip | | |
| Beer | | Coat | | Junk | ✓ | Papers | | Tobacco | | |
| Belt | | Comb | | Key(s) | | Pen-Pencil | | Toilet Articles | | |
| Billfold | 1 | Drivers License | | Knife | | Purse - Coin | | Tools | | |
| Boots / Shoes | 2 | Ear Rings | | Liquor | | Purse - Lady | | Watch | | |
| Books | | Flashlight | | Lighter | | Purse - Man | | Weapon | | |
| Boxes | | Glasses | | Luggage | | Radio / TV | | Whiskey | | |
| Brief Case | | Gloves | | Medicine | | Razor | | Wine | | |
| Camera | | Groceries | | Money Clip | | Ring(s) | | | | |
| Candy | | Groc. in Ref. | | Musical Instr. | | Suitcase | | | | |
| Check Book | | Hat - Cap | | Nail Clip | | Sweater | | | | |

| | |
|---|---|
| CURRENCY | $ 0 |
| CHANGE | $ 0 |
| CHECKS | $ 0 |
| FOREIGN MONEY | $ 0 |
| TOTAL | $ 0 |

REMARKS:

Items of Property Not Classified Above: (include storage location if other than below

ALL PROPERTY LEFT OVER [illegible] DAYS AFTER RELEASE WILL [BE] DISPOSED OF.

[I cer]tify that the above is a correct list of items removed from my possession at the time I was placed in jail.

PRISONER'S SIGNATURE X Eddie Foreman

[I her]eby acknowledge the receipt of the above arrested individual and his/her itemized property on this 3 [day] of Sept. 19 92 at 10:00 AM [ ] PM.

SIGNATURE OF RECEIVING OFFICER B Seabrook

[I rec]eived all of the above listed property (minus any property previously released as indicated on this receipt) [on this] day of 9/4 19 92 at 21 30 [AM] [ ] PM.

PRISONER'S SIGNATURE X Eddie Foreman

X Eddie Foreman
Signature

LOCATION OF [PROPER]TY
125

RELEASED [PROPERTY] RECORD

| DATE | ITEM(S) RELEASED | SIGN[ATURE] AUT[HORIZING] | [TITLE] OF PERSON [MAK]ING RELEASE | SIGNATURE OF PERSON RECEIVING ITEM(S) | SIGNATURE [OF] RELEAS[ING OFFICER] |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

ADMISSION DATA-JAIL INMATE'S MEDICAL RECORD

INMATES FILE NUMBER: 10899

| NAME (LAST) | FIRST | MIDDLE | RACE: | SEX: | DOB: |
|---|---|---|---|---|---|
| Foreman, | Eddie | Lewis | B | M | [redacted] |

DATE: 9/3/92

CHARGE: Unlaw Poss /Receipt Cont Sub

ASSIGNED TO CELL BLOCK:

[illegible]: (MAKE SURE YOU PUT IN MEDICAL FOLDER)

HAVE YOU EVER BEEN TREATED FOR: (CIRCLE EITHER YES OR NO)

| | | |
|---|---|---|
| ASTHMA | YES | (NO) |
| [illegible] TROUBLE | YES | (NO) |
| [illegible]NSION | YES | (NO) |
| [illegible] | YES | (NO) |
| [illegible] OR SEIZURES | YES | (NO) |
| [illegible] ADDICTION | YES | (NO) |
| [illegible] | YES | (NO) |
| [illegible] ILLNESS | YES | (NO) |
| VENEREAL DISEASE | YES | (NO) |
| TUBERCULOSIS | YES | (NO) |
| TESTED FOR HIV (AIDS) | (YES) | NO |

IF TESTED WHERE YOU POSITIVE OR (NEGATIVE)

IF YES TO ANY OF THE ABOVE QUESTIONS, GIVE DATE AND TREATMENT RECIEVED:

11. tested approx 2 yrs ago

[illegible] MEDICATIONS, PRESCRIPTIONS, OR CURRENT MEDICAL PROBLEMS THAT NEED ATTENTION?

NO

HAVE ANY EVIDENCE OF RECENT PHYSICAL INJURY SEEN ON INMATE?

NO

[illegible] THESE INJURIES [illegible] TO INMATE?

NA

[illegible] TREATMENT FOR THESE INJURIES PRIOR TO ADMISSION? YES OR NO (CIRCLE ONE)

NA

[illegible] TREATED FOR THE INJURIES PRIOR TO ADMISSION WHERE AT AND WHAT TIME?

NA

TIME:

| TIME | TREATMENTS & OBSERVATION | ATTENDING PHYSICIAN |
|---|---|---|
| | | |

COUNTY SHERIFF'S DEPARTMENT
JAIL DIVISION

INMATE PROPERTY ISSUE

INMATE ID # 10899

: Foreman, Eddie DATE: 9/2/92 TIME 10:00 Am

ITEMS ISSUED TO THE INMATE:

| | | CONDITION GOOD | FAIR |
|---|---|---|---|
| (1) | Mattress # ______ | [✓] | [ ] |
| (3) | Fitted Sheet # ______ | [✓] | [ ] |
| (4) | Reg. Sheet # ______ | [✓] | [ ] |
| (5) | Blanket # ______ | [✓] | [ ] |
| (7) | Pants # ______ | [✓] | [ ] |
| (8) | Shirt # ______ | [✓] | [ ] |
| (9) | Towel # ______ | [✓] | [ ] |
| (10) | Wash Cloth # ______ | [ ] | [ ] |

| | | ISSUED YES | NO |
|---|---|---|---|
| (11) | Toothpaste | [✓] | [ ] |
| (12) | Toothbrush | [✓] | [ ] |
| (13) | Soap | [✓] | [ ] |
| (14) | Cup | [✓] | [ ] |

NOTICE TO INMATE: DEFACING, DESTRUCTION, ALTERING, OR LOSS OF THE COUNTY PROPERTY THAT YOU HAVE BEEN ISSUED, WILL RESULT IN DISCIPLINARY AND OR CRIMINAL ACTION BEING TAKEN AGAINST YOU. ALL ISSUED ITEMS WILL BE RETURNED TO JAIL OFFICERS WHEN YOU ARE RELEASED.

I HAVE RECEIVED THE ABOVE LISTED ITEMS FROM THE LEE COUNTY SHERIFF'S DEPARMENT AND I HAVE READ AND UNDERSTAND THE ABOVE "NOTICE TO THE INMATE" CONCERNING THE ISSUED ITEMS.

X Eddie Foreman
INMATE'S SIGNATURE

THE ABOVE INMATE HAS BEEN ISSUED THE ABOVE LISTED ITEMS AND HAS READ AND UNDERSTANDS THE "NOTICE TO THE INMATE". IF THE INMATE COULD NOT READ, I HAVE READ IT TO HIM/HER AND ANSWERED ANY QUESTIONS THAT THE INMATE MIGHT HAVE.

B Seabrook
OFFICER'S SIGNATURE

CONDITION OF RETURNED ITEMS:

| | | | GOOD | FAIR |
|---|---|---|---|---|
| (1) | MATTRESS | # ______ | [ ] | [ ] |
| (2) | FITTED SHEET | # ______ | [ ] | [ ] |
| (3) | BLANKET | # ______ | [ ] | [ ] |
| (4) | PANTS | # ______ | [ ] | [ ] |
| (5) | SHEET (REG) | # ______ | [ ] | [ ] |
| (6) | CUP | # ______ | [ ] | [ ] |
| (7) | SHIRT | # ______ | [ ] | [ ] |
| (8) | TOWEL | # ______ | [ ] | [ ] |
| (11) | WASH CLOTH | # ______ | [ ] | [ ] |

DATE: ______ TIME: ______ HRS.

LEE COUNTY SHERIFF'S DEPARTMENT

JAIL DIVISION

ENEMIES LIST

DATE: 9/3/92 TIME: 10:00 AM

Foreman, Eddie 10899

INMATES NAME I.D.#

____ (1) HAS STATED THAT THE FOLLOWING INMATES WOULD CAUSE HARM TO HIM IF PLACED IN THE SAME CELL.

✓ (2) HAS STATED THAT NO INMATES OF THE LEE COUNTY JAIL WOULD CAUSE HIM HARM AFTER BEING SHOWN A COPY OF THE JAIL LIST.

INMATE'S NAME: ____________ REASON: ____________

INMATE'S NAME: ____________ REASON: ____________

INMATE'S NAME: ____________ REASON: ____________

INMATE'S NAME: ____________ REASON: ____________

INMATE'S NAME: ____________ REASON: ____________

B Seabrook
JAILER'S NAME

X Eddie Foreman
INMATE'S SIGNATURE