**DAILY BOOKING SHEET**
**LEE COUNTY JAIL**
OPELIKA, ALABAMA

Social Security No. ███████████

Date 5/1/92

Time 3:47 p.m.

I.D. NO. 10899

Photo Yes    FP Yes

Name FREEMAN    EDDIE LEWIS Jr.  Race B  Sex M  Age 18  Eyes BRN  Hair BLK
     (LAST)        (FIRST)

Ht. 6'1  Wt. 160  DOB ████████  NCIC Check CLEAR WES (5/1/92)

Address ███████████  AL

Made PX ✓ Yes ___ No ___  Reason Notify Relatives  S/M/T Left side of forehead left finger tip

Next of Kin Joan Freeman  Relationship Mother

Address _____  STREET   APT.   CITY   AL   STATE   ZIP   Phone

CHARGE Unlawful Bre A Vehicle BOND $3,000  CHARGE _____ BOND _____
CHARGE _____ BOND _____  CHARGE _____ BOND _____
CHARGE _____ BOND _____  CHARGE _____ BOND _____

HOLDS:
AGENCY _____  CHARGE _____ BOND _____
AGENCY _____  CHARGE _____ BOND _____
AGENCY _____  CHARGE _____ BOND _____

1. ARE YOU PRESENTLY IN NEED OF ANY IMMEDIATE MEDICAL ATTENTION  YES ___ NO ✓
   a. IF SO, STATE YOUR PROBLEM(S) _____

2. ARE YOU PRESENTLY TAKING ANY MEDICATION  YES ___ NO ✓
   a. IF SO, WHAT KIND _____

3. ARE YOU PRESENTLY UNDER A DOCTOR'S CARE  YES ___ NO ✓  DOCTOR'S NAME: _____
   a. WHAT TREATMENT ARE YOU RECEIVING _____

4. ARE YOU ALLERGIC TO ANY KIND OF MEDICATION  YES ___ NO ✓
   a. IF SO, WHAT KIND _____

5. DO YOU HAVE ANY FALSE LIMBS (TEETH, EYES, ETC.)  YES ___ NO ✓  WHAT: _____

6. ARE YOU PRESENTLY RECEIVING ANY PSYCHIATRIC TREATMENT  YES ___ NO ✓
   a. DOCTOR'S NAME: _____  PHONE OR HOSPITAL: _____

7. ARE YOU SUFFERING FROM ANY TYPE OF ILLNESS  YES ___ NO ✓
   a. WHAT ILLNESS _____

I AUTHORIZE THE LEE COUNTY SHERIFFS DEPT. TO INSPECT ANY INCOMING OR OUTGOING MAIL ADDRESSED TO OR FROM ME IN ACCORDANCE WITH DMM115.95 pgh.97 U.S. POSTAL SERVICE.

YES ✓ NO ___

_Eddie L Freeman_
Signature of Person Arrested

ARRESTING OFFICER(S) Ken Miller CPD
BOOKING OFFICER Butler

I HAVE RECEIVED ALL PROPERTIES TAKEN FROM ME BY THE LEE CO. SHERIFFS DEPT.

DATE OF RELEASE May 5/1/92

TIME OF RELEASE 8:15 pm

Signature of Person Released

ALIAS None

Date of Arrest 5/1/92

(MIDDLE) Lewis Jr

(FIRST) Eddie

(LAST) Freeman

# LEE COUNTY JAIL
## OPELIKA, ALABAMA

## INMATE PERSONAL PROPERTY FORM

| ...E'S PERSONAL PROPERTY RECEIPT | NAME OF INMATE Eddie Lewis Foreman | | INMATE ...E NO. 10899 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Ammunition | Cigarettes | Cards | Necklace | Tie - Neck |
| Bag - Hand | Clothing | Jewelry | Package | Tie-Tack/Clip |
| Beer | Coat | Junk | Papers | Tobacco |
| Belt | Comb | Keys | Pen-Pencil | Toilet Articles |
| Billfold | Drivers License | Knife | Purse - Coin | Tools |
| Boots / Shoes | Ear Rings | Liquor | Purse - Lady | Watch |
| Books | Flashlight | Lighter | Purse - Man | Weapon |
| Boxes | Glasses | Luggage | Radio / TV | Whiskey |
| Brief Case | Gloves | Medicine | Razor | Wine |
| Camera | Groceries | Money Clip | Ring(s) | |
| Candy | Groc. in Ref. | Musical Instr. | Suitcase | |
| Check Book | Hot - Cap | Nail Clip | Sweater | |

| | |
|---|---|
| CURRENCY | $ |
| CHANGE | $ .63 |
| CHECKS | $ |
| FOREIGN MONEY | $ |
| TOTAL | $ .63 |

Other items of Property Not Classified Above: (include storage location if other than below

*2 yellow pieces of paper*

I certify that the above is a correct list of items removed from my possession at the time I was placed in jail.

PRISONER'S SIGNATURE X Eddie L. Foreman

I hereby acknowledge the receipt of the above arrested individual and his/her itemized property on this 1st day of MAY 19 92 at 3:47 ☐ AM ☐ PM.

SIGNATURE OF RECEIVING OFFICER Butler

Released all of the above listed property (minus any property previously released as indicated on this receipt) on the _____ day of _____ 19___ at _____ ☐ AM ☐ PM.

PRISONER'S SIGNATURE X Eddie L. Foreman

REMARKS:

ALL PROPERTY LEFT OVER 30 DAYS AFTER RELEASE WILL BE DISPOSED OF.

X Eddie L. Foreman
Signature

LOCATION OF PROPERTY
# 2

## RELEASED ITEMS RECORD

| DATE | ITEM(S) RELEASED | SIGNATURE OF PERSON AUTHORIZING RELEASE | SIGNATURE OF PERSON RECEIVING ITEMS) | SIGNATURE OF OFFICER RELEASING ITEM(S) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

COUNTY SHERIFF'S DEPARTMENT
JAIL DIVISION

INMATE PROPERTY ISSUE

INMATE ID # __10899__

: _Eddie_____    DATE: _May 1, 1992_ TIME ___3:47_____ HR.

ITEMS ISSUED TO THE INMATE:

|  | CONDITION GOOD | FAIR |  |  | ISSUED YES | NO |
|---|---|---|---|---|---|---|
| (1) Mattress # _____ | [✓] | [ ] | (11) Toothpaste | [✓] | [ ] |
| (2) Pillow # _____ | [ ] | [ ] | (12) Toothbrush | [✓] | [ ] |
| (3) Fitted Sheet # _____ | [✓] | [ ] | (13) Soap | [✓] | [ ] |
| (4) Reg. Sheet # _____ | [✓] | [ ] | (14) Cup | [✓] | [ ] |
| (5) Blanket # _____ | [✓] | [ ] |  |  |  |
| (6) Pillow Case # _____ | [ ] | [ ] |  |  |  |
| (7) Pants # _____ | [✓] | [ ] |  |  |  |
| (8) Shirt # _____ | [✓] | [ ] |  |  |  |
| (9) Towel # _____ | [✓] | [ ] |  |  |  |
| (10) Wash Cloth # _____ | [✓] | [ ] |  |  |  |

NOTICE TO INMATE: DEFACING, DESTRUCTION, ALTERING, OR LOSS OF THE COUNTY PROPERTY THAT YOU HAVE BEEN ISSUED, WILL RESULT IN DISCIPLINARY AND OR CRIMINAL ACTION BEING TAKEN AGAINST YOU. ALL ISSUED ITEMS WILL BE RETURNED TO JAIL OFFICERS WHEN YOU ARE RELEASED.

I HAVE RECEIVED THE ABOVE LISTED ITEMS FROM THE LEE COUNTY SHERIFF'S DEPARTMENT AND I HAVE READ AND UNDERSTAND THE ABOVE "NOTICE TO THE INMATE" CONCERNING THE ISSUED ITEMS.

_Eddie L Corman_
INMATE SIGNATURE

THE ABOVE INMATE HAS BEEN ISSUED THE ABOVE LISTED ITEMS AND HAS READ AND UNDERSTANDS THE NOTICE TO THE INMATE. IF THE INMATE COULD NOT READ, I HAVE READ IT TO HIM/HER AND ANSWERED ANY QUESTIONS THAT THE INMATE MIGHT HAVE.

_Butler_
OFFICER SIGNATURE

CONDITION OF RETURNED ITEMS:

|  | GOOD | FAIR |  |  | GOOD | FAIR |
|---|---|---|---|---|---|---|
| (1) MATTRESS | [ ] | [ ] | (6) CUP # _____ | | [ ] | [ ] |
| (2) FITTED SHEET # _____ | [ ] | [ ] | (7) SHIRT # _____ | | [ ] | [ ] |
| (3) BLANKET # _____ | [ ] | [ ] | (8) TOWEL # _____ | | [ ] | [ ] |
| (4) PANTS # _____ | [ ] | [ ] | (9) PILLOW CASE # _____ | | [ ] | [ ] |
| (5) SHEET (REG) # _____ | [ ] | [ ] | (10) PILLOW # _____ | | [ ] | [ ] |
|  | | | (11) WASH CLOTH # _____ | | [ ] | [ ] |

DATE: _____    TIME: _____ HRS.

INMATE SIGNATURE: _____

## ADMISSION DATA – Jail Inmate's Medical Record

Inmate's File Number: 10899

| NAME (LAST) | First | Middle | Age | Race | Sex | Date of B |
|---|---|---|---|---|---|---|
| FOREMAN | Eddie | Lewis Jr. | 18 | B | M | 5/1/92 |

Admitted: 5/1/92    Charge: B & E vehicle    Assigned To:

ALLERGIES (Record in red ink; mark on the chart.)

Have you ever been treated for:

1. Asthma — [ ] No [ ] Yes
2. Heart Trouble — [ ] No [ ] Yes
3. Hypertension — [ ] No [ ] Yes
4. Diabetes — [ ] No [ ] Yes
5. Epilepsy or Seizures — [ ] No [ ] Yes

6. Drug Addiction — [ ] No [ ] Yes
7. Alcoholism — [ ] No [ ] Yes
8. Mental Illness — [ ] No [ ] Yes
9. Venereal Disease — [ ] No [ ] Yes
10. Tuberculosis — [ ] No [ ] Yes
11. TESTED FOR HIV — [ ] NO [✓] YES

If YES to any of the above, give date and the treatment received.

#11 March /1992

Do you take any medications, prescriptions or current medical problems that need attention?

(DESCRIBE IN DETAIL ON THE CHART)

Is there any evidence of recent physical injury seen on inmate? (IF YES, GIVE DETAILED INVENTORY ON THE CHART)

Were injuries received according to inmate?

Was inmate treated for these injuries prior to admission?  [ ] Yes [ ] No  At:

| Date | Time | Treatments and Observations | Attending Physician or Nurse |
|---|---|---|---|
| | | | |

LEE COUNTY SHERIFF'S DEPARTMENT
JAIL DIVISION

REGULATIONS RECIEPT

DATE: _5/1/92_      TIME: _3:47 p.m._ HRS.    ID# _10899_

X I _Eddie Lewis Foreman_ HAVE RECIEVED A COPY OF THE RULES AND

REGULATIONS GOVERNING INMATES IN THE LEE COUNTY JAIL.  I UNDERSTAND THAT WHILE
IN THIS INSTITUTION I WILL ABIDE BY THESE RULES AND REGULATIONS.

GRADE COMPLETED IN SCHOOL: _11th_

X _Eddie L. Foreman_
INMATES SIGNATURE

LEE COUNTY SHERIFF'S DEPARTMENT

JAIL DIVISION

ENEMIES LIST

DATE: _May 1, 1992_          TIME: _3:47 p.m._

_Eddie Lewis Foreman_                    _10889_
INMATES NAME                              I.D.#

(1)  HAS STATED THAT THE FOLLOWING INMATES WOULD CAUSE HARM TO HIM IF
     PLACED IN THE SAME CELL.

(2)  HAS STATED THAT NO INMATES OF THE LEE COUNTY JAIL WOULD CAUSE HIM
     HARM AFTER BEING SHOWN A COPY OF THE JAIL LIST.

INMATE'S NAME: _____    REASON: _____

_____

INMATE'S NAME: _____    REASON: _____

_____

INMATE'S NAME: _____    REASON: _____

_____

INMATE'S NAME: _____    REASON: _____

_____

INMATE'S NAME: _____    REASON: _____

_____

_Butler_                              X _Eddie L. Foreman_
JAILER'S NAME                           INMATE'S SIGNATURE



OREMAN, EDDIE LEWIS.

Lee County Sheriff's Office    Sunday, June 06, 2004    Page 1 of 1



Front

EDDIE FOREMAN
6-5-04

# LEE COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
## INMATE INTERVIEW RECORD
(Form #27)

| Name: Last | First | Middle | Serial # | Race | Sex | DOB: M/D/Y |
|---|---|---|---|---|---|---|
| FOREMAN | Eddie | | | B | M | |

<u>USE OF FORM</u>:  Each interview summary should contain the following material as appropriate: recommendation made by jailer; decisions made by inmate; progress noted or other observations of jailer.  Each entry must be dated and signed by the jailer.  Use additional copies of this form if more space is needed.

| DATE OF ENTRY | SUMMARY OF INTERVIEW | SIGNATURE OF JAILER |
|---|---|---|
| | ON June 5th 2004 Around 17:15 I'm Eddie Foreman Stated To Col Cowhick And Nurse Stewart That He Had Fell out of the Shower And Hit His Head. I'm Foreman Stated He Then got Back up And Got Back In The Shower And put Some Grease on His Hair. He Stated He Then went At Sat Down At The Table And Then Started Feeling Light-Headed. He Then Fell To The Floor Feeling Faint. This is when ALL The officers Came In And Col Cowhick Took Him To The Nurse's Station. | |

PAGE _____

## Lee County Detention Center
# InMATE REQUEST SLip

F-2
**LOCATION**

Name _Eddie Foreman_     Date _7/15/04_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request.   Give To Jailer

_REQUESting to Go to the LAW LibRAy to_
_RESEARCH and file motions pretaining to my_
_CASE._

Do Not Write Below This Line - For Reply Only

_Approved for 7-20-04 by ofc Pantelis_

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _7-20-04_    Time Received _____

CORRECTION OFFICER _Pantelis_

FORM: LCS-038 (6/99)

...ee County Detention Center

# INMATE REQUEST SLIP

F-6
**LOCATION**

Name __Eddie L Foreman_____  Date _____

☐ Telephone Call   ☐ Doctor   ☐ Dentist   ☐ Time Sheet
☑ Special Visit   ☐ Personal Problem   ☐ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

Tim Requesting A special visit with my wife
and childern. THERE names are Eddie J. Foreman
Cameron J. Finley Chauncey J. Finley and Kira
N. Finley. If you could please help I'd be
truly grateful. Thanks in advance for your
help concerning this matter.

<u>Do Not Write Below This Line</u> - For Reply Only

I need copies of your kids birth
certificate and your name must be
on the birth certificate as the
father of the child

Call 4305
7/27/04

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant   ☐ Chief Deputy   ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

NC

## INMATE'S VISITOR INFORMATION FORM

TC
9-30-04

All information **MUST** be complete and legible. Information which is incomplete or not able to be read will result in that person not being listed on your visitation card. **All visitors must have a current photo I.D. to get into visitation.** Children under 12 years of age cannot visit you. Only print **one** person on each line. You cannot **add or change your card but once every six months** so make sure you put every name on the card the first time you turn it in (4 names) Visitation is a privilege and may be restricted or cancelled at any time.

**INMATE'S NAME:** Eddie Foreman          **CELL #** E 5

**VISITOR # 1**

NAME ~~[redacted]~~ ✓  RELATIONSHIP: Wife

ADDRESS ~~[redacted]~~  CITY Opelika  STATE AL

PHONE # ~~[redacted]~~

**VISITOR # 2**

NAME ✓  RELATIONSHIP Mother

ADDRESS ~~[redacted]~~  CITY Opelika  STATE AL

PHONE # ~~[redacted]~~

**VISITOR # 3**

NAME ~~[redacted]~~  RELATIONSHIP Friend

ADDRESS ~~[redacted]~~  CITY Opelika  STATE AL

PHONE # ~~[redacted]~~

**VISITOR # 4**

NAME ~~[redacted]~~ ✓  RELATIONSHIP Brother

ADDRESS ~~[redacted]~~  CITY Opelika  STATE AL

PHONE # ~~[redacted]~~

**COUNTY DETENTION CENTER**
**DISCIPLINARY REPORT**
(Form #28)

Inmate _Foreman    Eddie_                         Custody _Maximum_    Number _OCA# 10899_
                First        Middle
Assignment _Eddie Foreman_                    is being charged by _Cpl Directus Hill 43019_
With rule violation _13.2 - C #2 - Assault_
on or about _7/25/04_        X _04_, Time _22:30_        a.m. ☉.m. Location _Lee County Detention Center_
Circumstances are as follows: _After inmate interview with inmate Jimmy Elliott, inmate_
_Eddie Foreman was a suspect in the assault on inmate Jimmy Elliott_

MAJOR      _____
MINOR      _____                          _Cpl Directus Hill_ _43019_
SERIOUS    _✓_                            Signature of Arresting Officer
Notifying Officer: _TABB 4305_              Time & Date notified: _7-26-04 5:00pm_
Inmate's Signature ⊗ _Refused (Pre)_    Witnesses desired: NO _____ (Ⓨ YES) (List)
_TERRY MORGAN, WALTER AVERY_
Circumstances Investigated By: _Tamazo Wams Assistance with Hearing_
Hearing date _7-30-04_        Time _8:50 a.m._ Plea ( ) Guilty ( ✓ ) Not Guilty
If guilty, inmate must affix signature _____

Committee Findings & Reasons: _Guilty.   Due to the testimony from_
_inmate Jimmy Elliott that Eddie Foreman hit him in the_
_mouth because he changed the T.V. channel_

Committee Recomendations: _21 days loc kdown, loss of all privilidges except_
_for clergy, media, and attorney_

Witnesses: _No witness - I/m Refused to sign_
_Paperwork_                               _Sgt (Jerry) Welch_
                                          Signature of Chairman
                                          _____ SGT
                                          Signature, Member
                                          _____
                                          Signature, Member

Copy delivered to inmate: Date _8-3-04_    Time _0800_ Inmate's Signature _Eddie Foreman_
Action - Date _____              Appeal - Date (attach copy) _____
Approved _Lt. Roberse 8/3/04_              Approved _____
Disapproved _____                Denied _____
Other (Specify) _____            Other (Specify) _____

## EE COUNTY DETENTION CEN
### SPECIAL REPORT
#### Opelika, Alabama

Subject : _Inmate Assault_          Date of Incident: _7/25/04_

To the Sheriff of Lee County:

I report the following incident   _Inmate Assault_

which occurred at _22:30_   am/**pm**   At: _Lee County Detention_

Below give full-particulars, together with names of principals and witnesses and their addresses.

_On or about the above time and date other Eddie Foster - 43004_
_other Clarence Ellington 43027, officer Chris Pantellis 43020 and I Cpl Dmetrius Hill 43019_
_was in the act of passing ice-tone head count and breakdown when inmate Jimmy Elliott_
_Oct # 27307 stopped me cpl Dmetrius Hill 430__ and said "I just got my teeth knocked out_
_and my partners broken". Upon hearing that report inmate Jimmy Elliott oct # 27307 was_
_taken out of the cell given and inmate interview (see attached report) and placed_
_back in the cell F-3 on F-block. No medical attention was given because there was_
_no nurse on duty at the time but a not was left in the nurse box for her_
_to see him first thing Monday morning._

_Respectfully Submitted_

_Dmetrius Hill_

_Cpl 43019_

_Red / Day_

Reported by: _Cpl Dmetrius Hill 43019_          Shift : _Red Night_

Address _2311 Gateway Dr Opelika, AL 36801_   Phone # : _(334) 737-3582_

Complaint Received by _____          How: _____

Assigned to _____

## LEE COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
## INMATE INTERVIEW RECORD
#### (Form #27)

| Name: Last | First | Middle | Serial # | Race | Sex | DOB: M/D/Y |
|---|---|---|---|---|---|---|
| Elliott | Jimmy | Wayne | Ccp# 27397 | W | M | ▓▓▓▓ |

USE OF FORM: Each interview summary should contain the following material as appropriate: recommendation made by jailer; decisions made by inmate; progress noted or other observations of jailer. Each entry must be dated and signed by the jailer. Use additional copies of this form if more space is needed.

| DATE OF ENTRY | SUMMARY OF INTERVIEW | SIGNATURE OF JAILER |
|---|---|---|
| 7/25/04 | I was sitting down watching TV, because its my hour to watch TV, everybody in the cell pod one hour to watch what they want to watch, so during my hour I get up to turn the TV thats when Eddie Freemen got up and hit me in the mouth breaking my partial, and knocking my two front teeth out. | |
| | Witness @ Cpl H: 43029 Kim Fox 4305. | Cpl: Kim Fox 4305. |

# LEE COUNTY SHERIFF'S DEPARTMENT
## NOTIFICATION OF CHARGES
(Form #29)

TO: _Inmate Eddie Foreman_          DATE: _7/25/04_

YOU ARE HEREBY NOTIFIED THAT IT IS ALLEGED THAT YOU HAVE COMMITTED THE
FOLLOWING RULE VIOLATIONS:

_13.2 - C # 2:_

_Assault_

YOU HAVE BEEN CHARGED WITH THESE RULE VIOLATIONS BY OFFICER(S):

_Cpl. Hill 93019_

THE FACTS ON WHICH THESE CHARGES ARE BASED ARE:

_Inmate and Witnesses Statements_

THE MAXIMUM PENALTY FOR THE VIOLATION(S) IS:

_21 days lockdown  21 days less visitation,  21 days loss of all Privileges_
_not including Clergy, Media, and Attorney_

YOU HAVE THE OPTION OF REQUESTING A DISCIPLINARY HEARING FOR THE ABOVE
CHARGE(S) OR ACCEPTING DISCIPLINARY ACTION WITHOUT A HEARING. SHOULD
YOU DESIRE A DISCIPLINARY HEARING, YOU MUST REQUEST THE HEARING IN
WRITING ON THE INMATE REQUEST FORM ATTACHED TO THIS NOTIFICATION WITHIN
EIGHT (8) HOURS AFTER RECEIVING THIS NOTIFICATION.

_7-26-04  5:00pm_                    _Cpl. Hill 93019_
DATE & TIME OF NOTIFICATION          OFFICER MAKING REPORT

# LEE COUNTY SHERIFF'S DEPARTMENT
## SYNOPSIS OF MAJOR/MINOR DISCIPLINARY HEARING
(Form #30)

ALL THOSE INVOLVED IN THE CASE WERE SWORN IN BY THE CHAIRPERSON.

The Lee County Jail Disciplinary Board convened at _8:50_ on _7-30-04_, to

hear the evidence in the case involving Inmate _Eddie Foreman_, # _10899_.

The board consisted of Chairperson _Sgt. Welch_ and Member _Cpl. Cobb/Sgt. Threat_

The accused and Arresting Officer _Hill_ were brought before the board.

The chairperson explained to _Inmate Foreman_ that he was charged with violating Rule

# _13.2 C-2_ of Inmate Handbook (revised August 1988).

_Inmate Foreman_ was further advised that on _7-26-04_ at

_5:00 p.m._ he was served with "Notice of Disciplinary Hearing" and given a copy of the notice.

The chairperson explained that according to due process requirements, he must be given at least 24 hours notice

of the date that the hearing will take place. Furthermore, that the hearing must be given within seven (7)

calendar days of the time his custody changed and that he is to be given the opportunity to request any

witnesses on his behalf. The chairperson asked _Inmate Foreman_ if he understood due

process and he replied, "_Yes_

_____."

The chairperson explained to _Inmate Foreman_ that he was charged with violation

of Rule # _13.2 C-2_, _Assault_.

The chairperson asked _Inmate Foreman_ if he understood the charges against

him and he replied, "_Yes_

_____."

_Inmate Foreman_ was then asked how he pled to the charge and he stated,

"_Not Guilty_."

CORINNE T. HURST
CIRCUIT CLERK

I, _Tommy A. Reed_ do wish to come off the bond of
_Eddie D. Dorman_, he is in the Lee County Jail on this the
_17_ day of _Aug_, 2001.

_Tommy A. Reed_
signature

_Johnnie M. Maddox_

F I L E D

AUG 17 2001

IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

Lee County Detention Center
# I..MATE REQUEST SL.P

F-4
**LOCATION**

Name _Eddie Foreman_          Date _____

☐ Telephone Call      ☐ Doctor         ☐ Dentist        ☐ Time Sheet

☐ Special Visit        ☐ Personal Problem            ☑ Other

Briefly Outline Your Request.  Give To Jailer

To Give unto Kenyetta Foreman
The money thats in my personal
Belonging #240.

_Kenyetta Foreman_

Do Not Write Below This Line - For Reply Only

_____

_____

_____

_____

_____

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant         ☐ Chief Deputy              ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Cen'

# INMATE REQUEST SLIP

E-6

**LOCATION**

Name _Eddie L. Foreman_    Date _6-14-04_

- [✓] Telephone Call
- [ ] Doctor
- [ ] Dentist
- [ ] Time Sheet
- [ ] Special Visit
- [ ] Personal Problem
- [ ] Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

SgTab I RECIEVED A letter that
my mom Has been missing for
5 DAYS Could you Call
my DAD. AT 749-7161 and
see if She's been Found.

<u>Do Not Write Below This Line</u> - For Reply Only

INMATE HAS CONTACTED HIS RELATIVES

Jail 43DS
6-21-04

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

- [ ] Lieutenant
- [ ] Chief Deputy
- [ ] Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Cente

# INMATE REQUEST SLIP

E-6

**LOCATION**

Name _Eddie L. Foreman, JR_     Date _6-14-04_

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☑ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

Sergeant Tabb
I'm Requesting to go to the Law
Library so I can Research my case and
file a motion for a bond Reduction and
Evidentiary Hearring. Thanks in advance for your
help concerning this matter.

                    Eddie Foreman

<u>Do Not Write Below This Line</u> - For Reply Only

Approved ___✓___     Denied _____     Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant     ☐ Chief Deputy     ☐ Sheriff

Date _06/22/04_     Time Received _2130_

CORRECTION OFFICER _SGT Threat_

FORM: LCS-038 (6/99)

Lee County Detention Cen
# INMATE REQUEST SLIP

P-4
_____
**LOCATION**

Name _Eddie Foreman_      Date _June 3, 04_

☐ Telephone Call      ☐ Doctor      ☐ Dentist      ☐ Time Sheet

☐ Special Visit      ☐ Personal Problem      ☑ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

My wife Kenyetta Finley Foreman is coming
to get $240 dollars out my personal
property.

Do Not Write Below This Line - For Reply Only

$240ºº Released

Jull 43DS
6/5/04

Approved _____  Denied _____  Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant      ☐ Chief Deputy      ☐ Sheriff

Date _____      Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

Name _Eddie Foreman_ Date _6-13-04_

E-6
**LOCATION**

☑ Telephone Call      ☐ Doctor      ☐ Dentist      ☐ Time Sheet

☐ Special Visit      ☐ Personal Problem      ☑ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

SGT. TAbb
I'm Requesting to have the Privillages
that people who are under Adminstrative
lock down. The use of the Telephone
and the visitation. Since I've Recieved No
displiroryor REASON FOR being in lockup Thanks in Advance for
your help concerning this matter

<u>Do Not Write Below This Line</u> - For Reply Only

I HAVE ADVISED ADMINISTRATION OF YOUR
REQUEST AND APPROPRIATE MEASURES WILL
BE TAKEN

Jail 4305
6-15-04

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant      ☐ Chief Deputy      ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

## PLEASE PRINT CLEARLY

## INMATE VISITOR INFORMATION

All information MUST be COMPLETE and MUST be LEGIBLE. Information which is incomplete or not legible will result in that person not being listed on your visitation card. All visitors must have a photo I.D. to get in. Children under 12 years of age cannot visit.

### ONE PERSON PERSON PER LINE

Newly arrived inmates are not eligible for visitation during their first seven days at the Lee County Detention Center in order to allow time for a background check to be conducted on the visitors listed below. Visitation is a privilege and may be restricted or withdrawn at anytime.

Inmate Name _Eddie L. Foreman, Jr_____    Cell # _F-6___

**Visitor #1**

Name _~~Kee~~man___    Relationship _Wife_

Address _____    City _Auburn_    State _AL_

Phone # _____

**Visitor #2**

Name _____    Relationship _Brother_

Address _____    City _Opelika_    State _AL_

Phone # _____

**Visitor #3**

Name _____    Relationship _Mother_

Address _____    City _Opelika_    State _AL_

Phone # _____

**Visitor #4**

Name _____    Relationship _Sister_

Address _____    City _____    State _AL_

Phone # _____   _Opelika_



LEE COUNTY SHERIFF'S OFFICE

JAY JONES - SHERIFF

P.O. BOX 688
OPELIKA, AL  36803-0688

| State of Alabama<br>Unified Judicial System<br><br>Form C-80    Rev. 8/2000 | **ORDER<br>ON INITIAL APPEARANCE** | **Case Number** |
|---|---|---|

IN THE _____DISTRICT_____ COURT OF _____LEE COUNTY_____, ALABAMA
(Circuit, District or Municipal)          (Name of County or Municipality)

☒ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _ _A o l s_ ~~_____~~     v.     _Eddie Foreman, Jr._
_ _S c_ ~~_____~~                                  **Defendant**

The above-named defendant, charged with the criminal offense(s) of _____Robbery III_____
was duly brought before the Court for initial appearance on ____June 1, 2004____, at ____11:30____ o'clock __A.__m.,
whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE):*

☒ 1. Name and address of defendant.
    _____ (a) Ascertained the true name and address of the defendant to be:
        _110  Her Rd  670_
        _Chilhom, TX_
    _____ (b) Amended the formal charges to reflect defendant's true name.
    _____ (c) Instructed the defendant to notify the Court promptly of any change of address.

☐ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☒ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
    Defendant ☐ requested    ☐ did not request court-appointed counsel.  If requested counsel, defendant ☐ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☒ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.

☒ 5. Bail
    _____ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.
    _____ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:
        _____ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____.
        _____ 2.) Execution of a secured appearance bond in the amount of $ _$100,000.00_.
        _____ 3.) Other conditions (specify) _____per Judge_____
            _____

☒ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.R.Crim.P., and of the procedure by which that right may be exercised.

☐ 7. If charged with a felony offense a preliminary hearing was demanded with 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____, _____, an _____ (date) at _____ o'clock ____.m.
    _____ (a) Notified the District Court that such demand was made.
    _____ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☐ 8. Other: _____

_6-1-04_
_____          _____
Date                              Judge/Magistrate

| State of Alabama<br>Unified Judicial System<br><br>Form C-81          11/91 | ADVICE OF RIGHTS ON INITIAL<br>APPEARANCE BEFORE JUDGE OR MAGISTRATE<br>(Felony) | Case Number |
|---|---|---|

IN THE _____DISTRICT_____ COURT OF _____LEE_____ COUNTY

☒ STATE OF ALABAMA          ☐ MUNICIPALITY OF _____

v.  ___EDDIE FOREMAN, JR._____ , Defendant

This is a first appearance hearing. You are charged with committing the felony offense(s) of
___ROBBERY III_____ in this Court in violation of
_____ The primary purpose of this hearing is to ensure
that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the Court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case, or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends, and if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony,  you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest.  If a hearing is demanded and one is conducted, and, if at the conclusion of the preliminary hearing the judge finds that sufficient evidence has been shown to establish that you probably committed the offense or offenses with which you are charged, the judge will then bind you over for further action by a grand jury.   If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:

1.) Appear to answer and submit to all orders and process of the Court having jurisdiction in the case.

2.) Refrain from committing any criminal offense.

3.) Not depart from the state of Alabama without the leave of the Court having jurisdiction of this case.

4.) Promptly notify the Court of any change of address or phone number.

5.) Other conditions: _____
_____
_____

The provisions of the Release Order may be revoked or modified by the Court for cause.  The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the Court.  Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

Date: _6-1-04_____          _____
                                   Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the Initial Appearance. I understand the conditions of my release and the penalties applicable in the event that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

Date: _6-1-04_____          X ___Eddie Foreman Jr._____
                                   Defendant

Lee County Sheriff's Office    Sunday, May 30, 2004    Page 2 of 2



FORREMAN JR, EDDIE LEWIS.

Lee County Sheriff's Office    Sunday, May 30, 2004    Page 1 of 2



FORREMAN JR, EDDIE LEWIS.



FORREMAN JR, EDDIE LEWIS.

# INDIVIDUAL'S PERSONAL EFFECTS

### In Possession Of

## SHERIFF'S OFFICE, LEE COUNTY

NAME _EDDIE Foreman_

SEARCHED BY _____

TIME _____ DATE _1/29/02_

MONEY $ _22.00 Currency_
_.25 Change_

ARTICLES BY NAME _Blue head rag, Tckt, Belt_
_Cell phone, lighter_

The above listing is all my personal effects turned in to Sheriff's Office at the time of booking.

Signature X _Eddie C Foreman_

Please Call: _____

## PROPERTY RECEIPT

I hereby acknowledge receipt of the articles named above.

On this date _1/29/02_

Signature X _Eddie Foreman_

Form: LCS-ENV-03 (4/95) DARCO

File

 **EAST ALABAMA**
**MENTAL HEALTH-**
**MENTAL RETARDATION**
**CENTER**

May 20, 1997

Dear Sgt. Roberson,

    I am writing on behalf of my client Kenyetta Foreman. Mrs. Foreman is in the process of applying for Food Stamps however she can not complete this process without some type of verification that her husband Eddie Lewis Foreman is being held there. If you would send me some type of verification that he is being held there it would be greatly appreciated.

Thank You,

Frances A. Jones
Case Manager

FAMILY AND CHILDREN'S SERVICES
2210 B GATEWAY DRIVE    OPELIKA, AL 36801    PHONE (334) 742-2112    FAX (334) 742-2112

ALABAMA DEPARTMENT OF CORRECTIONS                    INL
INMATE SUMMARY AS OF 09/07/97                         SSS

AIS: 0000000A   INMATE: FURMAN, EDDIE LEWIS                RACE: B   SEX: M

INSTITUTION: G41 - LEE                                JAIL CR: DAYBEROUS

DLLS: ████████     SSN: 4████████

ALIAS: FURMAN, EDDIE                      ALIAS: FURMAN, EDDIE L JR

ADM DT: 03/27/97     DEAD TIME: 00Y 00M 00D

ADM TYPE: NEW COMIT FROM CRT W/O REV OF     STAT: NEW COMIT FROM CRT W/O REV OF

CURRENT CUST: STN-4   CURRENT CUST DT: 03/27/97     PAROLE REVIEW DATE: -NONE-

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT440 LAW IN CLASS III     CURRENT CLASS DATE:   03/27/97
INMATE IS EARNING : EARNS 20 DAYS FOR EACH 30 SERVED

COUNTY       SENT DT   CASE NO    CRIME                         JL-CR    TERM
LEE          03/27/97 98000495 UNLAWFUL DISTRIBUTION CONTROL  00Y00 015Y 00M 00D CS
             ATTORNEY FEES : 00000250     HABITUAL OFFENDER : Y
             COURT COSTS  : 00000275     FINES : 00000000   RESTITUTION : 00000145

 TOTAL TERM      MIN REL DT    GOOD TIME BAL    LONG DATE
015Y 00M 00D    05/25/2001    000Y 00M 075D    01/25/2012

INMATE LITERAL: CT RECOMMENDS SAP

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER-WARRANT RECORDS

SUPERVISION RECORD SUMMARY
    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 784 RECORDS

    INMATE HAS NO RECORDS FROM ALABAMA BOARD
    OF PARDONS/PAROLE RECORDING CLEAR IN 1970

DISCIPLINARY/CITATION SUMMARY
    INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS

ACS359

ALABAMA JUDICIAL DATA CENTER
LEE COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 96 000493.00
ROBERT M. HARPER

```
-------------------------------------------------------------------------
| CIRCUIT COURT OF LEE COUNTY              COURT ORI: 043015             |
-------------------------------------------------------------------------
| STATE OF ALABAMA        VS.              DC NO:                        |
|                                                                        |
| FOREMAN EDDIE LEWIS       ALIAS:         G J:       71                 |
| 501 AVN B                 ALIAS:         SSN:                          |
| OPELIKA  AL  36801                       SID:      01218403            |
|                                          AIS:                          |
-------------------------------------------------------------------------
| DOB:            SEX: M   HT: O OO    WT: OOO  HAIR:         EYE:       |
| RACE: ( )W (X)B ( )O   COMPLEXION: _____   AGE: _____  FEATURES: ____|
-------------------------------------------------------------------------
| DATE OFFENSE: 00/00/00   ARREST DATE: 10/20/95   ARREST ORI: MOPD     |
-------------------------------------------------------------------------
|        CHARGES @ CONV          CITES          OFF CLASS: ( )A (X)B ( )C|
| UNLAW DISTRIB CONTROL SUBS   13A-012-211                               |
|                                 -   -                                  |
|                                 -   -                                  |
-------------------------------------------------------------------------
| JUDGE: ROBERT M. HARPER        PROSECUTOR: MYERS, RONALD L            |
-------------------------------------------------------------------------
| PROBATION APPLIED  GRANTED  DATE   REARRESTED DATE  REVOKED  DATE     |
| (X)Y( )N  5-3-96  ( )Y(X)N 3-27-97 ( )Y( )N _____ ( )Y( )N _____ |
-------------------------------------------------------------------------
| ACT 754-76            IMPOSED   SUSPENDED    TOTAL   JAIL CREDIT       |
| ( )Y (X)N  CONFINEMENT: 15 00 000  00 00 000  15 00 000  00 00 060    |
|            PROBATION :  00 00 000             00 00 000               |
|                                                                        |
| DATE SENTENCED: 05/03/96   SENTENCE BEGINS:    03/27/97               |
-------------------------------------------------------------------------
```

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| COURT COSTS | RESTITUTION | $90.00 | $90.00 |
| RESTITUTION | ATTORNEY FEE | $250.00 | $250.00 |
| CRIME VICTIM | CRIME VICTIMS | $50.00 | $50.00 |
| RECOUPMENT | COST | $275.00 | $275.00 |
| PENITENTIARY | FINE | $0.00 | $0.00 |
| HABITUAL OFDR | MUNICIPAL FEES | $0.00 | $0.00 |
| DL SUSPENDED | DRUG FEES | $0.00 | $0.00 |
|  | ADDTL DEFENDANT | $0.00 | $0.00 |
|  | DA FEES | $0.00 | $0.00 |
|  | COLLECTION ACCT | $0.00 | $0.00 |
|  | JAIL FEES | $0.00 | $0.00 |
|  |  |  |  |
|  | TOTAL | $665.00 | $665.00 |

```
-------------------------------------------------------------------------
| APPEAL DATE    SUSPENDED    AFFIRMED        REARREST                   |
| ( )Y( )N ____ ( )Y( )N ____ ( )Y( )N _____ ( )Y( )N _____             |
-------------------------------------------------------------------------
```

REMARKS:

THIS IS TO CERTIFY THAT THE
ABOVE INFORMATION WAS EXTRACTED
FROM OFFICIAL COURT RECORDS AND
AND IS TRUE AND CORRECT.

THE COURT RECOMMENDS THAT THE DEFENDANT BE ENROLLED IN A
DRUG TREATMENT PROGRAM.

*Corinne J. Hurst*

CIRCUIT CLERK

03/31/97

OPERATOR: LEW
PREPARED: 03/31/97

```
ACS359                    ALABAMA JUDICIAL DATA CENTER
                                  LEE COUNTY
                            TRANSCRIPT OF RECORD
                             CONVICTION REPORT
                                               CC 96 00047B.01
                                               ROBERT M. HARPER
```

| CIRCUIT COURT OF LEE COUNTY | COURT ORI: 043015 J |
|---|---|

STATE OF ALABAMA       VS.          DC NO:

BAKER MICHAEL JAMES        ALIAS:       G J:    9
3858 RIVER EDGE DRIVE      ALIAS:
CLEVELAND  OH  44146                    SID:    00108858O
~~----~~                                AIS:

DOB:  00/00/00   SEX: M  HT: 0 00   WT: 000  HAIR:       EYE:

RACE: ( )W (X)B ( )O   COMPLEXION: _____  AGE: _____ FEATURES: _____

DATE OFFENSE: 00/00/00   ARREST DATE: 11/01/96   ARREST ORI: MOPD

CHARGES @ CONV          CITES          OFF CLASS: ( )A (X)B ( )C
THEFT OF PROP 1ST        13A-008-003
                            - -
                            - -

JUDGE: ROBERT M. HARPER          PROSECUTOR: MYERS, RONALD L

PROBATION APPLIED   GRANTED  DATE   REARRESTED DATE  REVOKED  DATE

(X)Y( )N 2-5-97   ( )Y(X)N 3-27-97 ( )Y( )N _____ ( )Y( )N _____

ACT 754-76                IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
( )Y (X)N   CONFINEMENT:  05 00 000  00 00 000  05 00 000  00 00 113
            PROBATION  :  00 00 000              00 00 000

DATE SENTENCED: 02/05/97    SENTENCE BEGINS:    03/27/97

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| COURT COSTS | RESTITUTION | $8000.00 | $8000.00 |
| RESTITUTION | ATTORNEY FEE | $500.00 | $500.00 |
| CRIME VICTIM | CRIME VICTIMS | $50.00 | $50.00 |
| RECOUPMENT | COST | $219.00 | $219.00 |
| PENITENTIARY | FINE | $0.00 | $0.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $0.00 | $0.00 |
| | COLLECTION ACCT | $0.00 | $0.00 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $8769.00 | $8769.00 |

APPEAL DATE      SUSPENDED      AFFIRMED        REARREST

( )Y( )N _____ ( )Y( )N _____ ( )Y( )N _____ ( )Y( )N _____

REMARKS:                    THIS IS TO CERTIFY THAT THE
                            ABOVE INFORMATION WAS EXTRACTED
                            FROM OFFICIAL COURT RECORDS AND
                            AND IS TRUE AND CORRECT.


                            _Corinne J. Hurst_
                            CIRCUIT CLERK

                            03/31/97

OPERATOR: LEW
PREPARED: 03/31/97

ALABAMA BOARD OF PARDONS AND PAROLES

REPORT OF INVESTIGATION

Type of Investigation Pre-Probation _____ Date Dictated 6-3-96 _____

Name EDDIE LEWIS FOREMAN, JR. _____ True Name Eddie Lewis Foreman, Jr. _____

Alias Eddie Foreman _____

RSA BM - 22 _____ DOB ▓▓▓▓ _____ Height & Weight 6', 160 lbs _____

Complexion Dark _____ Color of Hair BLK _____ Color of Eyes BRO _____

Bodily Marks Scar on left hand, scar on left leg, scar from stabbing on chest

Driver's License# ▓▓▓▓▓▓ (expired)     SS# ▓▓▓▓▓▓▓ _____

AIS# 169,549 _____ FBI# 923 960 PAO _____ SID# AL-01218403 _____

Address ▓▓▓▓▓ _____     Phone# ▓▓▓▓▓ (neighbor) _____

▓▓▓▓▓▓▓▓▓ _____

_____

County Lee _____     Case# CC-96-493 _____

Offense(s) Sale/Cocaine _____

Sentence(s) 15 years as an Habitual Offender _____

Date of Sentence 5-3-96 _____     Date Sentence Began 3-27-97 _____

Date of Arrest 2-29-96 ____ Date of Bond _____ Bond Amt. $3,000 _____

Judge Robert M. Harper _____     D.A. Ron Myers _____

Attorney Wesley Schuessler, II _____     Retained _____ Appointed ___X___

Court Ordered Restitution $9.00 _____

Barred from Parole (Ala. Code 15-22-27.1) Yes _____ No ___X___

Copies sent to Central Records __3-28-97__ .
                              (date)

NOTES:  On 5-3-93, FOREMAN was ordered to pay court costs, attorney fees in the
        amount of $250, given jail credit for 60 days, and an application for
        probation was made and to be heard on 6-21-96 at 9 a.m.  CC-96-494, Unlawful
        Distribution of Controlled Substance and CC-96-495, Possession of Cocaine,
        were nolle prossed.

        6-21-96:  Writ of Arrest.

        3-27-97:  Probation denied.

PBF 203 (3/91)

<u>PRESENT OFFENSE(S)</u>

<u>County, Court, & Case Number:</u>

Lee County Circuit Court CC-96-493.

<u>Offense:</u>

Sale/Cocaine.

<u>Sentence:</u>

15 years as an Habitual Offender.

<u>Date of Sentence:</u>

5-3-96.

<u>Details of Offense:</u>

On February 29, 1996, Officers of the Opelika Police Department arrested Eddie Lewis FOREMAN, Jr. on an outstanding writ of arrest. Officers were booking FOREMAN in the Opelika City Jail and noticed that FOREMAN was chewing on something white and was trying to hide it. The officer ask FOREMAN to open his mouth. FOREMAN opened his mouth and the officer saw an off-white substance in FOREMAN's mouth that looked liked crack cocaine. The officer asked FOREMAN to spit the substance out, but FOREMAN refused. The officer then physically took FOREMAN to the floor and began to remove the substance from FOREMAN's mouth. The officer recovered a small amount of substance from FOREMAN's mouth, before he could swallow all of it. Paramedics were then called to the city jail to treat FOREMAN. The officer then placed FOREMAN under arrest for Unlawful Possession or Receipt of Controlled Substance. FOREMAN was then transported to the East Alabama Medical Center and treated for cocaine overdose. FOREMAN was treated and then brought back to the Opelika City Jail and placed into a cell.

On February 29, 1996, officers advised FOREMAN of his Miranda Rights and FOREMAN refused to signed a waiver of rights form.

On 2-29-96, a warrant was signed on Eddie Lewis FOREMAN charging him with Unlawful Possession or Receipt of Controlled Substance.

On 2-29-96, officers transferred Eddie Lewis FOREMAN, Jr. from the Opelika City Jail to the Lee County Jail, where he was held in lieu of bond.

On March 4, 1996, the evidence in the case was taken to the Department of Forensic Sciences Lab. The results of the analysis indicated that the off-white substance revealed the presence of cocaine, the weight in grams was 0.046, cocaine is a Scheduled II Controlled Substance.

<u>Subject's Statement:</u>

"I was with some people in the Vero and Dover District of Opelika. When I was approached and asked if I had any drugs or did I know where any was. I then went got some and brought it back to them."

<u>Case Status of Co-defendants</u>:

None.

<u>Victim Notification Impact</u>:

N/A.

<u>Victim Impact</u>:

N/A.

<u>Location of Offense</u>:

Opelika, AL.

<u>Court Ordered Restitution</u>:

$9.00.

<u>RECORD OF ARREST(S)</u>

<u>Prior Arrest Record</u>:

Please see Preliminary dated 12-10-92 for arrest record, juvenile 8-19-85 thru
9-25-91.  Arrest record began at 9-28-91 thru 7-2-92.

| 9-2-92 | Lee Co. Cir. Ct. | Poss. of Cocaine (CC-92-1002) Resisting Arrest (CC-92-1003) | 10-28-92, sentenced to 5 yrs as HO/6 mos in LCJ for Resisting Arrest. Ordered to pay VCF in the amount of $50 per case. Sentence was run concurrent w/CC-92-797, B & E Mtr Veh, CC-92-1003 |
| --- | --- | --- | --- |
| 7-20-94 | Opelika PD | Disorderly Conduct | Pled guilty |
| 9-18-94 | Opelika PD | Improper Equipment-Headlights | Pled guilty |
| 10-1-94 | Opelika PD | Resisting Arrest | Pled guilty |
| 10-1-94 | Opelika PD | Criminal Trespass, III | Not guilty |
| 10-1-94 | Opelika PD | Harassment | Found guilty |
| 2-26-95 | Opelika PD | Writ of Arrest-Disorderly Conduct | Miscellaneous |
| 5-22-95 | Opelika PD | Criminal Trespass, III | Nolle prossed |
| 5-22-95 | Opelika PD | Harassment | Nolle prossed w/o costs |
| 10-5-95 | Opelika PD | Menacing | Nolle prossed |

| 12-11-95 | Opelika PD | Resisting Arrest | Pled guilty |

Subsequent Arrest Record:

| 4-9-96 | Opelika PD | Disorderly Conduct | Pending |

### PHYSICAL AND MENTAL HEALTH

FOREMAN states that he has a bad heart as he has had two mild heart attacks.  The first attack was on 2-27-96 and the second was dated 3-17-96.  FOREMAN states that he has never been treated for mental or emotional problems.  FOREMAN admits to the usage of marijuana and cocaine.  FOREMAN states that he always has been around persons that sell drugs, using the amounts they gave him.  FOREMAN admits to daily usage up until March 17, 1996.  Subject states he still uses at least once a week.  Subject also states that he does drink alcoholic beverages, beer, wine, and liquor regularly and daily by using money he gets from his mother.

### PROBATION AND PAROLE OFFICER'S REMARKS

None.

### PROBATION PLAN

Home Situation:

If granted probation, he will continue to live at 501 Avenue B, Opelika, Alabama, 36801, with his mother, Joanne Harris Foreman.

Employment:

No definite employment plan was given for FOREMAN.

Signed and Dated at Opelika, Alabama, the 10th day of June, 1996.

Carolyn Miles-Pruitt
Alabama Probation & Parole Officer

CMP/thc
FOREMAN