ALABAMA BOARD OF PARDONS AND PAROLES

REPORT OF INVESTIGATION

Type of Investigation __Preliminary__ ———————————————————— Date Dictated __12-10-92__

Name __EDDIE LEWIS FOREMAN, JR.__ ———————— True Name __Eddie Lewis Foreman, Jr.__

Alias: __Eddie Foreman__ ————————————————————————————————————

RSA __B/M, 19__ ———————— DOB: ████ ———————— Height and Weight __6' 166 lbs.__

Complexion __Dark__ ———————————————— Color or Hair __BLK__ ——— Color of Eyes __BRO__

Bodily Marks __Scar on left hand, scar on left leg, scar from stabbing on chest__

Driver's License # ████████ ———————————— SS# ██████6

AIS# _169,549_ ———— FBI# __923 960 PAO__ ———— SID# __AL-01218403__

Address ████████████ ———————————— Phone # ████████

████████████

County __Lee__ ———————————————————— Case # __CC-92-1002 & 1003__

Offense(s) __Poss. of Cocaine & Resisting Arrest__

Sentence(s) __Five Years as Habitual Offender & Six Months Lee Co. Jail__

Date of Sentence __10-28-92__ ———————— Date Sentence began __10-28-92__

Date of Arrest __9-2-92__ ——— Date of Bond __not made__ ——— Bond Amt. $ __3,000 & $1,000__

Judge __Robert M. Harper__ ———————— D A __Ron Myers__

Attorney __Michael Speakman__ ———————— Retained ———— Appointed __X__

Court Ordered Restitution $ __none__

Barred from Parole Yes ———————————————— No __X__

Copies sent to Central Records _1-26-93_
                        (date)

NOTES:   On 10-28-92, he was ordered to pay VCF $50.00 per case and all payments are to
be paid at the rate of $50 per month as a condition of release at the time of
release.  Sentence imposed to run concurrently with sentence #CC-92-797, B & E
Motor Vehicle; CC-92-1003.

PBF 203 (3/91)

<u>PRESENT OFFENSE</u>

<u>County, Court, and Case Number</u>:

Lee County Circuit Court, 92-1002.

<u>Offense</u>:

Possession of Cocaine.

<u>Sentence</u>:

Five years.

<u>Date of Sentence</u>:

10-28-92.

<u>Details of Offense</u>:

On 9-2-92, the Detectives of the Opelika Police Dept. Vice & Narcotics Division were con-
ducting surveillance in the area of Jeter Avenue and Dover Street in response to numerous
complaints of drug activity in the area. The Detectives took positions of concealment,
behind the residence located at 109-B Dover Street, Opelika. The Detectives observed two
black males, standing behind the residence located at 100-A Jeter Avenue which is the
corner house located at the intersection of Jeter Avenue and Dover Street. The Detectives
observed one of the subjects placing a small item in a tree in the yard of 100-A Jeter Ave.
The subject was wearing a round Malcolm X hat, dark jeans, and a purple Minnesota Vikings
shirt. This subject then took the item, which was seen placed in the tree, and placed it
in a small hole in the foundation of the residence, next to the steps of 100-A Jeter Ave.
The Detectives contacted others who were in the Patrol Unit by radio and relayed the informa-
tion. The Detectives then drove to 100-A Jeter Ave. and observed the two subjects, and a
third black male subject standing in front of a car that was parked on the roadway on Dover
Street. The Detectives asked the subject wearing the Minnesota Vikings shirt what his name
was. The subject replied that his name was Eddie Lewis FOREMAN. The Detectives were
directed by radio by the Detective to the exact location next to the steps that were observed
where FOREMAN had placed the small bag. The Detective found a small Atlanta Braves keychain
pouch containing three mini-ziplock plastic bags containing off-white rock-like substances
and a clear piece of plastic, holding three off-white rock-like substances believed to be
"crack cocaine". The Detectives alerted other Detectives that crack had been found. The
Detectives approached FOREMAN. FOREMAN was informed that he was under arrest for Unlawful
Possession of Cocaine. FOREMAN immediately pushed the Detective, knocking the pouch of
crack from the Detective's hand and began running from behind 100-A Jeter Avenue towards
Jeter Avenue. The Detectives attempted to grab FOREMAN and both fail on the cement walkway.
FOREMAN struggled free from the Detective and continued running across Jeter Avenue and
down Dover Street. The pouch was immediately recovered that was knocked from the Detective's
hand. FOREMAN was eventually caught by the Detectives in the woods behind the church, located
on the southwest corner of Jeter Avenue and Dover Street. While attempting to effect the
arrest of FOREMAN, one of the Detectives suffered a broken left hand. FOREMAN was then
charged with Resisting Arrest. FOREMAN was transported to the Opelika Police Dept. without
incident.

On 9-2-92, FOREMAN was advised of his Miranda Rights and FOREMAN signed the Waiver of Rights
form giving a full statement.

On 9-3-92, Captain John Toney transferred FOREMAN to the Lee Co. Justice Center, where he signed the Unlawful Possession or Receipt of Controlled Substances warrant on FOREMAN.  On 9-3-92, Detective Erich Babbitt signed the Resisting Arrest warrant and presented it at the Lee Co. Jail.

The plastic bag containing the Evidence was submitted to the Dept. of Forensic Sciences. Based on the report received of laboratory analyses on 9-14-92, the pouch revealed the presence of cocaine.  The total weight was 0.750 grams.

Subject's Statement:

"About two weeks ago, Peter Hughley gave me 25 rocks of "crack cocaine" to sell for $500.00. Peter told me to bring him the money, when I sold all of them and he would give me $150.00. For the past two weeks, I sold most of the "crack cocaine", but not all of it, because some of it was stolen.  I never kept it in my house, I always hid it outside.  Today around 9:30 p.m., I went to my cousin's house at 100-A Jeter Avenue in Opelika.  My cousin is "Fatback" and his real name is John Holloway.  When I got to "Fatback's" house, I put my "crack cocaine in a tree next to "Fatback's" house.  I took it out of the tree and then put it by the steps of "Fatback's" house.  About five minutes went by when  narcotics officers came up.  One of the narcotics officers pick up my dope and told me I was under arrest.  I ran and Detective Popwell chased me and caught me in some bushes, just past the church near Brannon Avenue. The $120.00 in my back pocket came from selling the "crack cocaine" and $9.00 in my front pocket was money given to me by my mom.  I know that selling and possessing cocaine is against the law and I'm sorry I did it."

Case Status of Co-defendants:

None.

Victim Notification Information:

N/A.

Victim Impact:  .

N/A.

Location of Offense:

Opelika, Alabama.

Court Ordered Restitution:

None.

ACJIS ARREST RECORD

| | | | |
|---|---|---|---|
| 9-28-91 | Opelika PD | Harassment | Fined $94.00 |
| 10-9-91 | Opelika PD | Criminal Trespass, III | Fined $94.00 plus 90 days, Days susp., 2 Yrs probation |
| 10-27-91 | Auburn PD | Criminal Trespass, III | No disp. was given, however 12-18-91, there was a Notice of Appeal on Cs #APD 91-490? |

| | | | On 3-19-92, case was set for trial for 4-6-92 at Lee Co. Justice Center, Opelika, Ala. On 4-6-92, the Appeal in the case was dismissed & the case remanded to City of Auburn on payment of costs |
|---|---|---|---|
| 11-10-91 | Opelika PD | Receiving Stolen Property, II | No charges. Released on 11-11-91 |
| 1-10-92 | Opelika PD | Criminal Trespass, III | Fined $144.00 plus 60 days, susp. 30 days & given 2 Yrs probation. Appealed. On 7-27-92, Appeal plea of guilty & sentenced to 60 days in Opelika City Jail, fined $100.00, $25 VCF, & all payments to be paid w/i 60 days. Sent. susp. & placed on 1 Yr unsupervised probation. The probation condition was not to set foot on the campus of any public school in Opelika including athletic events & paying all costs & fine w/i 60 days. |
| 5-1-92 | Opelika PD | Breaking & Entering a Motor Vehicle CC-92-797 | On 8-13-92, application for Youthful Offender was made. On 8-14-92, Y.O. was denied. On 8-20-92, motion for reconsideration of Y.O. status was denied. On 8-26-92, pled guilty & was sentenced to 3 Years, given credit for 30 days in pre-trial confinement, ordered to pay court costs including reimbursement of attorney's fees VCF $50 & all payments to be paid by 10-15-92. Application for probation was made & set to be heard on 10-15-92. 10-15-92, probation denied. |
| 7-2-92 | Opelika PD | Resisting Arrest | Fined $144.00 plus 60 days. Days susp., 2 Yrs probation |
| 7-2-92 | Opelika PD | Disorderly Conduct | Fined $54.00 |

Juvenile Record:

| | | | |
|---|---|---|---|
| 8-19-85 | Lee Co. Juv Ct | Theft of Property, III | JU-85-C642, 9-3-85, Consent |

| | | | |
|---|---|---|---|
| | | | Decree. The Decree to be in force for 4 mos., unless child is discharged sooner by the Court, or the Decree is extended by the Court. 1-3-86, child released from Consent Decree. |
| 8-13-86 | Lee Co. Juv Ct | Harassment | JU-86C-845, 9-15-86 arraignment hearing held. Child denied allegations contained in petition. Case con't for adjudicatory hearing and appointment of counsel for said child. Adjudicatory hearing set for 12-11-86. 12-11-86, admitted & adjudicated Delinquent. Both families were ordered to refrain from harassing the other families nor trespassing on the others' property. |
| 9-4-89 | Lee Co. Juv Ct | Burglary, III, & Theft of Property, II | JU-85-642.04 & .05 9-7-89, child declared Delinquent. |
| 10-18-89 | Lee Co. Juv Ct | Theft of Property, III | JU-85-642.08, 10-19-89, child declared Delinquent |
| 9-30-89 | Lee Co. Juv Ct | Theft, III | JU-85-642.06, 10-12-89, FTA. Hearing reset. 11-20-89, adjudicated Delinquent. Child is on house arrest pending further hearing, unless child is with his mother or is involved in worthwhile activities. Child is further ordered not to trespass upon the properties of Village Mall, A & P (Opelika), &/or New York Fashions, Opelika, Ala. |
| 9-30-89 | Lee Co. Juv Ct | Receiving Stolen Property, III | JU-85-642.07, 10-10-89, reference to third theft. |
| 1-24-90 | Lee Co. Juv Ct | Assault, III | JU-85-642.09, 1-26-90, arraignment/detention hearing. Sent home in house arrest. May only leave home to go to school or in the company of parents and may not go on the Opelika Recreation Center property under any circumstances. |

| | | | |
|---|---|---|---|
| 2-16-90 | Lee Co. Juv Ct | | JU-85-642.10, 2-28-90, Detained in Detention pending adjudication hearing.  3-8-90, committed to DYS.  7-23-90, petition, aftercare order & aftercare plan filed. |
| 8-13-90 | Lee Co. Juv Ct | Menacing & TOP, III | JU-85-642.11 & .12, 10-15-90 order of commitment to Alabama Dept. of Youth Services |
| 8-16-90 | Lee Co. Juv Ct | Violation of Aftercare | JU-85-642.13, see above. 2-21-91, aftercare hearing set for 3-4-91.  3-4-91, court costs of previous cases still owed together with restitution indicating a total of $1,169.11 as a balance.  Court notes that as a term of the aftercare will either be in vocational educational training or employed full-time & to be reporting in to the Probation Office once per month w/payment plan to be addressed at that time. |
| 5-14-91 | Lee Co. Juv Ct | Discharging Firearm Inside City Limits | JU-85-642.14, 7-19-91, adjudicated Delinquent. Must have a job at disposition or jail. |
| 9-25-91 | Lee Co. Juv Ct | Harassment | JU-85-642.15, 10-28-91, hearing set for 11-5-91. 11-5-91, arraignment hearing held.  Child denied allegations contained in the petition.  Case continued for adjudicatory hearing. 2-6-92, case dismissed on motion of State as petitioner failed to appear. |

Signed and Dated at Opelika, Alabama, the 10th day of December, 1992.

Carolyn Miles-Pruitt
Carolyn Miles-Pruitt
Alabama Probation & Parole Officer

CMP/brl

# INMATE REQUEST FORM
### (Form #8)

Name: *Eddie L. Foreman*    Cell: *E 3*    Date: *4-27-97*    Time: *N/A*

Telephone Call ☐    Medical ☐    Special Visit ☑    Grievance ☐    Sheriff ☐

Chief Deputy ☐    Lieutenant ☐    Personal Problem ☐    Notary ☐    Trusty ☐

Other ☐

## BRIEFLY OUTLINE YOUR REQUEST, THEN GIVE TO JAILER.

I Am requesting A special Visit with my new born baby And my two step children if this is possible. I would gratefully appreciate your help concerning this matter. Thanks in adiance for your assistance concerning this matter.

Names- Cameron J Finley, Chauncey J. Finley, and Eddie J. Foreman

## DO NOT WRITE BELOW THIS LINE, FOR REPLY ONLY

Approved for
5-24-97   10:00
PPG  4/28/97

All requests will be routed through the jail shift supervisor then forwarded to those the request is directed to.

Shift Supervisor ☑    Lieutenant ☐    Major ☐    Sheriff ☐

Jailer: _____    Date: _____    Time: _____

Copies to:    Inmate
              Inmate file
              Chief Deputy
              Disciplinary Hearing Board

# INMATE REQUEST FORM
## (Form #8)

Name: _Eddie Foreman_    Cell: _E 3_    Date: _4-25-97_    Time: _N/A_

Telephone Call ☐    Medical ☐    Special Visit ✓    Grievance ☐    Sheriff ☐

Chief Deputy ☐    Lieutenant ☐    Personal Problem ☐    Notary ☐    Trusty ☐

Other ✓    _Maintance_

---

### BRIEFLY OUTLINE YOUR REQUEST, THEN GIVE TO JAILER.

I Am requesting A special visit with my New born baby that I have never seen. I Am Also requesting to have the toilet fixed in one of the individual cells in E 3. If you could reply or respond to this letter of request As soon As possible I'd be truly grateful. Thanks in advance for your assistance

---

### DO NOT WRITE BELOW THIS LINE, FOR REPLY ONLY

---

All requests will be routed through the jail shift supervisor then forwarded to those the request is directed to.

Shift Supervisor ✓    Lieutenant ☐    Major ☐    Sheriff ☐

Jailer:_____    Date:_____    Time:_____

Copies to:    Inmate
              Inmate file
              Chief Deputy

# LEE COUNTY SHERIFF'S DEPARTMENT

Subject DISTURBANCE IN CELL E-3          Opelika, Ala.,_____19____

To the Sheriff of Lee County:

I report the following REQUEST TO MOVE TO ANOTHER CELL BY INMATE
EDDIE FOREMAN_____ which occurred at 1850 o'clock
this____P M., at LEE COUNTY DETENTION CENTER_____
                        (STATE PLACE)

Below give full·particulars, together with names of principals and witnesses and their address.

ON THE ABOVE DATE AND TIME, AN INTERCOM CALL WAS
RECEIVED FROM CELL E-3, AN UNKNOWN INMATE IN CELL E-3
REQUESTED AN OFFICER COME TO THE CELL IMMEDIATELY,
I (CPL. TABB) RESPONDED TO THIS CALL.

WHEN I ARRIVED AT CELL E-3, INMATE EDDIE FOREMAN
REQUESTED TO BE MOVED. I NOTICED INMATE FOREMAN
"DABBING" HIS NOSE WITH A T-SHIRT, ON THAT T-SHIRT I
NOTICED APPROXIMATELY THREE SPOTS OF BLOOD. I (TABB)
THEN ASKED WHAT HAPPENED AND NO ONE IN THE
CELL RESPONDED. I ASKED AGAIN AND A COUPLE OF THE
INMATES STATED THEY WERE IN THEIR BEDROOM AND
DIDN'T SEE ANYTHING. I THEN PROCEEDED TO MOVE
INMATE FOREMAN OUT OF CELL E-3. I (TABB) ASKED
INMATE FOREMAN WHAT HAPPENED AND HE STATED THAT
HE DIDN'T WANT ANY TROUBLE AND DIDN'T WANT TO PRESS
CHARGES. INMATE FOREMAN WOULD NOT GIVE ME A NAME
OF AN INMATE WHO HE HAD AN ALTERCATION WITH.

Reported by_____ 4305

Address_____ Phone_____

Complaint Received by_____ How_____

# LEE COUNTY SHERIFF'S DEPARTMENT

Subject_____     Opelika, Ala.,_____19____

To the Sheriff of Lee County:

I report the following_____  _____

_____which occurred at_____o'clock

this_____M., at_____
(STATE PLACE)

Below give full particulars, together with names of principals and witnesses and their address.

AFTER OBTAINING VERY LITTLE INFORMATION, INMATE FOREMAN
WAS MOVED TO CELL E-4 WITHOUT INCIDENT BY
MYSELF (CPL. TABB).

Reported by _____

Address _____  Phone_____

Complaint Received by _____  How_____

# INMATE REQUEST FORM
### (Form #8)

Name: _Eddie Foreman_  Cell: _F 3_  Date: _10-31-97_  Time: _11:00 AM_

---

Telephone Call ☐     Medical ☐  Special Visit ☑     Grievance ☐     Sheriff ☐

Chief Deputy ☐     Lieutenant ☐  Personal Problem ☐     Notary ☐     Trusty ☐

Other ☐

### BRIEFLY OUTLINE YOUR REQUEST, THEN GIVE TO JAILER.

_I am requesting a special visit with my wife and my_
_son that only that she'll have one also during the_
_month of April. Thank you for your help. I am truly_
_grateful to you to help in allowing this visit_

### DO NOT WRITE BELOW THIS LINE, FOR REPLY ONLY

Child visit    4-19-97    09:00 A.M.

All requests will be routed through the jail shift supervisor then forwarded to those the request is directed to.

Shift Supervisor ☑     Lieutenant ☐     Major ☐     Sheriff ☐

Jailer: _____  Date: _____  Time: _____

Copies to:    Inmate
              Inmate file
              Chief Deputy
              Disciplinary Hearing Board

# INMATE REQUEST FORM
### (Form #8)

Name: _Eddie C. Foreman_     Cell: _____     Date: _3-24-97_     Time: _____

Telephone Call ☐    Medical ☐    Special Visit ☐    Grievance ☐    Sheriff ☐

Chief Deputy ☐    Lieutenant ☐    Personal Problem ☐    Notary ☐    Trusty ☐

Other ☑ _Major Tolbert_

### BRIEFLY OUTLINE YOUR REQUEST, THEN GIVE TO JAILER.

I need to know with whom I need to speak so I can waive my probation hearing. So could you meet with me as soon as possible so that this matter can be resolved.

### *DO NOT WRITE BELOW THIS LINE, FOR REPLY ONLY*

Refered to Sgt. Robinson.
Sgt. Robinson Talk to this inmate and see that his question is answered.

All requests will be routed through the jail shift supervisor then forwarded to those the request is directed to.

Shift Supervisor ☐    Lieutenant ☐    Major ☐    Sheriff ☐

Jailer: _____    Date: _____    Time: _____

*Copies to:*    *Inmate*
          *Inmate file*
          *Chief Deputy*
          *Disciplinary Hearing Board*



# INDIVIDUAL'S PERSONAL EFFECTS

### In Possession Of

## SHERIFF'S OFFICE, LEE COUNTY

NAME _Eddie Foreman_

SEARCHED BY

TIME _____  DATE _2/29/96_

MONEY _$x 26 75 Eddie 7._

_1 - 10.00              .75¢_

_2 - 5.00_

_6 - 1.00_

ARTICLES BY NAME _2 - tape cassettes , 1 - guess watch case , 1 - belt_

**The above listing is all my personal effects turned in to Sheriff's Office at the time of booking.**

Signature  X _Eddie L. Foreman_

Please Call: _____

## PROPERTY RECEIPT

I hereby acknowledge receipt of the articles named above.

On this date _4-3-96._

Signature _Eddie L. Foreman_

Form  LCS-ENV-03 (4/95) DARCO

# LEE COUNTY SHERIFF'S DEPARTMENT
# INCIDENT REPORT
### (Form #10)

Subject: _Eddie Foreman_
(disturbance, distribution of supplies, etc.)    _Opelika_ Alabama, _29 MARCH_, 19 _96_

To the Sheriff of Lee County:

I report the following _Inmate injuried right elbow_ _____ which occurred at _1900_ o'clock _P_ .m., at _LCDC_
(State Place)

Below give full particulars, together with names of principals and witnesses and their addresses.

I officer Ashford was call down the E-4 cell. Inmate Eddie Foreman said he slipped and fell, causing him to injury his right elbow. Resulting in a small knot with blood dripping from it. He was able to move it but still said it caused server pain. Inmate Eddie Foreman was given a ice pack by myself officer Ashford and was taken back to E-4. ⸺ END OF Report ⸺

Reported by: _Ashford_

Address: _____ Phone: _____

Received by: _____

# LEE COUNTY SHERIFF'S DEPARTMENT
## INCIDENT REPORT
### (Form #10)

Subject: _ELIJAH PRYOR_
(disturbance, distribution of supplies, etc.)
Opelika, Alabama, _31 MARCH_, 19_96_

To the Sheriff of Lee County:

I report the following _ELIJAH PRYOR REMOVED TO F-5_

_____ which occurred at _2640_ o'clock

P.m., at _L.C.D.C._
(State Place)

Below give full particulars, together with names of principals and witnesses and their addresses.

On the above date and time F-4 called on the intercom request a officer. 1 officer Ashford arrived at the cell, standing at the vestible gate was Elijah Pryor. He stated he was threaten by Eddie Foreman and Charles Patterson who also occupies the cell. Inmate Elijah Pryor stated to 1 officer Ashford that he feared for his life and well being. 1 officer Ashford removed inmate Elijah Pryor out of cell F-4 and placed him into F-5. No farther incident. End of Report

Reported by: _____

Address: _____  Phone: _____

Received by: _____

# LEE COUNTY SHERIFF'S DEPARTMENT
## SHORT TERM RELEASE OF INMATE TO OTHER AGENCY REPORT
### (Form #23)

INMATE'S NAME _Eddie Foreman_ ID# _10899_

AGENCY RELEASED TO _OPD - Court_     RECEIVING OFFICER _Ron Bugg_

DATE _03·04·96_     TIME _1213_

INMATE'S SIGNATURE _Eddie L. Foreman_

RELEASING OFFICER _H.C. Lynn   4/3829_

DATE INMATE RETURNED _03 - 04 - 96_     TIME RETURNED _1915_

INMATE'S SIGNATURE  X _Eddie L. Foreman_

RECEIVING OFFICER _L. Woodson_

| State of Alabama Unified Judicial System | ADVICE OF RIGHTS ON INITIAL APPEARANCE BEFORE JUDGE OR MAGISTRATE (Felony) | Case Number |
|---|---|---|
| Form C-81      11/91 | | |

IN THE _____ CIRCUIT _____ COURT OF _____ LEE _____ COUNTY

☒ STATE OF ALABAMA          ☐ MUNICIPALITY OF _____

v.   EDDIE L. FOREMAN, JR. _____ , Defendant

This is a first appearance hearing. You are charged with committing the felony offense(s) of RECEIPT OF A CONTROLLED SUBSTANCE _____ in this Court in violation of _____. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the Court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case, or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends, and if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and, if at the conclusion of the preliminary hearing the judge finds that sufficient evidence has been shown to establish that you probably committed the offense or offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:

1.) Appear to answer and submit to all orders and process of the Court having jurisdiction in the case.

2.) Refrain from committing any criminal offense.

3.) Not depart from the state of Alabama without the leave of the Court having jurisdiction of this case.

4.) Promptly notify the Court of any change of address or phone number.

5.) Other conditions: _____
_____
_____
_____

The provisions of the Release Order may be revoked or modified by the Court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the Court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

Date: ___3-1-96___          _____
                              Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the Initial Court Appearance. I understand the conditions of my release and the penalties applicable in the event that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

Date: ___3-1-96___          _____
                              Defendant

| State of Alabama<br>Unified Judicial System | **ORDER<br>ON INITIAL APPEARANCE** | Case Number |
|---|---|---|
| Form C-80        Rev. 6/93 | | |

IN THE _____CIRCUIT_____ COURT OF _____LEE_____ ALABAMA
(Circuit, District, or Municipal)                    (Name of Municipality or County)

☒ STATE OF ALABAMA    ☐ MUNICIPALITY OF _____

v.    EDDIE L. FOREMAN. JR. — ∂ 2 _____ , Defendant

---

The above named defendant, charged with the criminal offense (s) of RECEIPT OF A CONTROLLED SUBSTANCE was duly brought before the Court for Initial Appearance on ___MARCH 1___ , 1996 , at ___11:00___ o'clock A .m., whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE):*

1. ☒    Name and address of defendant.

    ____ (a) Ascertained the true name and address of the defendant to be:
    _715 B Bun Drive_
    _Opelika_        _704- 0403_

    ____ (b) Amended the formal charges to reflect defendant's true name.

    ____ (c) Instructed the defendant to notify the court promptly of any change of address.

2. ☒    Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

3. ☒    Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.

4. ☒    Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be used against him/her.

5. ☐    Bail

    ____ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.

    ____ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), A.R.Cr.P., and subject to the following additional conditions:

        ____ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____ .

        _X_ 2.) Execution of a secured appearance bond in the amount of $ _5000._ .

        ____ 3.) Other conditions (specify) _Not to sign up bond 7_
        _public hearing in schedule th month_

6. ☐    If charged with a felony offense, informed the defendant of the right to demand a preliminary hearing under Rule 5.1, A.R.Cr.P., and of the procedure by which that right may be exercised.

7. ☐    If charged with a felony offense and a preliminary hearing was demanded within 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court on _____ , 19 ___ , at _____ o'clock ____ .m.

    ____ (a) Notified the District Court that such demand was made.

    ____ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearing.

8. ☐    Other: _____
    _____
    _____

Date: _3-1-96_ _____         _Wm T. Kelly_
                                      **Judge/Magistrate**

# CITY OF OPELIKA

## MUNICIPAL COURT



P.O. BOX 2485          OPELIKA, ALABAMA 36803-2485          TELEPHONE: (205) 705-5190

Lee County Sheriff
Hamilton Road
Opelika, Alabama

TO WHOM IT MAY CONCERN:

The following subject has been transferred to your jail on _I-29-96_

                                                               date

_X_ He/She has not made bond on misdemeanor charge(s) here;

or

_____ He/She has to serve days at the Opelika City Jail after making bond
at the Sheriff's office.

NAME: _Eddie L. Foreman Jr_

DOB: ~~_____~~

RACE: _Blk_

SEX: _Male_

                                   ( _Writ # 96-02-079_ )

DOCKET NUMBER AT THE CITY OF OPELIKA: _MC95 01421 (Resisting Arrest)_
DISPOSITION: _pending_

PLEASE NOTIFY THE OPELIKA POLICE DEPARTMENT BEFORE RELEASING ON BOND.

_Mary [signature]_

Signature of Magistrate sending form

_2-29-96_

Date Sent

_____

Signature of Person receiving form

_____

Date Received

**NOTE**    SEND A SIGNED AND DATED COPY BACK TO THE OPELIKA MUNICIPAL
COURT BY THE OFFICER.

LEE COUNTY

SHERIFF'S DEPARTMENT

---

MEDICAL CHARGE ACKNOWLEDGEMENT FORM
INMATE CO-PAYMENT FOR MEDICAL SERVICE RENDERED

## POLICY

Sick call is conducted on a scheduled basis by a registered nurse and is available to all inmates.  All inmates will be charged a fee for non-emergency treatment.  Inmates will not be denied medical treatment for any reason.

## PROCEDURE

1. Costs for non-emergency treatment will be charged to the inmate as follows:
   a) Sick Call visit      $10.00      b) Dentist visit        $10.00
   c) Doctor visit         $10.00      d) prescription fee     $ 3.00
   e) Follow-Up visit      NO CHARGE
   f) Non-Prescription Medication      $0.25 per each pill up to a $ 3.00 limit.

2. At the conclusion of each sick-call visit, the nurse will complete a charge slip, the inmate will sign the slip and receive a copy.

3. The remaining medical charge forms are given to the booking officer on duty when sick call is completed.

4. The booking officer submits one(1) copy of the medical charge form to the commissary clerk for payment from the inmate account.

5. One (1) copy of the medical charge form is placed in the inmate's medical file.

6. Payment for medical treatments will be payable to the Lee County Commission.

I, _Eddie Foreman_, state that I have read, or have had read to me, this form regarding the policies and procedures on inmate co-payments for medical services rendered. I state that I acknowledge and fully understand these same policies and procedures.


X _Eddie Foreman_
Inmate Signature, Date and Time

_RBCray_
Officer Signature, Date and Time

F/le

```
                    ALABAMA DEPARTMENT OF CORRECTIONS          INST:   241
JP232               INMATE SUMMARY AS OF 11/06/92              CODE: CSMDI
```

*******************************************************************************

AIS: 00169549    INMATE: FOREMAN, EDDIE LEWIS        RACE: B  SEX: M

INSTITUTION: 241 - LEE                           JAIL CR: 00Y00M00D

DOB: ██████████    SSN: ██████████

ALIAS: FOREMAN, EDDIE                    ALIAS:

ADM DT: 10/15/92   DEAD TIME: 00Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/O REV OF PROB STAT: NEW COMIT FROM CRT W/O REV OF PR

CURRENT CUST: OTW-4   CURRENT CUST DT: 10/15/92   PAROLE REVIEW DT:

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT446 LAW IN CLASS III       CURRENT CLASS DATE:   10/28/92
INMATE IS EARNING : EARNS 20 DAYS FOR EACH 30 SERVED

```
COUNTY       SENT DT  CASE NO    CRIME                        JL-CR     TERM
LEE          10/15/92N92000797 UNLAW BREAKING AND ENTERING VE 0030D 003Y 00M 00D CS
             ATTORNEY FEES : $000660     HABITUAL OFFENDER : N
             COURT COSTS  : $0000215    FINES : $0000000    RESTITUTION : $0000050
LEE          10/28/92N92001002 UNLAWFUL DISTRIBUTION CONTROL  00000 005Y 00M 00D CC
             COURT COSTS  : $0000261    FINES : $0000000    RESTITUTION : $0000050

 TOTAL TERM      MIN REL DT      GOOD TIME BAL     LONG DATE
005Y 00M 00D     07/18/1994      000Y 00M 05D      10/27/1997
```

INMATE LITERAL: CC W/CC92-1003 COUNTY SENTENCE
*******************************************************************************

ETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER-WARRANT RECORDS

*******************************************************************************

SCAPEE-PAROLE SUMMARY
    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
    SINCE O.B.S.C.I.S. RECORDING BEGAN IN 1978

*******************************************************************************

SCIPLINARY SUMMARY

CONTINUED ON NEXT PAGE

| State of Alabama<br>Unified Judicial System<br><br>Form C-81     11/91 | ADVICE OF RIGHTS ON INITIAL<br>APPEARANCE BEFORE JUDGE OR MAGISTRATE<br>(Felony) | Case Number |
| --- | --- | --- |

IN THE ___CIRCUIT_____ COURT OF ___LEE_____ COUNTY

☐ STATE OF ALABAMA          ☐ MUNICIPALITY OF _____

v. _____EDDIE LEWIS FOREMAN_____ , Defendant

This is a first appearance hearing. You are charged with committing the felony offense(s) of
_____Unlawful Dist. Con. Sub. (near school)_____ in this Court in violation of
_____. The primary purpose of this hearing is to ensure
that you know and understand the charge or charges against you. At this hearing, there will be no determination
made about your guilt or innocence of the crime charged, but only a determination that you know and understand
the charge or charges against you. If you are before the Court on a complaint following a warrantless arrest, the
judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case, or, if it has been
already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal
recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some
responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you
some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given
time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by
the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire
under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends, and if necessary, reasonable means will be provided
in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or
magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or
offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a
hearing is demanded and one is conducted, and, if at the conclusion of the preliminary hearing the judge finds that
sufficient evidence has been shown to establish that you probably committed the offense or offenses with which you
are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge
finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the
judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the
prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:

1.) Appear to answer and submit to all orders and process of the Court having jurisdiction in the case.
2.) Refrain from committing any criminal offense.
3.) Not depart from the state of Alabama without the leave of the Court having jurisdiction of this case.
4.) Promptly notify the Court of any change of address or phone number.
5.) Other conditions: _____
_____
_____
_____

The provisions of the Release Order may be revoked or modified by the Court for cause. The Release Order and
any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or
conviction on the charges, unless sooner revoked or modified by the Court. Upon report of a violation of any of the
above conditions, a warrant for your arrest will be issued.

Date: ____11-8-95_____          _____
                                                                        **Judge/Magistrate**

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to
me at the Initial Court Appearance. I understand the conditions of my release and the penalties applicable in the event that I violate any conditions
imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

Date: ____11-8-95_____          _____
                                                                        **Defendant**

| State of Alabama<br>Unified Judicial System<br><br>Form C-80          Rev. 6/93 | ORDER<br>ON INITIAL APPEARANCE | Case Number |
| --- | --- | --- |

IN THE ___CIRCUIT___ COURT OF ___LEE COUNTY___ ALABAMA
      (Circuit, District, or Municipal)         (Name of Municipality or County)

☐ STATE OF ALABAMA    ☐ MUNICIPALITY OF _____

v. ___EDDIE LEWIS FOREMAN   2 ?_____ , Defendant

---

The above named defendant, charged with the criminal offense (s) of ___Unlawful Dist. Cont. Sub.___,
was duly brought before the Court for Initial Appearance on ___Nov. 8___, 19 _95_, at ___1:00___ o'clock
_P_ .m., whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE):*

1. ☐   Name and address of defendant.

    ____ (a)  Ascertained the true name and address of the defendant to be:
         _315 B Byrd Ave   No phone_
         _Opelika_

    ____ (b)  Amended the formal charges to reflect defendant's true name.

    ____ (c)  Instructed the defendant to notify the court promptly of any change of address.

2. ☒   Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

3. ☒   Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.

4. ☒   Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be used against him/her.

5. ☐   Bail

    ____ (a)  Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.

    ____ (b)  Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), A.R.Cr.P., and subject to the following additional conditions:

        ____ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____.

        ____ 2.) Execution of a secured appearance bond in the amount of $ _20,000 (near school)_

        ____ 3.) Other conditions (specify) _____

6. ☐   If charged with a felony offense, informed the defendant of the right to demand a preliminary hearing under Rule 5.1, A.R.Cr.P., and of the procedure by which that right may be exercised.

7. ☐   If charged with a felony offense and a preliminary hearing was demanded within 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court on ___November 17___, 19 _95_, at ___9:00___ o'clock _A_ .m.

    ____ (a)  Notified the District Court that such demand was made.

    ____ (b)  Defendant made no demand for a preliminary hearing at the initial appearance hearing.

8. ☐   Other: _____

Date: ___11-8-95___        _____
                                 Judge/Magistrate

79

# INDIVIDUAL'S PERSONAL EFFECTS

### In Possession Of

## SHERIFF'S OFFICE, LEE COUNTY

NAME *FOREMAN, EDDIE*

SEARCHED BY

TIME                               DATE *10/23/95*

MONEY $ *26.42*

(1) TWENTY

(6) DOLLARS.

*.42¢ IN CHANGE*

ARTICLES BY NAME *1-BELT BLACK, 1-SET OF ICEYS, 2-RINGS*
*YELLOW IN COLOR W/CLEAR STONES IN CENTER, 2-*
*EAR-RINGS YELLOW IN COLOR (HOOPS)*

**The above listing is all my personal effects turned in to Sheriff's Office at the time of booking.**

Signature *Eddie R Foreman*

Please Call:

## PROPERTY RECEIPT

I hereby acknowledge receipt of the articles named above.

On this date *11-20-95*

Signature X *Eddie R Foreman*

Form: LCS-ENV-03 (4/95) DARCO

31

# INDIVIDUAL'S PERSONAL EFFECTS

### In Possession Of

## SHERIFF'S OFFICE, LEE COUNTY

NAME _Foreman, Eddie_

SEARCHED BY

TIME _10:00 Am_          DATE _10/15/92_

MONEY $ _0_

ARTICLES BY NAME _1 - D.A Badge ; 1 Picture 1 Pen - Stapes Letters given to clinmate_

The above listing is all my personal effects turned in to Sheriff's Office at the time of booking.

Signature _X Eddie R Foreman_

Please Call:

### PROPERTY RECEIPT

I hereby acknowledge receipt of the articles named above.

On this date _11-16-92_

Signature: _X Eddie Foreman_

ACS359

ALABAMA JUDICIAL DATA CENTER
LEE COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 92 000797.00
ROBERT M. HARPER

---

CIRCUIT COURT OF LEE COUNTY                              COURT ORI: 043015 J

---

STATE OF ALABAMA          VS.                    DC NO: 0000000000

FOREMAN EDDIE LEWIS          ALIAS:              G J:  38
~~~~~~ ~T                     ALIAS:              SSN:  ~~~~~~~~~
~~~~~~ AL ~~~~~~~                                 SID:  000000000
                                                 AIS:

---

DOB: ~~~~~~~~~  SEX: M  HT:          WT:          HAIR:          EYE:

RACE: ( )W (X)B ( )O   COMPLEXION: _____   AGE: ____   FEATURES: _____

---

DATE OFFENSE: 00/00/00  ARREST DATE: 05/01/92  ARREST ORI:

---

      CHARGES @ CONV              CITES           OFF CLASS: ( )A ( )B (X)C
BREAKING & ENTERING          13A-8-11(B)
.                            00000000000000
                             00000000000000

---

JUDGE: ROBERT M. HARPER          PROSECUTOR: MYERS, RONALD L

---

PROBATION APPLIED    GRANTED   DATE    REARRESTED DATE   REVOKED  DATE
(X)Y( )N   8-26-92   ( )Y(X)N  10-15-92   ( )Y( )N _____   ( )Y( )N _____

---

ACT 754-76           IMPOSED      SUSPENDED      TOTAL      JAIL CREDIT
( )Y (X)N   CONFINEMENT: 03 00 000   00 00 000   03 00 000   00 00 030
            PROBATION :  00 00 000               00 00 000

DATE SENTENCED: 08/26/92    SENTENCE BEGINS:    10/15/92

---

PROVISIONS                    COSTS/RESTITUTION

X COURT COSTS                 RESTITUTION            $0.00
X CRIME VICTIM                ATTORNEY FEE         $660.00
X RECOUPMENT                  CRIME VICTIMS         $50.00
X PENITENTIARY                COST                 $215.00
                              FINE                   $0.00
                              MUNICIPAL FEES         $0.00
                              DRUG FEES              $0.00

                              TOTAL                $925.00

---

APPEAL DATE      SUSPENDED        AFFIRMED          REARREST
( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____

---

REMARKS:                      THIS IS TO CERTIFY THAT THE
                              ABOVE INFORMATION WAS EXTRACTED
                              FROM OFFICIAL COURT RECORDS AND
                              AND IS TRUE AND CORRECT.


                              _Annette Hardy_
                              ANNETTE HARDY

                                  10/22/92

OPERATOR: LEW
PREPARED: 10/22/92

ALABAMA BOARD OF PARDONS AND PAROLES

REPORT OF INVESTIGATION

Type of Investigation ___Pre-Probation_____ Date Dictated __10-8-92___

Name __EDDIE LEWIS FOREMAN, JR._____ True Name __Eddie Lewis Foreman, Jr._____

Alias: __Eddie Foreman_____

RSA __B/M, 19_____ DOB: ████████ _____ Height and Weight __6'___166 lbs.__

Complexion __Dark_____ Color or Hair __BLK__ Color of Eyes __BRO__

Bodily Marks __Scar on left hand, scar on left leg, scar from stabbing on chest__

Driver's License # __Alabama__5997320_____ SS# ████████

AIS#_____ FBI#__923 960 PAO_____ SID#__AL-01218403__

Address ████████ et                                Phone # ████████
        ████████

_____

County __Lee_____ Case # __CC-92-797__

Offense(s) __Breaking & Entering a Motor Vehicle__

Sentence(s) __Three (3) years__

Date of Sentence __8-26-92_____ Date Sentence began __10-15-92__

Date of Arrest __5-1-92_____ Date of Bond __5-21-92_____ Bond Amt. $ __3,000__

Judge __Robert M. Harper_____ D.A. __Ron Myers__

Attorney __Wilson Daniel Miles, III_____ Retained _____ Appointed _X_

Court Ordered Restitution $ __none__

Barred from Parole Yes _____ No __X__

Copies sent to Central Records __10-16-92__
                         (date)

NOTES:   On 8-13-92, application for Youthful Offender was made.  On 8-14-92, application
for Y. O. was denied.  On 8-20-92, motion for reconsideration of Y. O. status
was denied.  On 8-26-92, pled guilty, given credit for 30 days in pre-trial con-
finement, ordered to pay court costs including reimbursement of attorney's fees,
VCF assessment of $50, and all payments were to be paid by 10-15-92.  Application
for probation was made and set to be heard on 10-15-92.

10-15-92: Probation denied

PBF 203 (3/91)

PRESENT OFFENSE

County, Court, and Case Number:

Lee County Circuit Court, 92-797.

Offense:

Breaking and Entering a Motor Vehicle.

Sentence:

Three (3) years.

Date of Sentence:

8-26-92.

Details of Offense:

On April 24, 1992, at approximately 10:55 p.m., Officers of the Opelika Police Dept. in Opelika, Ala., were on patrol duty in the 100 block of Plum Avenue, Opelika, Alabama. A black male was observed in a gold, Ford LTD, in the parking lot of the Plum Avenue Projects. The Officers identified the black male was Eddie Lewis FOREMAN, Jr., in the vehicle. The vehicle was later found to belong to Arthur Tinsley of 109C Plum Avenue, Opelika, Alabama. FOREMAN was seen with the driver's side door open and was in a laying position in the front seat area of the vehicle and appeared to be attempting to hide himself. The glovebox and hood on the vehicle seemed in an open position, which was indicating a theft being in progress. FOREMAN was asked, "If the vehicle belonged to him or did he have permission to be in the vehicle?" FOREMAN indicated, "No." An attempt to find the owner of the vehicle at 109-C Plum Avenue, but was unable to locate. FOREMAN was arrested on a warrant for Criminal Mischief involving another case.

On 4-24-92, at approximately 11:20 p.m., Detectives met with FOREMAN at the Opelika Police Dept. FOREMAN was advised of his Rights, which he waived. FOREMAN gave a statement indicating that he had been walking home, by the Plum Avenue Projects, when he saw a black male by the LTD in the parking lot. The door was open and he saw the man take off running.

On 4-28-92, the owner of the vehicle, Arthur Tinsley, was told about the incident on April 24, 1992. Tinsley stated he did not know FOREMAN, nor did he give him permission to be in his car. Tinsley was asked, if he had left his car unlocked with his glovebox and hood open? Tinsley stated the passenger side door would not lock, but he keeps all other doors locked and did not leave the glovebox or hood open on his car. Tinsley indicated he wanted to prosecute.

On 4-30-92, the Detectives met with Tinsley at 109-C Plum Avenue, Opelika, Ala. Tinsley signed a warrant on Eddie Lewis FOREMAN, Jr., for Unlawful Breaking and Entering a Motor Vehicle.

On 5-1-92, Eddie Lewis FOREMAN, Jr., was arrested on the warrant and was transferred to the Lee County Jail.

Subject's Statement:

"I was walking around, saw a car near Vero Court, a LTD. I opened the door and sat inside in the driver seat. I just sat there. The Police shined a light on the car, then I was

told to get out.  I got out.  I was taken to the Opelika Police Dept."

Case Status of Co-defendant:

None.

Victim Notification Information:

Arthur Tinsley, 109-C Plum Avenue, Opelika, AL  36801.

Victim Impact:

A Victim's Impact Report was mailed but has not been received as of this date.  Upon receipt, an addendum to this Report will be made.

Location of Offense:

Opelika, Alabama.

Court Ordered Restitution:

None.

ACJIS ARREST RECORD

| | | | |
|---|---|---|---|
| 9-28-91 | Opelika PD | Harassment | Fined $94.00 |
| 10-9-91 | Opelika PD | Criminal Trespass, III | Fined $94.00 plus 90 days. Days susp., 2 Yrs probation |
| 10-27-91 | Auburn PD | Criminal Trespass, III | No disposition was found, however, on 12-18-91, there was a notice of appeal on Case #APD 91-4907.  On 3-19-92, case was set for trial for 4-6-92 at Lee Co. Justice Center, Opelika, Ala. On 4-6-92, the appeal in the case was dismissed & the costs remanded to the City of Auburn on payment of costs. |
| 11-10-91 | Opelika PD | Receiving Stolen Property, II | No charges/released on 11-11-91 |
| 1-10-92 | Opelika PD | Criminal Trespass III | Fined $144.00 plus 60 days. Susp. 30 days & given 2 Yrs probation.  Appealed.  On 7-27-92, plea of guilty & sentenced to 60 days in Opelika City Jail, fined $100.00, VCF $25.00, & all payments to be paid w/i 60 days. Sent. susp. & placed on 1 Yr Unsupervised probation — |

-3-

|  |  |  | The probation condition was not to set foot on the campus of any public school in Opelika including athletic events & paying all costs & fine w/i 60 days. |
| --- | --- | --- | --- |
| 4-24-92 | Opelika PD | Criminal Mischief, III | Found not guilty. |

Subsequent Arrest Record:

| 7-2-92 | Opelika PD | Resisting Arrest | Fined $144.00 plus 60 days. Days susp., 2 Yrs probation |
| --- | --- | --- | --- |
| 7-2-92 | Opelika PD | Disorderly Conduct | Fined $54.00 |
| 9-2-92 |  | Unlawful Possession of Controlled Substance |  |

Juvenile Record:

| 8-19-85 | Juvenile Court | Theft of Property, III | JU-85-C642, 9-3-85 Consent Decree.  The Decree to be in force for 4 months, unless child is discharged sooner by the Court, or the Decree is extended by the Court.  1-3-86, child released from Consent Decree. |
| --- | --- | --- | --- |
| 8-13-86 | Juvenile Court | Harassment | JU-86C-845, 9-15-86 arraignment hearing held. Child denied allegations contained in petition. Case continued for adjudicatory hearing & appointment of counsel for said child. Adjudicatory hearing set for 12-11-86.  12-11-86, admitted & adjudicated Delinquent.  Both families were ordered to refrain from harassing the other families nor trespassing on the others' property. |
| 9-4-89 | Juvenile Court | Burglary, III, & Theft of Property,II | JU-85-642.04 & .05 9-7-89, child declared Delinquent. |
| 10-18-89 | Juvenile Court | Theft of Property, III | JU-85-642.08, 10-19-89, child dec. Delinquent |

| 9-30-89 | Juvenile Court | Theft, III | JU-85-642.06, 10-12-89, FTA. Hearing reset. 11-20-89, adjudicated Delinquent. Child is on house arrest pending further hearing, unless child is with his mother or is involved in worthwhile activities. Child is further ordered not to trespass upon the properties of Village Mall, A & P (Opelika) &/or New York Fashions, Opelika, Ala. |
| 9-30-89 | Juvenile Court | Receiving Stolen Property, III | JU-85-642.07, 10-10-89, reference to third theft. |
| 1-24-90 | Juvenile Court | Assault, III | JU-85-642.09, 1-26-90, arraignment/detention hearing. Sent home in house arrest. May only leave home to go to school or in the company of parents and may not go on the Opelika Recreation Center property under any circumstances. |
| 2-16-90 | Juvenile Court | | JU-85-642.10, 2-28-90, Detained in Detention pending adjudication hearing. 3-8-90, committed to DYS. 7-23-90, petition, aftercare order & aftercare plan filed. |
| 8-13-90 | Juvenile Court | Menacing & TOP, III | JU-85-642.11 & .12, 10-15-90, order of commitment to Alabama Dept. of Youth Services. |
| 8-16-90 | Juvenile Court | Violation of Aftercare | JU-85-642.13, see above. 2-21-91, aftercare hearing set for 3-4-91. 3-4-91, court costs of previous cases still owed together with restitution indicating a total of $1,169.11 as a balance. Court notes that as a term of the aftercare will either be in vocational educational training or employed full-time & to be reporting in to the Probation Office once per month w/payment plan to be addressed at that time. |

| 5-14-91 | Juvenile Court | Discharging Firearm Inside City Limits | JU-85-642.14, 7-19-91, adjudicated Delinquent. Must have a job at disposition or jail. |
| 9-25-91 | Juvenile Court | Harassment | JU-85-642.15, 10-28-91, hearing set for 11-5-91. 11-5-91, arraignment hearing held.  Child denied allegations contained in the petition.  Case continued for adjudicatory hearing. 2-6-92, case dismissed on motion of State as petitioner failed to appear. |

### PHYSICAL AND MENTAL HEALTH

FOREMAN states that he has no physical disabilities nor has been treated for mental or emotional problems.  FOREMAN states that he has never experimented with drugs or any controlled substances, however, admits to drinking alcoholic beverages, preferably beer. FOREMAN does not believe he has a drug nor alcohol problem.

### PROBATION AND PAROLE OFFICER'S REMARKS

This Officer requested letters of character statements on FOREMAN, however, no letters were received in this office as of this date, 10-13-92.

### PROBATION PLAN

Home Situation:

FOREMAN indicates that if he is granted probation he will continue to live at 205 South 3rd Street, Opelika, AL  36801, phone 742-9748, with his parents, Eddie and Joan Foreman.

Employment:

No definite employment plan was listed at the time of interview.

Signed and Dated at Opelika, Alabama, the 13th day of October, 1992.

Carolyn Miles-Pruitt
Alabama Probation & Parole Officer

CMP/brl

```
                      AL    AMA DEPARTMENT OF CORRECT   NS           INST:  241
 CJPR31               INMATE SUMMARY AS OF 10/23/92                   CODE: CIADM
                                                              FILE
****************************************************************************

 AIS: 00109742     INMATE: FOREMAN, EDDIE LEWIS            RACE: B  SEX: M

 INSTITUTION: 241 - LEE                              JAIL CR: 00Y01M00D

 DOB: ████████        SSN: ████████

 ADM DT: 10/15/92    DEAD TIME: 00Y 00M 00D

 ADM TYP: NEW COMIT FROM CRT W/O REV OF PROB STAT: NEW COMIT FROM CRT W/O REV OF PR

 CURRENT CUST: CTM-4   CURRENT CUST DT: 10/15/92   PAROLE REVIEW DT:

 SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

 SERVING UNDER ACT4-6 LAW IN CLASS III      CURRENT CLASS DATE:  10/15/92
 INMATE IS EARNING :   EARNS 20 DAYS FOR EACH 30 SERVED

 COUNTY       SENT DT  CASE NO   CRIME                  JL-CR    TERM
 LEE          10/15/92 N92000797 UNLAW BREAKING AND ENTERING VE 00S0D 00Y 00M 00D CS
              ATTORNEY FEES : $000680     HABITUAL OFFENDER : N
              COURT COSTS   : $0000215    FINES : $0000000   RESTITUTION : $0000050

  TOTAL TERM      MIN PEL DT     GOOD TIME CAL    LONG DATE
 000Y 00M 00D    12/01/1995     000Y 00M 00D     03/14/1995

 INMATE LITERAL:
****************************************************************************

 DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER-WARRANT RECORDS

****************************************************************************

 ESCAPE-PAROLE SUMMARY
    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO REGULATION 704 RECORDS

    INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
    INMATE IS SERVING ACCORDING BEGAN IN 1976

****************************************************************************

 DISCIPLINARY SUMMARY
    INMATE CURRENTLY HAS NO DISCIPLINARY RECORDS
```

ACS359

ALABAMA JUDICIAL DATA CENTER
LEE COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 92 001002.00
ROBERT M. HARPER

CIRCUIT COURT OF LEE COUNTY      COURT ORI: 043015 J

STATE OF ALABAMA    VS.      DC NO: 0000000000

FOREMAN EDDIE LEWIS JR    ALIAS:      G J:   35
~~_____1~~    ALIAS:      SSN: 000000000
     SID:
     AIS:

DOB: ~~_____~~   SEX: M   HT:     WT:    HAIR:    EYE:

RACE: ( )W (X)B ( )O   COMPLEXION: _____   AGE: ____   FEATURES: _____

DATE OFFENSE: 00/00/00   ARREST DATE: 09/02/92   ARREST ORI: MOPD

CHARGES @ CONV      CITES      OFF CLASS: ( )A ( )B ( )C
USE CODE "PDRG"
Poss. Cocaine      00000000000000000
     00000000000000000

JUDGE: ROBERT M. HARPER      PROSECUTOR: MYERS, RONALD L

PROBATION APPLIED   GRANTED   DATE    REARRESTED DATE   REVOKED   DATE
( )Y (X)N 10-28-92   ( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____

ACT 754-76      IMPOSED    SUSPENDED    TOTAL   JAIL CREDIT
( )Y (X)N   CONFINEMENT: 05 00 000   00 00 000   05 00 000   00 00 000
     PROBATION : 00 00 000      00 00 000

DATE SENTENCED: 10/28/92    SENTENCE BEGINS:   10/28/92

PROVISIONS      COSTS/RESTITUTION

X COURT COSTS      RESTITUTION      $0.00
X CRIME VICTIM      ATTORNEY FEE      $0.00
X PENITENTIARY   w/cc92-79n,    CRIME VICTIMS      $50.00
X CONCURR SENT    cc92-1003    COST      $261.00
     FINE      $0.00
     MUNICIPAL FEES      $0.00
     DRUG FEES      $0.00

     TOTAL      $311.00

APPEAL DATE    SUSPENDED    AFFIRMED    REARREST
( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____

REMARKS:      THIS IS TO CERTIFY THAT THE
     ABOVE INFORMATION WAS EXTRACTED
     FROM OFFICIAL COURT RECORDS AND
     AND IS TRUE AND CORRECT.

     _Annette Hardy_

     ANNETTE HARDY

     11/05/92

OPERATOR: LEW
PREPARED: 11/05/92

ACS359

ALABAMA JUDICIAL DATA CENTER
LEE COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 92 001003.00
ROBERT M. HARPER

CIRCUIT COURT OF LEE COUNTY                          COURT ORI: 043015 J

STATE OF ALABAMA    VS.                    DC NO: 0000000000

FOREMAN EDDIE LEWIS JR    ALIAS:           G J:    36
                          ALIAS:           SSN:    000000000
                                           SID:
                                           AIS:

DOB: ████████    SEX: M   HT:        WT:        HAIR:         EYE:

RACE: ( )W (X)B ( )O   COMPLEXION: _____ AGE: ____ FEATURES: _____

DATE OFFENSE: 00/00/00  ARREST DATE: 09/02/92  ARREST ORI: MOPD

CHARGES @ CONV          CITES           OFF CLASS: ( )A (X)B ( )C
RESISTING ARREST        13A-10-41
                        00000000000000000
                        00000000000000000

JUDGE: ROBERT M. HARPER          PROSECUTOR: MYERS, RONALD L

PROBATION APPLIED   GRANTED  DATE    REARRESTED DATE  REVOKED  DATE

( )Y(Λ)N  10-28-92   ( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____

ACT 754-76           IMPOSED     SUSPENDED    TOTAL      JAIL CREDIT
( )Y (X)N  CONFINEMENT: 00 06 000  00 00 000  00 06 000  00 00 000
           PROBATION  : 00 00 000             00 00 000

DATE SENTENCED: 10/28/92    SENTENCE BEGINS:    10/28/92

PROVISIONS                      COSTS/RESTITUTION

X COURT COSTS              RESTITUTION           $0.00
X CRIME VICTIM             ATTORNEY FEE          $0.00
X PENITENTIARY             CRIME VICTIMS        $50.00
X CONCURR SENT w/CC92-1002, CC92-79D  COST     $261.00
                           FINE                  $0.00
                           MUNICIPAL FEES        $0.00
                           DRUG FEES             $0.00

                           TOTAL               $311.00

APPEAL DATE      SUSPENDED       AFFIRMED        REARREST

( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____

REMARKS:                   THIS IS TO CERTIFY THAT THE
                           ABOVE INFORMATION WAS EXTRACTED
                           FROM OFFICIAL COURT RECORDS AND
                           AND IS TRUE AND CORRECT.

                           _Annette Hardy_
                           ANNETTE HARDY

                           11/05/92

OPERATOR: LEW
PREPARED: 11/05/92

INMATE REQUEST FORM

NAME: *Eddie Foreman* DATE: *Nov 4, 1992*

TELEPHONE CAL__ DOCTOR __ DENTIST ✓ TIME SHEET__

SPECIAL VISIT  PERSONAL PROBLEM  OTHER

BRIEFLY OUTLINE\ YOUR REQUEST. THEN GIVE TO JAILER

*I need to go to the Dentist because I've been having a tooth ace for last than a week's more and its hurting.*

DO HOT WRITE BELOW THIS LINE, FOR REPLY ONLY

*Inmate was put on Dentist List 11/10/82*

ALL REQUEST WILL BE ROUTED THROUGH THE SHIFT SUPER-
VISOR OF THE JAIL THEN FORWARDED TO THOSE THE
REQUEST IS DIRECTED TO.

Corporal _____ Sergeant _____ MAJOR___ SHERIFF__
DATE:_____ TIME:_____
JAILER_____

*125*

# INDIVIDUAL'S PERSONAL EFFECTS

### In Possession Of

## SHERIFF'S OFFICE, LEE COUNTY

NAME *Foreman, Eddie*

SEARCHED BY

TIME *10:00 Am*          DATE *9/3/92*

MONEY $ *none*

ARTICLES BY NAME *2- earings, gold in color*
*1- Ala Driver License, papers*

The above listing is all my personal effects turned in to Sheriff's Office at the time of booking.

Signature: X *Eddie A Foreman*

Please Call:

## PROPERTY RECEIPT

I hereby acknowledge receipt of the articles named above.

On this date *8-4-92*

Signature: X *Eddie L Foreman*

# ORDER ON INITIAL APPEARANCE

☒ **STATE OF ALABAMA**

☐ **MUNICIPALITY OF** _____

| | Case Number |
|---|---|
| | |

**v.**

**STATE OF ALABAMA**

EDDIE LEWIS FOREMAN

In the _____ District _____ Court of

_____ Lee _____ County

**Defendant**

[The City/Town of _____ ]

---

The defendant, _____ Eddie Lewis Foreman _____, charged with the criminal offenses (s)

of _Resisting Arrest and Possession of Cocaine_ _____ was duly brought before

the _ District _ Court for InitialAppearance at __7:1__ o'clock _Σ_.M., _September 3_,

19 _92_, whereupon the Court:

*(CHECK AS APPLICABLE):*

1. ☐ Ascertained the true name and address of the defendant to be:

   _____

   _____

   *AND*

   ☐ Amended the formal charges to reflect defendant's true name; and

   ☐ Instructed the defendant to notify the court promptly of any change of address.

2. ☐ Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

3. ☐ Informed the defendant of the right to be represented by counsel, and that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she was indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.

4. ☐ Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be used against him/her.

5. ☐ Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense:

   *OR*

   ☐ Determined that the defendant may be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), A.R.Crim.P., and subject to the following additional conditions:

   ☐ Execution of an appearance bond in the amount of $ _____

   ☐ Upon deposit with the clerk of the court of cash or certified funds equal to _____ percent of the amount of the bond in the amount of $_____.

   ☐ Execution of a secured appearance bond in the amount of $_____.

   ☐ Other conditions (specify) _____

   _____

   _____

   _____

6. ☐ Informed the defendant of the right to demand a preliminary hearing under Rule 5.1, A.R.Crim.P., and of the procedure by which that right may be exercised, and

7. ☐ If demanded by the defendant, set preliminary hearing to be held in the District Court of _____

   County at _____ o'clock _D_.M., on _9-1_

   19 _92_.

   *OR*

   ☐ Notified the District Court of _____ County that such demand was made.

Date: _September 3, 1992_

_____
Judge/Magistrate RICHARD D. LANE

State of Alabama
Unified Judicial System
LC Form CC-39-CP

**AFFIDAVIT OF INDIGENCY AND ORDER**

Case Number
*48/92 Plea Hearing*
ID    YR    NUMBER

IN THE _*District*_ COURT OF _*LEE*_ COUNTY
STATE OF ALABAMA vs. _*Eddie L. Foreman, alias*_
IN THE MATTER OF:
CHARGE TYPE OF PROCEEDING: _*Possession of Cocaine; Resisting Arrest*_
DATE COMMITTED TO JAIL: _*9-2-92*_    _*9:51 PM*_

## AFFIDAVIT

**EMPLOYMENT/INCOME**

A. Do you have a job or work for yourself? ___ Yes ✓ No
   Employer name and address _____

   How much money do you take home each week? + $ _____

B. Does your husband or wife have a job? ___ Yes ___ No
   Employer name and address _____

   How much money do they take home each week? + $ _____

C. Do you receive money or benefits from any other source? ___ Yes ✓ No
   (Example: retirement pay, social security, workmen's compensation, unemployment compensation, food stamps, rent payments, interest, dividends, etc.)
   How much do you receive each month? + $ _____

**ASSETS**

A. Do you have any money in any bank, savings and loan, credit union, or any other place including cash on hand? ___ Yes ✓ No

   Where? _____ How much? + $ _____

B. Do you own anything else of value? (Land, house, boat, television, stereo, jewelry, car, truck, van, stocks, bonds, etc.) ___ Yes ✓ No

   What? _____ Total Value + $ _____

**DEPENDENTS**

A. Are you: ✓ Single ___ Married ___ Widowed ___ Divorced or Separated

B. Do you have any dependents? ___ Yes ✓ No
   Who and what relationship? _*no one living*_

It is my desire at this time to have counsel appointed by the Court to represent me on the above charge(s). In support of this request, I have answered the preceding questions relating to my ability to pay. I swear or affirm that these answers are true and reflect my present financial status. I understand that a false statement or answer to any questions in this affidavit may subject me to PENALTIES for PERJURY. I authorize, if necessary, the Court or its authorized representative to obtain records or information pertaining to my financial status from any source. I understand that the Court can order me to repay the State of Alabama for my court appointed attorney.

_*Eddie Foreman*_
Affiant/Defendant

Sworn to and subscribed before me this _____
day of _____, 19 ___

_____
Jailor

## ORDER

IT IS ORDERED THAT THE FOREGOING REQUEST BE:
✓ GRANTED _____ DENIED _*Hon. Mike Speakman*_
IT IS THEREFORE, ORDERED AND ADJUDGED BY THE COURT THAT _____
Attorney at Law, be and is hereby appointed as counsel to represent, assist and defend said Defendant in this (these) case(s).
DONE this _*3rd*_ day of _*September*_, 19 *92*

_____
Judge

ORIGINAL: COURT        CANARY: ATTORNEY        PINK: DEFENDANT

# ADVICE OF RIGHTS ON INITIAL APPEARANCE BEFORE JUDGE OR MAGISTRATE

☒ STATE OF ALABAMA
☐ MUNICIPALITY OF _____

v.

EDDIE LEWIS FOREMAN
_____
Defendant

Case Number

STATE OF ALABAMA

In the _____ District _____ Court of

_____ Lee _____ County

[The City/Town of _____]

---

This is a first appearance hearing. You are charged with committing the criminal offense of __Resisting Arrest and__ __Possession of Cocaine__ in the County of _____ Lee _____ [city limits/police jurisdiction of _____, if applicable], in violation of _____. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence as to the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the Court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case, or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance, that is, your promise to appear for future court proceedings, or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends, and if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

If you are charged with a felony, unless you have been charged by Indictment returned by the Grand Jury, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. If, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence has been shown to establish that you probably committed the offense or offenses with which you are charged, he will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then he will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If released from custody, you are instructed to notify the court promptly of any change of your address.

Date: __September 3, 1992__

Judge/Magistrate RICHARD D. LANE

I have read, or have had read to me the above, and I am aware of my rights presented in this initial appearance before the Judge/Magistrate.

Date: __September 3, 1992__

Defendant's Signature

Address _____

_____

_____

Defendant's Name (Print)

---

COMPLETE ONLY IF CHARGED WITH A FELONY OFFENSE AND AN INDICTMENT HAS NOT BEEN RETURNED BY THE GRAND JURY.

☐ I do not wish to have a preliminary hearing in this case.

Date: _____

Defendant

or

☐ I wish to have a preliminary hearing at the earliest possible opportunity.

Date: _____

Defendant

File

LEE COUNTY JAIL
APPROVED VISITORS LIST

Inmate's Name FOREMAN, Eddie   R&S B/M   NO. _____

| Relationship | Name | Age | Address |
|---|---|---|---|
| 1. Father | Eddie L Foreman | 38 | 205 53rd St |
| 2. Mother | Joan Foreman | 42 | 205 53rd St |
| 3. ~~Darlene~~ | Darlene Feilds | N/A | 2N3 Herring St |
| 4. | Carlotta Feilds | 15 | 2N3 Herring St |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |

(Make Record of Each Visit by Number and on Back of Card)



# INDIVIDUAL'S PERSONAL EFFECTS

### In Possession Of

## SHERIFF'S OFFICE, LEE COUNTY

NAME _Eddie Lewis Forman_

SEARCHED BY _____

TIME _3:47 p.m._    DATE _5/1/92_

MONEY $ _.63_

ARTICLES BY NAME _1 Belt, 2 yellow pieces of paper_

The above listing is all my personal effects turned in to Sheriff's Office at the time of booking.

Signature _X Eddie L. Foreman_

Please Call: _____

## PROPERTY RECEIPT

I hereby acknowledge receipt of the articles named above.

On this date _5-21-92_

Signature _Eddie L. Foreman_

INMATES SHORT TERM RELEASE TO OTHER AGENCIES

INMATE'S NAME _Foreman, Eddie_ ID# _10899_

AGENCY RELEASED TO _Opelika Police Dept_ RECIEVING OFFICER x _Jemi McCall_

DATE _May 4, 1992_ TIME _2:05 Pm_

INMATE'S SIGNATURE x _Eddie A Foreman_

RELEASING OFFICER _B Seabrook_

DATE INMATE RETURNED _5/4/90_ TIME RETURNED _1920_

INMATE'S SIGNATURE x _Eddie A Foreman_

RECIEVING OFFICER _DAC_