IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **EDDIE L. FOREMAN, JR.,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action No. 3:05-CV-1134-WKW |
| | ) |
| **SHERIFF JAY JONES, et al.,** | ) |
| | ) |
|     **Defendant.** | ) |

## MOTION TO WITHDRAW

COMES NOW Amanda Kay Morgan of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Sheriff Jay Jones, Major Cary Torbert, Jr., and Lieutenant Ray Roberson, the Defendants in the above-styled cause. As grounds for this Motion, the undersigned states that she will be no longer be employed with the firm of Webb & Eley, P.C. Ashley Hawkins Freeman of the firm of Webb & Eley, P.C. will be entering a Notice of Appearance for Defendants Sheriff Jay Jones, Major Cary Torbert, Jr., and Lieutenant Ray Roberson contemporaneously with the filing of this Motion.

WHEREFORE, Amanda Kay Morgan respectfully requests an order from this Court that releases her from representation of Defendants Sheriff Jay Jones, Major Cary Torbert, Jr., and Lieutenant Ray Roberson.

Respectfully submitted this 3rd day of January, 2007.

                                                **s/Amanda Kay Morgan**
                                                AMANDA KAY MORGAN Bar No. ALL079
                                                Attorneys for Defendants
                                                WEBB & ELEY, P.C.
                                                7475 Halcyon Pointe Drive
                                                Post Office Box 240909
                                                Montgomery, Alabama 36124
                                                Telephone: (334) 262-1850
                                                Fax: (334) 262-1889
                                                E-mail: amorgan@webbeley.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 3rd day of January, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

> Eddie L. Foreman, Jr.
> Tallapoosa County Jail
> 316 Industrial Park Dr.
> Dadeville, AL 36853

>> **s/Amanda Kay Morgan**
>> OF COUNSEL