## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| EDDIE L. FOREMAN, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:05-CV-1134-WKW |
| | ) |
| SHERIFF JAY JONES, et al., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF APPEARANCE

COMES NOW Ashley Hawkins Freeman, of the law firm of Webb & Eley, P.C., and files her notice of appearance as counsel of record for Sheriff Jay Jones, Major Cary Torbert, Jr., and Lieutenant Ray Roberson, Defendants in the above-captioned matter.

Respectfully submitted this 3rd day of January, 2007.

                                                **s/Ashley Hawkins Freeman**
                                              ASHLEY HAWKINS FREEMAN Bar No. FRE044
                                              Attorneys for Defendants
                                              WEBB & ELEY, P.C.
                                              7475 Halcyon Pointe Drive
                                              Post Office Box 240909
                                              Montgomery, Alabama 36124
                                              Telephone: (334) 262-1850
                                              Fax: (334) 262-1889
                                              E-mail: afreeman@webbeley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 3rd day of January, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

      Eddie L. Foreman, Jr.
      Tallapoosa County Jail
      316 Industrial Park Dr.
      Dadeville, AL 36853

                **s/Ashley Hawkins Freeman**
                OF COUNSEL